UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-27124-DSL

SOFLAC ASSOCIATES, LLC, *et al.*,

Plaintiffs,

v.

NATHAN ISEN, *et al.*,

Defendants.
______________________________________/

**DEFENDANT NATHAN ISEN'S NOTICE OF JOINDER IN**
**DEFENDANT DANE FINE ART, LLC'S MOTION TO DIMISS COMPLAINT**

Defendant Nathan Isen, through undersigned counsel, hereby joins in the Motion to Dismiss Complaint [ECF No. 10] filed by Defendant Dane Fine Art, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and adopts the arguments and authorities set forth therein. For the reasons stated therein, the Court should dismiss the Complaint [ECF No. 1-1] as to Mr. Isen, including Count I (unjust enrichment), Count II (aiding and abetting fraud), Count III (violation of the Florida Deceptive and Unfair Trade Practices Act), Count IV (liability under section 772.103, Florida Statutes), Count V (violation of 18 U.S.C. §§ 1962(c) and (d)), and Count VI (civil conspiracy).

Respectfully submitted,

**THE FERRO LAW FIRM, P.A.**
2121 PONCE DE LEON BLVD, SUITE 400
CORAL GABLES, FLORIDA 33134
OFF. (305) 448-1033
CELL. (305) 984-8892
EMAIL. SIMON@THEFERROFIRM.COM
ALT. EMAIL. FERRO.SIMON@GMAIL.COM

BY: /s/ *Simon Ferro*
SIMON FERRO
FLORIDA BAR NO. 37014

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 16, 2026, I caused the foregoing document to be filed with the Clerk of the Court *via* CM/ECF. I also certify that the foregoing document is being served this day on all parties and/or counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Simon Ferro*
Simon Ferro