# EXHIBIT 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

COMPLEX BUSINESS LITIGATION DIVISION

SOFLAC ASSOCIATES, LLC, RMP INVESTMENTS, LLC, MCANDREW PHILLIPS & COMPANY 401K PLAN, MATTHEW H. PERLMAN, JUDY PERLMAN, AND RICHARD M. PERLMAN,

PLAINTIFFS,

-AGAINST-

LESLIE ROBERTS, MIAMI FINE ART GALLERY LLC, AND ALEX HERMAN,

DEFENDANTS.

Case No. 2024-016550-CA-01 (CA 43)

## AMENDED COMPLAINT

Plaintiffs SOFLAC Associates, LLC ("SOFLAC"), RMP Investments, LLC ("RMP"), McAndrew Phillips & Company 401K Plan ("MPC-401K") (together, the "Perlman Entities"), Matthew H. Perlman, Judy Perlman, and Richard M. Perlman (together, the "Perlmans," and together with the Perlman Entities, "Plaintiffs"), by and through their undersigned attorneys Quinn Emanuel Urquhart & Sullivan, LLP, for their Amended Complaint against Defendants Leslie Roberts ("Roberts"), Miami Fine Art Gallery LLC ("MFAG," and together with Leslie Roberts, the "MFAG Defendants"), and Alex Herman (together with the MFAG Defendants, "Defendants"), allege as follows:

## NATURE OF THE ACTION

1. This case involves a multi-million-dollar art fraud. Plaintiffs are a family of art collectors and the various entities through which they acquire and own artwork. Defendants Roberts and Miami Fine Art Gallery are con artists who traffic in forged artwork and who executed

an elaborate plan to sell Plaintiffs numerous inauthentic works purportedly by the iconic American artist Andy Warhol.

2. Plaintiffs met Roberts in February 2023 when Matthew and Richard Perlman visited his gallery, the Miami Fine Art Gallery (the "Gallery"), in Miami, Florida. Plaintiffs were impressed by the artwork exhibited at the Gallery and the representations Roberts made about his and MFAG's background and connections in the art world. Plaintiffs were particularly excited to see that MFAG was selling a work by the artist Richard Orlinsky, which they discussed with Roberts and ultimately purchased.

3. Plaintiffs and the MFAG Defendants quickly built a strong relationship around art and began discussing additional opportunities for Plaintiffs to expand their collection. During this time, Roberts told Plaintiffs that he had direct access to works owned by the Andy Warhol Foundation for the Visual Arts, Inc. (the "Foundation"), a New York–based Foundation that was created in accordance with Andy Warhol's will. The Foundation received a significant inventory of authentic Warhol artwork from Warhol's Estate, and Roberts said that he was in a position to acquire these works directly from the Foundation at discounted prices.

4. Roberts was a known art dealer, with a significant public gallery, a long history in the art world, and a seemingly large inventory of important artwork. He appeared to be trustworthy and knowledgeable. Plaintiffs trusted his expertise and began acquiring works from MFAG that Roberts claimed to have sourced from the Foundation.

5. After Plaintiffs bought several works, Roberts proposed that the parties form a joint venture, through which the Plaintiffs and the MFAG Defendants would jointly purchase artwork from the Foundation, sell it, and split the proceeds. Plaintiffs would provide half the capital

required to make the purchases, and Roberts and MFAG would provide the other half of the funds and all of the expertise.

6. Soon after, SOFLAC and MFAG entered a joint venture agreement (the "JV Agreement") and formed a joint venture (the "Joint Venture"), under which the parties agreed that SOFLAC would pay half of the purchase price for each work from the Foundation, MFAG would pay the other half of the purchase price, MFAG and Roberts would sell the works, and SOFLAC and MFAG would split the profits of each sale.

7. In practice, Roberts would propose artworks to Richard, Judy, and/or Matthew Perlman, claiming that the works were being acquired directly from the Foundation; one or more of the Perlmans would select the works they favored; Roberts would send them an invoice or written request for payment from MFAG or, in some instances, an invoice that appeared to be from the Foundation; the Perlmans or one of the Perlman Entities would pay MFAG their half of the purchase price; and MFAG and Roberts would ship them the purchased work. Roberts represented that MFAG had paid the full purchase price directly to the Foundation.

8. Roberts eventually put Plaintiffs directly in touch with his supposed contact at the Foundation, an individual named Alex Herman. Herman communicated directly with Matthew Perlman about the background of these transactions. He explained, for example, that the Foundation was selling inventory to fund its grants program, which benefited emerging artists and the visual arts. He noted the quality of the works, as well as the verification that each work had purportedly received from the Andy Warhol Art Authentication Board. The MFAG Defendants participated in and received many of these emails at MFAG's email account. Plaintiffs relied on the MFAG Defendants' representations that MFAG had paid the entire purchase price directly to the Foundation, that Plaintiffs' payments to MFAG constituted reimbursement for SOFLAC's

portion of the purchase price, that Alex Herman was the MFAG Defendants' contact at the Foundation, and that Plaintiffs were acquiring authentic Warhol works.

9. In total, Plaintiffs paid the MFAG Defendants over $6,000,000 to acquire what Defendants represented to be artworks by Andy Warhol to which the Foundation had given MFAG special access.

10. Plaintiffs MPC-401K, Judy Perlman, and Richard Perlman (the "Consigning Plaintiffs") also consigned numerous other artworks from their own collections (the "Consigned Works") to MFAG, which MFAG and Roberts promised to display and sell.

11. In December 2023, Richard and Judy Perlman asked Christie's auction house to view the collection of purported Andy Warhol artworks Plaintiffs acquired through MFAG. Christie's viewed the works that month and, during that visit and in a subsequent phone call, expressed concerns about the authenticity of the works, which the Perlmans immediately communicated to the MFAG Defendants.

12. The MFAG Defendants responded that another reputable auction house, Phillips, was ready to visit the Perlmans' home and evaluate, authenticate, and appraise the works.

13. Several weeks later, two individuals, who identified themselves as Carlos Rodriguez and Maria J. Urdaneta Frites, arrived at Richard and Judy Perlman's Florida home. Carlos and Maria identified themselves as employees of Phillips and handed out business cards to confirm their employment. Carlos and Maria inspected the works and conveyed their approval: these were authentic Warhols. They also said the appraisal would soon be forthcoming.

14. As it turned out, however, the works Plaintiffs had acquired through MFAG and Roberts, supposedly from the Foundation, were not by Andy Warhol; they were forgeries. The Foundation does not use the invoice format provided by Roberts and MFAG, it does not sell

significant works on canvas at major discounts, and it did not own the works that Roberts and MFAG acquired for Plaintiffs. Nor does the Foundation employ an individual named Alex Herman. Herman's email address, alex@andywarholfoundation.co, is not a legitimate Foundation email account; the Foundation's email domain is @warholfoundation.org.

15. Upon information and belief, the individual named Alex Herman is simply an email address that Roberts created and operates to impersonate a supposed Foundation employee.

16. If Herman is a real person separate from the MFAG Defendants, then Defendants are engaged in a criminal enterprise and conspiracy in violation of Florida's RICO statute.

17. Moreover, Phillips Auctioneers does not employ anyone named Carlos Rodriguez or Maria J. Urdaneta Frites. And although their business cards identified the correct address and phone number of Phillips Auctioneers, the business cards are otherwise inconsistent with business cards issued by Phillips. For example, the colors and format do not match, and the listed job titles do not exist at Phillips. The business cards are forgeries.

18. Phillips confirmed these facts on August 22, 2024, and Richard Perlman subsequently confronted Roberts about these fictitious Phillips employees. Roberts initially claimed that he found these employees through "Phillips International," so the domestic Phillips office that Plaintiffs had communicated with would not be able to confirm or deny their employment status. These statements were false, and Roberts later admitted, inadvertently, to Richard Perlman that Carlos actually worked for MFAG.

19. Defendants' fraud was unraveling. Plaintiffs therefore demanded that the MFAG Defendants immediately provide evidence showing the authenticity of the artwork they acquired, as well as all bank records demonstrating that MFAG had paid the Foundation for these purchases.

They further demanded that the MFAG Defendants cease doing any business related to the venture and return the Consigned Works.

20. The MFAG Defendants repeatedly promised to deliver bank records and evidence of authenticity, but they failed to do so. And the MFAG Defendants refused to return the Consigned Works unless the Consigning Plaintiffs agreed to several unreasonable conditions that Plaintiffs had no obligation to accept. MFAG and Roberts were unable to provide evidence of wiring funds to the Foundation because they never wired funds to the Foundation. Instead, MFAG and Roberts created fake invoices showing purchases from the Foundation that were never actually made and pocketed the funds that Plaintiffs had wired for these acquisitions.

21. Les Roberts and Miami Fine Art Gallery (and Alex Herman, if he exists) are fraudsters. They must be held accountable. Plaintiffs have filed this lawsuit to stop Defendants' fraudulent scheme, remedy Defendants' wrongdoing, and obtain possession of their Consigned Works.

## PARTIES

22. Plaintiff SOFLAC Associates, LLC is a Florida limited liability company with an address at 5300 W. Atlantic Avenue, Suite 412, Delray Beach, FL 33484. SOFLAC was formed on May 8, 2023, to be MFAG's counterparty to the JV Agreement. SOFLAC is managed by SOFLAC, Inc., of which Richard Perlman is President and Matthew Perlman is Vice President.

23. Plaintiff RMP Investments, LLC is an Illinois limited liability company with an address at 875 N. Michigan Ave., Suite 3840, Chicago, IL 60611.

24. Plaintiff McAndrew Phillips & Company 401K Plan is an employee benefit trust of which Plaintiffs Richard and Judy Perlman are beneficiaries.

25. Plaintiff Matthew H. Perlman is a resident of California. He is a Member and the Secretary of SOFLAC Associates, LLC.

26. Plaintiff Richard M. Perlman is a resident of Florida. He is a Member and the President of Plaintiff SOFLAC Associates, LLC; a Member and Manager of Plaintiff RMP Investments, LLC; and a beneficiary of Plaintiff McAndrew Phillips & Company 401K Plan.

27. Plaintiff Judy Perlman is a resident of Florida, and a beneficiary of Plaintiff McAndrew Phillips & Company 401K Plan.

28. Defendant Miami Fine Art Gallery LLC is an art gallery located at 3180 Commodore Plaza, Miami, FL 33133.

29. Defendant Leslie Roberts is a resident of Miami, Florida and the manager and director of Defendant Miami Fine Art Gallery LLC.

30. Upon information and belief, Alex Herman is a fictitious person created or impersonated by Roberts. In the alternative, to the extent Herman is a real person separate from Roberts, he is a co-conspirator of Defendants Roberts and MFAG whose true identity will be discovered in the course of this litigation.

## Jurisdiction & Venue

31. The Miami-Dade County Circuit Court for the Eleventh Judicial Circuit has subject-matter jurisdiction over this action under Florida Statutes sections 26.012(2)(a) and 26.012(2)(c).

32. Venue is proper in this court under Florida Statutes section 47.051 because the causes of action accrued in Miami-Dade County, Florida. Venue is also proper because the contracts at issue required performance in Miami-Dade County.

33. This Court has personal jurisdiction over Defendants Roberts and MFAG under Florida Statutes section 48.193(1)(a)(1) based on their operating, conducting, engaging in, and carrying on a business in Florida; under Florida Statutes section 48.193(1)(a)(2) based on their commission of tortious acts within Florida; and under Florida Statutes section 48.193(1)(a)(7) because they breached a contract in Florida by failing to perform acts required by the contract to be performed in Florida.

34. To the extent Defendant Alex Herman is a real person separate from Leslie Roberts, this Court has personal jurisdiction over Herman under Florida Statutes sections 48.193(1)(a)(2) and (7) based on his commission of tortious acts within Florida and because he breached a contract in Florida by failing to perform acts required by the contract to be performed in Florida.

35. This case is properly assigned to the Complex Business Litigation Division of the Eleventh Judicial Circuit given the potential for significant impact on the business of the Joint Venture and the Gallery, the pretrial management of a large number of witnesses, the substantial amount of documentary evidence involved, the potential need for a high degree of case management, including the handling of discovery disputes, and because the amount in controversy is likely to far exceed $750,000, exclusive of interest, costs, and attorneys' fees.

36. All conditions precedent to the filing of this action, if any, have occurred, been performed, or been excused or waived.

## <u>Factual Allegations</u>

### A. Defendants target Plaintiffs for their fraudulent scheme

37. Although the Perlmans do not have specialized training or an educational or professional background in art, they personally enjoy collecting art.

38. In February 2023, while shopping in the Coconut Grove neighborhood of Miami, Matthew and Richard Perlman walked into MFAG and were introduced to its owner, Les Roberts.

39. Impressed by MFAG's prominent location, large physical footprint, and apparent collection of artworks by numerous well-known artists, Plaintiffs began purchasing artwork from MFAG. Although the first work they purchased was by an artist named Richard Orlinsky, Matthew and Richard Perlman noticed what appeared to be an extensive inventory of works by Andy Warhol hanging in the gallery.

40. Plaintiffs quickly built a strong relationship with Roberts. They discussed art collecting, art investment, and, most prominently, works by Andy Warhol. During these initial conversations—which occurred at various times during the first half of 2023, including between Roberts and Matthew and Richard Perlman in person at the Gallery and at lunch meetings at Green Street Café and Atchana's Homegrown Thai Restaurant, and through phone calls and text messages between Roberts and Matthew Perlman—Roberts represented that he had a close relationship with the Foundation. He explained that he could acquire works directly from the Foundation and offer them to Plaintiffs at below-market prices. Plaintiffs were thrilled: Warhol was one of their favorite artists, and they were eager to collect his work.

41. The MFAG Defendants subsequently sold Plaintiffs works that the MFAG Defendants represented to be by Andy Warhol. The MFAG Defendants sent invoices and other writings to Plaintiffs, stating that the works were by Andy Warhol and requesting payment in exchange for transferring title and possession of the artworks.

42. Some of the artworks were paid for by RMP, some of the artworks were paid for by MPC-401K (both RMP and MPC-401K were funded by monies from Richard and Judy Perlman), and some of the artworks were paid for by Matthew Perlman. MFAG knew which

Plaintiff paid for each work and that each sale it made was connected to MFAG and Roberts' efforts to sell the Plaintiffs artworks that they falsely represented were by Andy Warhol. In each instance and with respect to each artwork, MFAG, led by Roberts, made the same or substantially the same misrepresentations described above to one or more of the Plaintiffs at or around the time of sale.

43. Plaintiffs relied on the MFAG Defendants' oral representations and written statements in the invoices and related writings, and they therefore wired the requested funds to acquire the works from MFAG.

44. As to each individual work, the MFAG Defendants' fraudulent statements were made shortly before Plaintiffs made payment for that work.

**B. Defendants propose forming a joint venture**

45. After a number of sales, Roberts told Plaintiffs that they should form a joint venture, together through which they would purchase artwork from the Foundation. Roberts proposed that the parties to the joint venture each pay half of the purchase price to the Foundation, the MFAG Defendants would then sell the works to museums and other collectors and galleries, and the parties would equally split the proceeds.

46. But the MFAG Defendants had no intention of creating a legitimate venture. Their proposal was a ruse to help legitimize Defendants' fraudulent scheme and increase the volume of fraudulent sales they could make to Plaintiffs.

47. On or about August 22, 2023, MFAG and SOFLAC entered into the JV Agreement. A true and correct copy of the JV Agreement is attached as **Exhibit A**.

48. According to the JV Agreement, "[t]he purpose of the Venture is to acquire, hold, and sell the Collection," which the JV Agreement defines as "certain pieces of original Andy

Warhol artwork procured from the *Andy Warhol Foundation for the Visual Arts, Inc.* ('AWF') and, also procured from other sources, including certain pieces of original 'Mr. Brainwash' artwork, and such other art collections as may, from time to time, be added to this Agreement . . . and signed-off by the parties hereto . . . ." (Ex. A, § 2; *id.* at 1 (Preamble).) But the joint venture never acquired any authentic works of art from the Foundation, and Defendants' representations to Plaintiffs that they were acquiring works from the Foundation were knowingly false.

49. Section 1 of the JV Agreement states that "[t]o date, [MFAG] and [SOFLAC] have each contributed $345,000.00 toward the purchase of the Collection and will each contribute an additional $99,000 . . . to complete the purchase of the Collection from AWF and other sources for a total purchase price of $870,000.00." (*Id.*, § 1.) It further states that "[u]pon completion of" the $99,000 contribution, MFAG and SOFLAC "will each have contributed $444,000 to purchase the Collection." (*Id.*)

50. SOFLAC contributed the funds required of it under the JV Agreement.

51. MFAG failed to contribute any of the required funds, and it never had any intention of contributing funds toward the purchases because the MFAG Defendants were not actually acquiring works from the Foundation.

52. Section 3 of the JV Agreement states that MFAG and SOFLAC "shall each have a fifty percent (50%) ownership interest in the Venture" and "shall share equally in the acquisition and the profits and losses of the Venture." (*Id.*, § 3.)

53. But MFAG never "share[d] equally" in any of the acquisitions. Instead, the money came from SOFLAC, or from Plaintiffs on behalf of SOFLAC, and the MFAG Defendants falsely represented that MFAG had paid its required share.

54. Section 4(c) of the JV Agreement states that "no Venture Partner shall have the right to . . . borrow or lend money on behalf of the Venture . . . ." (*Id.*, § 4(c).)

55. Section 5(a) of the JV Agreement makes MFAG, as "Operating Venture Partner," responsible for "handling the operational duties of the Venture" and serving as the "primary sales agent (and fiduciary) of the Venture for the sale of the Collection or any Piece thereof . . . and the proceeds derived thereof," which MFA was required to hold in trust. (*Id.*, § 5(a).)

56. Section 9 of the JV Agreement states that "[a]ll books and records of the Venture, whether maintained by the Venture, [MFAG], [SOFLAC], or the Gallery shall be open to the Venture Partners for review and inspection at all times." (*Id.*, § 9.) MFAG has breached this provision by refusing to give SOFLAC access to the records related to its purchases.

57. Section 15(d) of the JV Agreement states that "[i]n the event of any litigation arising under this Agreement, the prevailing party shall be entitled to recover from the non-prevailing party its reasonable attorney's fees and court costs." (*Id.*, § 15(d).)

58. Throughout 2023 and 2024, SOFLAC paid several million dollars to purchase works under the JV Agreement. To complete each transaction, Plaintiffs wired half the purchase price to MFAG on behalf of SOFLAC. In doing so, Plaintiffs relied on the MFAG Defendants' representations that MFAG had paid the entire purchase price to the Foundation and that Plaintiffs' payment constituted a reimbursement of their half of the purchase price that MFAG had just paid.

59. But the MFAG Defendants did not acquire these works from the Foundation. The works they sold to SOFLAC under the JV Agreement were forgeries, and the MFAG Defendants therefore never sent any of the funds to the Foundation. Instead, the MFAG Defendants stole Plaintiffs' payments.

60. True and correct copies of several of the invoices the MFAG Defendants sent SOFLAC are attached as **Composite Exhibit B.** For example, the MFAG Defendants sent Plaintiffs the following invoices, purportedly from the Foundation, but they are forgeries:



INVOICE # 3244 INVOICE DATE 05/07/2023

BILL TO
Mathew Perlman
Miami Florida

Miami Fine Art Gallery
3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Marilyn Monroe #26 AWF Stamp | 22,000.00 | 22,000.00 |
| 1 | Andy Warhol Original Screenprint Komodo Dragon Stamped | 23,000.00 | 23,000.00 |
| 1 | Andy Warhol Orangutan Artist Proof Color | 18,000.00 | 18,000.00 |
| 1 | Andy Warhol Butterfly Artist Proof Color | 20,000.00 | 20,000.00 |
| 1 | Andy Warhol Cow Yellow pink Stamped 50/50 split | 11,250.00 | 11,250.00 |
| 1 | Andy Warhol. Cow Blue Stamped | 11,250.00 | 11,250.00 |
| 1 | Andy Warhol Cow Purple Stamped | 11,250.00 | 11,250.00 |

INVOICE TOTAL $116,750.00

Please Wire Funds to
Amerant Bank
Swift/BIC Code. MNBMUS33
ABA, 067010509



Invoice

Andy Warhol Foundation
65 Bleecker Street
New York New York 10012

Les Roberts
Miami Fine Art Gallery
3180 Commodore Plaza.
Miami Florida 33133

Andy Warhol Foundation
sales@warholfoundation.org

Invoice#: 9144
Issued: [redacted]
Due: 1/8/2024

PAID

Invoice Total
$416,000.00

| Item Description | Price | Quantity | Total |
|---|---|---|---|
| Andy Warhol Original Canvas. Panda | $1.00 | 75,000.00 | $75,000.00 |
| Andy Warhol Original Canvas Venus | $1.00 | 85,000.00 | $85,000.00 |
| Andy Warhol Original Canvas Queen Elizabeth | $1.00 | 85,000.00 | $85,000.00 |
| Andy Warhol Panda. REX. Test Print | $21,000.00 | 1.00 | $21,000.00 |
| Andy Warhol Eagle. Test Print | $21,000.00 | 1.00 | $21,000.00 |
| Andy Warhol Hotel Gas Test Print | $34,000.00 | 1.00 | $34,000.00 |
| Andy Warhol Ingrid Bergman Test Print | $1.00 | 20,000.00 | $20,000.00 |
| Andy Warhol Canvas Original Chanel | $1.00 | 85,000.00 | $85,000.00 |

61. Among numerous other forged artworks, Defendants sold the following forgeries to Plaintiffs that they falsely claimed to have acquired from the Foundation:















62. Attached as **Exhibit C** is a schedule of purported "Warhol" artworks the MFAG Defendants sold Plaintiffs and for which Plaintiffs made payments. At minimum, Plaintiffs purchased the pieces described in this schedule as well as those enumerated in the exhibits to the JV Agreement, in reliance on the MFAG Defendants' false representations of their authenticity and provenance.

63. The MFAG Defendants knew these artworks and the corresponding invoices were forgeries.

### C. Defendants then went another step to convince Plaintiffs they were dealing directly with the Foundation

64. To sustain Plaintiffs' belief in the legitimacy of the joint venture, the MFAG Defendants caused Plaintiffs to believe they were dealing directly with someone from the Foundation. Every communication about these subjects was a lie.

65. On December 17, 2023, Matthew Perlman received an email from "Alex Herman," who identified himself as an employee of the "Andy Warhol Foundation." Herman's email stated that he was "asked to reach out to you from one of our partner Galleries" because "[w]e understand you need us to verify unpublished Andy Warhol Prints in your collection." The email continued, "What I understand is that you have test prints (TP) in your collection. Those Screenprints were made by Andy so he could design the final colors and ideas for the regular edition run." The email further explained that although these "test prints" were not meant for sale to the public, "We here at his Foundation" have decided to sell a small number of them to "a few selective honorable Art Galleries who support our ongoing efforts to support the Arts." The email continued, "I understand that many Warhol sellers are unfamiliar with these prints as they have never been in circulation," but that a few of them "have been listed in our Full Warhol Volume Set which I highly recommend

you purchase." Herman further stated that "if you need to send me any photos I can verify if those are from the Foundation or any other part of our organization."

66. The following day, Matthew Perlman responded to Herman's email as follows: "I will send you a longer email shortly but I wanted to let you know that those 3 [test prints] are for my personal collection and my family art collective." In reply, Herman wrote that he had just received a wire from MFAG for works that Matthew Perlman and MFAG had purchased from the "foundation." Herman further represented that he had "received a message that you may acquire the Andy Warhol Original Blue John Lennon," stating that it "is an excellent investment" because it is "quite large."

67. On December 21, 2023, Herman wrote to Matthew Perlman and represented that the Foundation was "looking to sell one of the Original Warhol Canvases of The Royal Queen Elizabeth to fund the Andy Warhol Visual Art Scholarship Awards 2024." Herman represented that the work was "[s]igned by Andy Warhol" and included a "[s]tamp by the Foundation and Authentication Board and the rare Estate Stamp." "Per our Agreement with [MFAG]," Herman wrote, "you have the first right to purchase . . . this rare one," for a purchase price of $82,500.

68. On December 24, 2023, Herman offered to sell four more "Andy Warhol Canvas[es]" to Plaintiffs, stating that he needed to "raise additional funding for The Andy Warhol Visual Arts program" to support emerging artists. The total purchase price for these four works was $282,500.

69. On December 26, 2023, Herman wrote to Matthew Perlman and MFAG, stating that it was "truly a gift to work with [MFAG]," and applauding "Les and Matthew for giving massive support" to Warhol's dream of supporting artists. Herman represented that he had received a bank wire from MFAG for previous "Warhol Canvases" and that the money "will be

use[d] to promote the Andy Warhol Foundation." In the same email, Herman stated that he was authorized to offer an "Original Canvas of John Wayne" by Andy Warhol. Herman stated that the work was "highly valued," and that he would offer it to Matthew Perlman and MFAG for $75,000 to "show you how much I enjoy working with your Gallery."

70. On December 27, 2023, Herman wrote to Matthew Perlman to offer "the Original Canvas of [Andy Warhol's] Superman." In the same email, Herman wrote that the "Superman Canvas" was previously "on display . . . in Pittsburgh," where the Andy Warhol Museum is located. Herman further represented that artists "from around the world" would benefit from Matthew Perlman's and MFAG's purchases and that, "[k]eeping with our agreement, [MFAG] always gets the first-choice offer" of works from the Foundation. Herman further represented that "[o]nce our full staff is back from the Holidays, they will be able to pull all the [Authentication Board] letters you need from each location."

71. On January 3, 2024, Herman wrote again to Matthew Perlman and MFAG to announce a new fundraising initiative. "As you know," Herman wrote, "we have been funding Grants and Cash Awards to Artist and Art Projects throughout the United States." As a continuation of that work, Herman stated that he had "until January 30, 2024" to "raise additional funds by selling several of" Warhol's works "to a few collectors, and Galleries, who have given us tremendous support in 2023." The email continued by stating that the Foundation "will be granting a record number of grantees" in 2024 and that, as a result, Herman would "be allowing" rare canvases and photography "to be sold to complete this round of Grants, and the expansion of" the Foundation's support for visual arts. "Keeping to our agreement," Herman wrote, MFAG "has first right of acceptance." Due to a "pressured time limit," Herman requested that Matthew Perlman and Roberts let him know as soon as possible if they were interested in eight works for

which Herman was able "to give [them] very exceptional pricing." The total purchase price was $515,000 for the eight works, which included a "Warhol Canvas Cow," a "Warhol Canvas Mao Estate Portrait," a "Darth Vader Canvas 1976," a "First Chanel Canvas," a "Panda Canvas," a "Polo Player Canvas," a "Venus Canvas," and a "Queen Elizabeth Canvas."

72. On May 9, 2024, Herman wrote to Matthew Perlman and Roberts to offer a "very rare Andy Warhol" entitled "Paloma Picasso," which "Andy did in 1975" as a "Signed and Numbered Edition." Herman stated that the work was priced at $38,000; however, due to a $20,000 credit from the work's previous owner, he was authorized to "close it out to you for 18,000." Herman further stated that the reason for the sale was that the Foundation's new director "wants us to clear up all debit balances" and that he would bring similar "credit deals . . . on uncompleted past deals" because Plaintiffs and MFAG were "very strong buyers."

73. That same day, in response to Herman's email (and with Matthew Perlman on copy), Roberts wrote that he would "talk with [Matthew] later today." Roberts further stated that it was "a very good offer," that he knew the "Warhol Picasso" was "rare" as he had "never seen those available," and that he would let Herman know soon if they wished to purchase it.

74. On May 20, 2024, Herman wrote to Matthew Perlman and MFAG and represented that he had been "authorized to offer you a Warhol that is extremely special and rare," a "rendition that Andy Warhol did of his famous John Wayne." Herman further represented that the work, which was "done by his hand and on Museum Board," had a "perfect signature by Andy." The purchase price was $150,000.

75. On May 28, 2024, Herman wrote to Matthew Perlman and MFAG, "Yesterday I emailed you an offer to purchase the 2 remaining Canvases of the Dollar Sign and Marilyn Monroe." Herman further stated that "it is ok to assume" that SOFLAC and MFAG were passing

on these works, which would be offered to a different buyer because Herman hadn't heard back from Matthew Perlman and MFAG. That same day, Roberts responded to Herman's email, stating that the previous day was a holiday "so we were busy with Gallery events," but that he had "just sent [Herman] a wire for $120,000" for the "Warhol canvases"—"[s]o they belong to us now," referring to MFAG and SOFLAC. Herman responded the same day to confirm "receipt" of a $120,000 wire "from [MFAG] for the purchase of the 2 Warhol Canvases."

76. On July 31, 2024, Herman wrote to MFAG, Matthew Perlman, and Richard Perlman to offer two "rare Andy Warhol Canvases" in "[k]eeping with our commitment right of purchase." The works, entitled "Panda With Drum" and "Monkey Bars," were being offered for $55,000 each. Herman further represented that both works were "Stamped [and] Signed on Reverse."

77. That same day, Herman wrote to MFAG, Matthew Perlman, and Richard Perlman to "offer one of Andy Warhol's favorite paintings" in "[k]eeping with our commitment right of purchase," for a purchase price of $76,000.

78. By the beginning of August 2024, Plaintiffs had contributed millions of dollars to the JV's purchase of works, all of which purportedly came from the Foundation. In doing so, Plaintiffs relied on Defendants' representations that MFAG had paid the entire purchase price to the Foundation and that Plaintiffs' payments to MFAG constituted a reimbursement of SOFLAC's half of the purchase price that MFAG had just paid.

79. Plaintiffs further relied on representations by Roberts and Herman—who, upon information and belief, is a fictitious character played by Roberts—that each work was an authentic work created by Andy Warhol, that each work came from the Foundation, and that the joint

venture's purchase of each work would support the Foundation's mission of supporting artists around the world.

80. These representations were false, and Defendants knowingly participated in each of these misrepresentations, with the intent of inducing Plaintiffs make payments for worthless forgeries. As examples of the myriad falsities contained in Defendants' statements, Herman is not employed by the Foundation, his email address is not a legitimate email address of the Foundation, the Foundation wasn't selling works to fund scholarships, the Foundation does not give "cash awards" directly to artists, the Foundation did not have a "new director" who was demanding that the Foundation's debit balances be paid, the works Plaintiffs acquired were not owned by the Foundation, the invoices and the authentication stamps associated with the works were not authentic, and the MFAG Defendants were not sending funds to the Foundation in connection with Plaintiffs' purchases. Defendants knew each of these facts and knowingly engaged in and furthered this fraud to deceive Plaintiffs into paying millions of dollars for forged artwork.

**D. The fraud begins to unravel**

81. In December 2023, Judy Perlman approached Christie's Auction House to sell some of the works that Plaintiffs had purchased through MFAG. Christie's viewed the works that month and, shortly after, informed Plaintiffs that they had concerns about the authenticity of the works.

82. When Plaintiffs confronted Roberts with the information they had received from Christie's and demanded an explanation, Roberts doubled down, representing to Plaintiffs that the works were authentic. Meanwhile, Herman (impersonated by Roberts) emailed Matthew Perlman and falsely stated that Christie's objected to the Foundation's sale of works by Andy Warhol not because they were forgeries, but because of an earlier agreement between the Foundation and

Christie's that gave Christie's the exclusive right to sell works from the Foundation's private collection. Roberts further stated that he had a relationship with Phillips and that appraisers from Phillips were ready to evaluate the works Plaintiffs had purchased.

83. Around this time, Plaintiffs also began to push Roberts for an explanation of Herman's identity and his connection to the Foundation. To explain why there was no documented affiliation between Herman and the Foundation, Roberts falsely stated that Herman is a consultant to the Foundation and is based in the United Kingdom.

84. During this period, the MFAG Defendants attempted to solicit tens of thousands more dollars from Plaintiffs for several additional purported "Warhol" artworks from the "Foundation," including pieces that were described as *Caroline of Monaco* (Original on Canvas), *Debra Harring* (2/2 Test Screenprint TP), *Speed Skater* (Mint Condition Signed and Number Used for 1980 Olympic Poster), *Blackgama (Judy Garland)* (Signed and Numbered).

85. A few months later, two individuals, purporting to be from Phillips, met with Plaintiffs at Defendants' direction, evaluated the works, and stated that the works were authentic.

86. In the months that followed, Plaintiffs continued to demand answers from Roberts, including backup invoices, proof of wire transfers to the Foundation, appraisals, and other documentation related to the works that had purportedly been purchased from the Foundation. Roberts failed to provide sufficient backup.

87. In August 2024, Plaintiffs contacted Phillips about the individuals who had visited their home to view the works. On August 22, 2024, Phillips informed Plaintiffs that these individuals had presented Plaintiffs with fake business cards and were not from Phillips. Plaintiffs again demanded an explanation from Roberts, and Roberts doubled down *again*, claiming that the individuals were from "Phillips International" and therefore wouldn't have been known to the

domestic Phillips office that denied any relationship with them. These were lies. Roberts ultimately admitted that MFAG employed at least one of these individuals.

88. On August 24, 2024, Plaintiffs demanded that MFAG refund every purchase that Plaintiffs had made through MFAG. The Consigning Plaintiffs further demanded the return of several unrelated authentic works that they had consigned to MFAG for MFAG to display and sell on their behalf.

89. The Consigned Works include one work by Chuck Close, four artworks by David Hockney, eighteen works by Richard Prince, three works by Anne Truitt, one work by Fernando Botero, one work by Richard Dupont, four works by David Salle, two works by Yaacov Agam, one work by Milton Avery, four works by Wayne Thiebaud, five works by Richard Diebenkorn, one work by Naotaka Hiro, one work by Sam Francis, one work by Frank Stella, and two works by Julian Opie. A schedule containing further details sufficient to identify these works is attached as **Exhibit D.**

90. The MFAG Defendants refused to refund Plaintiffs' money, failed to provide backup for the purchases and said that MFAG would continue selling works acquired through the JV (even though they were forgeries), and refused to return the Consigned Works unless Plaintiffs agreed to various unreasonable conditions that Defendants have no legal right to demand.

91. Plaintiffs have retained the undersigned counsel and are obligated to pay them fees for their services.

**COUNT I**
**BREACH OF CONTRACT UNDER JV AGREEMENT**
**(BY SOFLAC AGAINST MFAG)**

92. SOFLAC repeats and realleges each and every allegation contained in paragraphs 1 through 91 as if fully set forth here.

93. On or about August 22, 2023, MFAG and SOFLAC entered into the JV Agreement.

94. The JV Agreement is a binding and enforceable contract.

95. The JV Agreement defined its purpose, in relevant part, as the "acquisition and subsequent resale by the Venture of certain pieces of original Andy Warhol artwork procured from the Andy Warhol Foundation for the Visual Arts, Inc."

96. Section 1 of the JV Agreement states that "[t]o date, [MFAG] and [SOFLAC] have each contributed $345,000.00 toward the purchase of the Collection and will each contribute an additional $99,000 . . . to complete the purchase of the Collection from AWF and other sources for a total purchase price of $870,000.00." (Ex. A, § 1.) It further states that "[u]pon completion of" the $99,000 contribution, MFAG and SOFLAC "will each have contributed $444,000 to purchase the Collection." (*Id.*)

97. Section 3 of the JV Agreement states that MFAG and SOFLAC "shall each have a fifty percent (50%) ownership interest in the Venture" and "shall share equally in the acquisition and the profits and losses of the Venture." (*Id.*, § 3.)

98. Section 5(a) of the JV Agreement made MFAG, as Operating Venture Partner, responsible for the operational duties of the Venture, which included the acquisition and sale of original Andy Warhol artworks. (*Id.*, § 5(a).)

99. Section 9 of the JV Agreement states that "[a]ll books and records of the Venture, whether maintained by the Venture, [MFAG], [SOFLAC], or the Gallery shall be open to the Venture Partners for review and inspection at all times." (*Id.*, § 9.)

100. Section 15(d) of the JV Agreement states that "[i]n the event of any litigation arising under this Agreement, the prevailing party shall be entitled to recover from the non-prevailing party its reasonable attorney's fees and court costs." (*Id.*, § 15(d).)

101. MFAG's performance of the JV Agreement, including in connection with its operational and fiduciary duties as Operating Venture Partner under Section 5(a), was subject to the implied covenant of good faith and fair dealing, which implicitly required MFAG to refrain from acquiring and inducing SOFLAC to contribute funds and make payments for artworks MFAG knew were not original Andy Warhol artworks and were not from the Foundation, but were instead forgeries from illegitimate sources.

102. MFAG breached the JV Agreement in numerous ways, including by: (1) failing to acquire authentic art from the Foundation or otherwise; (2) acquiring and soliciting payments from SOFLAC for forged artworks MFAG knew were not authentic Andy Warhol artworks and were not acquired from the Foundation; (3) failing to exercise good faith and fair dealing in connection with its operational duties as Operating Venture Partner, including with respect to its acquisition of artworks on behalf of the Joint Venture and collection of payments from SOFLAC; (4) failing to pay the money MFAG was required to contribute to the Joint Venture; (5) failing to "share equally in the acquisition and the profits and losses of the Venture"; and (6) failing to provide SOFLAC with access to "[a]ll books and records . . . maintained by . . . the Gallery."

103. SOFLAC fully performed its obligations under the JV Agreement.

104. As a direct, proximate, and foreseeable result of MFAG's breaches of the JV Agreement, SOFLAC has been damaged in an amount to be determined at trial.

105. Under section 15(d) of the JV Agreement, SOFLAC is entitled to recover "reasonable attorney's fees and court costs" incurred in this litigation.

WHEREFORE, Plaintiff SOFLAC Associates, LLC demands judgment in its favor against Defendant Miami Fine Art Gallery, LLC on Count I, an award of its actual and consequential damages, attorneys' fees and costs under section 15(d) of the JV Agreement, prejudgment and

post-judgment interest at the prevailing statutory rates, and any other available relief this court deems just and proper.

**COUNT II**
**BREACH OF FIDUCIARY DUTY**
**(BY SOFLAC AGAINST MFAG)**

106. SOFLAC repeats and reallege each and every allegation contained in Paragraphs 1-91 as if fully set forth here.

107. SOFLAC and MFAG are or were joint venturers under the JV Agreement.

108. Joint venturers owe fiduciary duties to each other, including the duty to deal with each other in utmost good faith, fairness, and honesty.

109. Section 5(a) of the JV Agreement acknowledges MFAG's role as fiduciary on behalf of the Joint Venture.

110. MFAG breached its fiduciary duties to SOFLAC, including through its myriad misrepresentations concerning the authenticity of the art MFAG acquired on behalf of the Joint Venture and its solicitation and misappropriation of payments from SOFLAC for forged artworks.

111. SOFLAC has been damaged by MFAG's breach of its fiduciary duties to SOFLAC.

112. Under Section 15(d) of the JV Agreement, SOFLAC is entitled to recover "reasonable attorney's fees and court costs" incurred in this litigation.

WHEREFORE, Plaintiff SOFLAC Associates, LLC demands judgment in its favor against Defendant Miami Fine Art Gallery, LLC on Count II, an award of its actual and consequential damages, attorneys' fees and costs under Section 15(d) of the JV Agreement, prejudgment and post-judgment interest at the prevailing statutory rates, and any other available relief this court deems just and proper.

## COUNT III
## DECLARATORY JUDGMENT REGARDING TERMINATION OF JV AGREEMENT
## (BY SOFLAC AGAINST MFAG)

113. SOFLAC repeats and reallege each and every allegation contained in Paragraphs 1-112 as if fully set forth here.

114. On or about August 22, 2023, MFAG and SOFLAC entered into the JV Agreement.

115. The JV Agreement is a binding and enforceable contract.

116. As set forth above, MFAG breached the JV Agreement and its fiduciary duties to SOFLAC in numerous ways, including by failing to pay the money it was required to contribute to the JV, failing to "share equally in the acquisition and the profits and losses of the Venture," failing to provide SOFLAC with access to "[a]ll books and records . . . maintained by . . . the Gallery," and failing to acquire authentic art from the Foundation or otherwise, and soliciting financial contributions and payments from SOFLAC for forged artworks.

117. Further, the purpose of the JV Agreement has been frustrated, given MFAG's lack of access to authentic Andy Warhol artworks from the Foundation and evisceration of SOFLAC's trust in the MFAG Defendants' ability to ever acquire such works.

118. SOFLAC fully performed its obligations under the JV Agreement.

119. The JV agreement lacks a termination provision, except in the event of the death or disability of Leslie Roberts or Matthew Perlman. (Ex. A, § 13).

120. SOFLAC seeks a declaration that, based on MFAG's material breaches of the JV Agreement, as alleged in Count I, MFAG's breaches of its fiduciary duties, as alleged in Count II, and the frustration of the purpose of the joint venture, SOFLAC is entitled to terminate the JV Agreement and that the JV Agreement has been terminated, without prejudice to SOFLAC's claims for damages and other relief against MFAG, as sought herein.

121. There is a bona fide, actual, present and practical need for the requested declaration, including to prevent SOFLAC from incurring any further damages in connection with any attempts by MFAG to continue activities on behalf of the Joint Venture, including damages related to any purported obligation to continue making payments or monetary contributions under the JV Agreement, or potential exposure that may arise to third parties, should MFAG attempt to sell the forged artworks.

122. The declaration sought deals with a present, ascertainable state of facts or present controversy as to a state of facts.

123. SOFLAC's rights under the JV Agreement are dependent upon the facts or the law applicable to the facts as to which the requested declaration is sought.

124. MFAG purports to have an actual, present, adverse, and antagonistic interest in the JV Agreement and SOFLAC's entitlement to termination.

125. The antagonistic and adverse interests are all before the court by the proper process and representation.

126. The requested declaration sought is not merely giving of legal advice by this Court.

127. Under Section 15(d) of the JV Agreement, SOFLAC is entitled to recover "reasonable attorney's fees and court costs" incurred in this litigation.

WHEREFORE, Plaintiff SOFLAC Associates, LLC demands judgment in its favor against Defendant Miami Fine Art Gallery on Count III, an award of its attorneys' fees and costs under Section 15(d) of the JV agreement, and any other available relief this court deems just and proper.

**COUNT IV**
**BREACH OF EXPRESS WARRANTY § 672.313, FLA. STAT.**
**(BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS)**

128. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 90 as if fully set forth here.

129. Under section 672.313(1), Florida Statutes, "[a]ny affirmation of fact or promise made by the seller to the buyer which relates to the goods and becomes part of the basis of the bargain creates an express warranty that the goods shall conform to the affirmation or promise," and "[a]ny description of the goods which is made part of the basis of the bargain creates an express warranty that the goods shall conform to the description." Critically, "[i]t is not necessary to the creation of an express warranty that the seller use formal words such as 'warrant' or 'guarantee' or that the seller have a specific intention to make a warranty[.]"

130. Plaintiffs purchased through Defendants, at a minimum, the works of art identified in Exhibit C and in the JV Agreement.

131. "Alex Herman," by way of Roberts, purportedly offered these works for sale to Plaintiffs and the Joint Venture, and the MFAG Defendants collected payments from Plaintiffs for them.

132. The purchase of each of these works (each, an "AWF Work") was memorialized by representations of authenticity from "Alex Herman" and the MFAG Defendants and, in most instances, a written contractual invoice representing that the works were authentic Andy Warhol artworks.

133. Plaintiffs fully performed their obligations under the parties' agreements with respect to the AWF Works acquired before the execution of the JV Agreement by making full payment for those works.

134. SOFLAC fully performed its obligations under the parties' agreements with respect to the AWF Works acquired through the Joint Venture, including by causing payments to be made for its required half of the purported purchase price for those works.

135. In connection with each AWF Work, each of the Defendants made affirmations of fact related to the work and provided a description of the work, including, among other things, that it was an authentic work by Andy Warhol that came from the Foundation. These representations created express warranties of authenticity under section 672.313(1), Florida Statutes.

136. The AWF Works are not authentic, and they are not from the Foundation. Defendants have therefore breached their express warranties of authenticity.

137. As a direct, proximate, and foreseeable result of Defendants' breaches, Plaintiffs have been damaged in an amount to be determined at trial.

WHEREFORE, Plaintiffs demand judgment in their favor against Defendants Leslie Roberts, Miami Fine Art Gallery, LLC, and Alex Herman on Count IV, an award of their actual and consequential damages, prejudgment and post-judgment interest at the prevailing statutory rates, and any other available relief this court deems just and proper.

**COUNT V**
**UNJUST ENRICHMENT**
**(BY ALL PLAINTIFFS AGAINST ROBERTS AND MFAG)**

138. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 90 as if fully set forth here.

139. This cause of action for unjust enrichment is pled in the alternative to Counts I and IV (Breach of Contract and Breach of Express Warranty) above.

140. The MFAG Defendants were enriched by the payments Plaintiffs made toward the purchase of the AWF Works.

141. The MFAG Defendants voluntarily accepted and retained the benefit of these payments.

142. The MFAG Defendants have failed to compensate Plaintiffs with anything of value in exchange for Plaintiffs' payments.

143. The circumstances are such that it would be inequitable to allow Defendants to retain the benefits of Plaintiffs' payments and contributions without paying their value to Plaintiffs.

WHEREFORE, Plaintiffs demand judgment in their favor against Defendants Leslie Roberts and Miami Fine Art Gallery, LLC on Count V, an award of their actual damages, prejudgment and post-judgment interest at the prevailing statutory rates, and any other available relief this court deems just and proper.

**COUNT VI**
**FRAUD**
**(BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS)**

144. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 90 above as if fully set forth here.

145. As described above, Defendants Roberts and MFAG knowingly made the following false statements of material fact to Plaintiffs, among others:

a. Each of the AWF Works is an authentic work by Andy Warhol that came from the Foundation;

b. Herman is an employee or consultant of the Foundation;

c. Plaintiffs' portion of the purchase price for each AWF Work would be received by the Foundation;

d. The Foundation would receive the other half of the purchase price for each AWF Work directly from MFAG; and

e. Plaintiffs' purchase of the AWF Works would support the mission and activities of the Foundation.

146. As described above, Defendant Herman made the following representations, among others:

a. He is an employee or consultant of the Foundation;

b. Each of the AWF Works is an authentic work by Andy Warhol that came from the Foundation; and

c. Plaintiffs' purchase of the AWF Works would support the mission and activities of the Foundation.

147. Defendants' representations to Plaintiffs were false when they were made.

148. Upon information and belief, Herman is a fictitious person created or impersonated by Roberts. Therefore, the MFAG Defendants made and are responsible for each of Herman's misrepresentations.

149. Defendants made these false representations knowingly, with the intent to deceive Plaintiffs into paying Defendants for forged artworks that are neither authentic, nor from the Foundation.

150. Plaintiffs obtained these representations in writing and orally from Defendants and reasonably relied on those written representations, especially given Defendants' perceived stature in the art world, significant public gallery space, and long history of selling artwork.

151. Defendants' misrepresentations caused Plaintiffs damages, because Plaintiffs would not have purchased any of the AWF Works or wired any money to Defendants if Defendants had disclosed the truth about the AWF Works.

152. As a direct and proximate result of Defendants' misrepresentations and omissions, Plaintiffs have suffered economic harm totaling several million dollars.

153. Defendants engaged in the fraudulent conduct described in this Complaint willfully and maliciously, with the intent to damage Plaintiffs. Defendants repeatedly lied to Plaintiffs about the AWF Works, Herman's identity, and the identity of the recipient of Plaintiffs' funds. They did so with the intent to harm Plaintiffs by stealing the millions of dollars they had wired to Defendants.

WHEREFORE, Plaintiffs demand judgment in their favor against Defendants Leslie Roberts, Miami Fine Art Gallery, LLC, and Alex Herman on Count VI, an award of their actual and consequential damages, prejudgment and post-judgment interest at the prevailing statutory rates, and any other available relief this court deems just and proper.

**COUNT VII**
**VIOLATION OF FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT, FLA. STAT. § 501.201 *ET SEQ.* (*"FDUTPA"*)**
**(BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS)**

154. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 90 above as if fully set forth here.

155. Section 501.204, Florida Statutes, prohibits "unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce[.]"

156. Defendants' practices, as described above, (*e.g.*, knowingly and intentionally inducing Plaintiffs to make payments to acquire inauthentic artworks), are unfair and deceptive.

157. As a result of Defendants' unfair and deceptive practices, Plaintiffs have been damaged.

158. Section 501.2105, Florida Statutes provides for an award of reasonable attorney's fees and costs to the prevailing party in any action brought under FDUTPA.

159. WHEREFORE, Plaintiffs demand judgment in their favor against Defendants Leslie Roberts, Miami Fine Art Gallery, LLC, and Alex Herman on Count VII, an award of their

actual damages, prejudgment and post-judgment interest at the prevailing statutory rates, attorneys' fees and costs under Section 501.2105, Florida Statutes, and any other available relief this court deems just and proper.

**COUNT VIII**
**LIABILITY UNDER § 772.103, FLA. STAT.**
**(BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS)**

160. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 90 above as if fully set forth here.

161. Under Section 772.103, Florida Statutes, it is unlawful for any person (*inter alia*) to: (1) receive, with criminal intent, any proceeds derived from a pattern of criminal activity; (2) acquire or maintain through a pattern of criminal activity any interest in or control of any enterprise; (3) to conduct or participate in such enterprise through a pattern of criminal activity; or (4) to conspire or endeavor to do any of the above.

162. Upon information and belief, Herman is a fictitious person created or impersonated by Roberts. In the alternative, to the extent Herman is a real person separate from Roberts and MFAG, he is their co-conspirator, and together, they made up an informal association constituting an ongoing criminal enterprise.

163. Defendants knowingly engaged in a pattern of criminal activity intended to steal millions of dollars from Plaintiffs in a fraudulent scheme to sell forged artwork, using fictitious names and identities.

164. Defendants endeavored and conspired to conduct a criminal enterprise directed at Plaintiffs.

165. Defendants conducted and participated in a criminal enterprise directed at plaintiffs, through a pattern of criminal activity.

166. Defendants received, with criminal intent, proceeds derived from their pattern of criminal activity directed at Plaintiffs.

167. Defendants' criminal enterprise consisted of a continuous series of related predicate acts in furtherance of their criminal activity, including, among other things, communications fraud in violation of Section 817.034, Florida Statutes (including wire fraud and mail fraud), trafficking in counterfeit goods, and the sale of artwork with false labels.

168. As a direct consequence of Defendants' predicate acts and criminal enterprise, Plaintiffs have suffered harm.

169. Plaintiffs are entitled to their reasonable attorney's fees and treble damages under Section 772.104(1), Florida Statutes.

WHEREFORE, Plaintiffs demand judgment in their favor against Defendants Leslie Roberts, Miami Fine Art Gallery, LLC, and Alex Herman on Count VIII, an award of three times their actual damages, prejudgment and post-judgment interest at the prevailing statutory rates, attorneys' fees and costs under Section 772.104(1), Florida Statutes, and any other available relief this court deems just and proper.

## COUNT IX
## CONVERSION
## (BY CONSIGNING PLAINTIFFS AGAINST ROBERTS AND MFAG)

170. The Consigning Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1-4, 10, 19-40, and 81-90 above as if fully set forth here.

171. The Consigning Plaintiffs, jointly or individually, own full title to the Consigned Works.

172. The MFAG Defendants have no right to possess the Consigned Works, because MFAG has breached the terms of their consignment and because the Consigning Plaintiffs have the right to demand the return of the Consigned Works at any time.

173. The MFAG Defendants know that they have no right to possess the Consigned Works.

174. The MFAG Defendants know that they do not own the Consigned Works.

175. The Consigning Plaintiffs have demanded that the MFAG Defendants return the Consigned Works.

176. The MFAG Defendants have refused to return the Consigned Works unless the Consigning Plaintiffs agree to various conditions that Plaintiffs have no obligation to accept.

177. The MFAG Defendants have converted the Consigned Works to their own use and have deprived the Consigning Plaintiffs of their use and possession.

178. The Consigning Plaintiffs have been damaged as a result of the MFAG Defendants' unlawful conversion of the Consigned Works and seek compensatory damages for Defendants' wrongdoing in an amount to be determined at trial.

WHEREFORE, Plaintiffs McAndrew Phillips & Company 401K Plan, Judy Perlman, and Richard Perlman demand judgment in their favor against Defendants Leslie Roberts and Miami Fine Art Gallery, LLC on Count IX, an award of compensatory damages, and any other available relief this court deems just and proper.

## COUNT X
## REPLEVIN
## (BY CONSIGNING PLAINTIFFS AGAINST ROBERTS AND MFAG)

179. The Consigning Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1-4, 10, 19-40, and 81-90 above as if fully set forth here.

180. Plaintiffs MPC-401K or Judy and Richard Perlman own full title to the Consigned Works, as identified in Exhibit D, which were duly acquired by them from reputable art dealers.

181. Defendants are wrongfully detaining the Consigned Works.

182. The MFAG Defendants have no right to possess the Consigned Works and have breached the agreed terms of their consignment.

183. The MFAG Defendants know that they have no right to continued possession of the Consigned Works.

184. The MFAG Defendants know that they do not own the Consigned Works.

185. The Consigning Plaintiffs have demanded that the MFAG Defendants return the Consigned Works.

186. The MFAG Defendants have refused to return the Consigned Works unless the Consigning Plaintiffs agree to various conditions that Plaintiffs have no obligation to accept.

187. The MFAG Defendants have no legitimate defense to the Consigning Plaintiffs' assertion of ownership over the Consigned Works.

188. The Consigning Plaintiffs have been damaged as a result of Defendants' wrongful detainer of the Consigned Works.

189. The Consigning Plaintiffs are entitled to the return of the Consigned Works and damages flowing from their unlawful detainer.

190. WHEREFORE, Plaintiffs McAndrew Phillips & Company 401K Plan, Judy Perlman, and Richard Perlman demand judgment in their favor against Defendants Leslie Roberts and Miami Fine Art Gallery, LLC on Count X, a writ of replevin to recover the Consigned Works from Defendants, an award of actual and consequential damages sustained by reason of

Defendants' wrongful detainer of the Consigned Works, and any other available relief this court deems just and proper.

**COUNT XI**
**CONTRACTUAL ACCOUNTING**
**(BY SOFLAC AGAINST MFAG)**

191. SOFLAC repeats and realleges each and every allegation contained in Paragraphs 1-91 above as if fully set forth here.

192. On or about August 22, 2023, MFAG and SOFLAC entered into the JV Agreement, which is a binding and enforceable contract.

193. Section 9 of the JV Agreement states that "[a]ll books and records of the Venture, whether maintained by the Venture, [MFAG], [SOFLAC], or the Gallery shall be open to the Venture Partners for review and inspection at all times."

194. As a result of MFAG's wrongful conduct under the JV Agreement, MFAG owes SOFLAC a balance that can only be ascertained through an accounting, and MFAG has exclusive knowledge of and access to the information needed to determine the amount owed.

195. SOFLAC is also entitled to review the documentation related to each of the venture's transactions.

WHEREFORE, Plaintiff SOFLAC Associates, LLC demands judgment in its favor against Defendant Miami Fine Art Gallery, LLC on Count XI, an Order requiring MFAG to open its books and records to SOFLAC for an accounting and awarding attorneys' fees and costs under section 15(d) of the JV Agreement, and any other available relief this court deems just and proper.

**COUNT XII**
**EQUITABLE ACCOUNTING**
**(BY CONSIGNING PLAINTIFFS AGAINST MFAG)**

196. The Consigning Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1-4, 10, 19-40, and 81-90 above as if fully set forth here.

197. The Consigning Plaintiffs consigned the Consigned Works to MFAG for display and sale to third parties under agreed terms.

198. As consignee, MFAG has a fiduciary relationship to the consigning Plaintiffs.

199. MFAG's fiduciary duties to the Consigning Plaintiffs includes the duties to faithfully adhere to their instructions concerning the Consigned Works and to render a true and accurate account of its stewardship of the Consigned Works.

200. MFAG has failed and refused to provide open and full disclosure and a true and accurate accounting regarding the Consigned Works.

201. The Consigning Plaintiffs are unable to ascertain which of the Consigned Works have been sold and the sale proceeds received and due to them without a court-directed accounting.

202. MFAG has exclusive knowledge of and access to the books and records needed to determine the whereabouts of the Consigned Works and the amounts the Consigning Plaintiffs are owed with respect to those works.

WHEREFORE, Plaintiffs MPC-401K, Judy Perlman, and Richard Perlman demand judgment in their favor against Defendant Miami Fine Art Gallery, LLC on Count XII and an order directing MFAG to provide a full and accurate accounting with respect to the Consigned Works and any related sale proceeds and awarding any other available relief this court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment in their favor against Defendants and:

a. An award to Plaintiffs of the following:

i. actual and consequential damages in an amount to be determined at trial for all injuries suffered as a direct and proximate result of Defendants' wrongdoing;

ii. treble damages under Section 772.104(1), Florida Statutes;

iii. pre-judgment and post-judgment interest at the prevailing statutory interest rates;

iv. attorneys' fees and costs incurred in connection with this action under section 15 of the JV Agreement and Sections 501.2105 and 772.104(1), Florida Statutes;

b. A Declaration that the JV Agreement is terminated due to MFAG's breaches thereof and frustration of the JV's purpose;

c. A writ of replevin authorizing the seizure of the Consigned Works from the MFAG Defendants;

d. An order requiring MFAG to submit to:

i. a contractual accounting of the Joint Venture's books and records;

ii. an equitable accounting of MFAG's books and records with respect to the Consigned Works; and

e. All other further relief as may be appropriate.

**<u>JURY TRIAL DEMANDED</u>**

Plaintiffs demand a jury trial on all counts so triable.

Dated: November 21, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY: *<u>/s/ Luke Nikas</u>*

Luke Nikas (*pro hac vice*)
Paul B. Maslo (*pro hac vice*)
Michael Nosanchuk (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
lukenikas@quinnemanuel.com
paulmaslo@quinnemanuel.com
michaelnosanchuk@quinnemanuel.com

*<u>/s/ Shalia Sakona</u>*

Shalia Sakona (FL Bar No. 107398)
Daniel Humphrey (FL Bar No. 1024695)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133

Tel.: (305) 402-4880
shaliasakona@quinnemanuel.com
danielhumphrey@quinnemanuel.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Complaint was served upon all counsel of record via the Florida Courts' e-filing system on this 21st day of November, 2024.

*/s/ Shalia Sakona*

Shalia Sakona, Esq.

# EXHIBIT A

Art

# AGREEMENT

WHEREAS, the purpose of this agreement ("Agreement") is to confirm the understanding of the parties regarding the business venture named MFA/SOFLAC ASSOCIATES (the "Venture") with respect to the acquisition and subsequent resale by the Venture of certain pieces of original Andy Warhol artwork procured from the *Andy Warhol Foundation for the Visual Arts, Inc.* ("AWF") and, also procured from other sources, including certain pieces of original "*Mr. Brainwash*" artwork, and such other art collections as may, from time to time be added to this Agreement by appropriate exhibits appended to this Agreement and signed-off by the parties hereto, which works are collectively referred to in this Agreement as the "Collection" and more particularly described on Exhibits "A" and "C" attached hereto, together with such additional exhibits as may hereafter be appended to this Agreement; and,

WHEREAS, individual pieces of art from the Collection are sometimes referred to in this Agreement as a "Piece", or a "Work"; and,

WHEREAS, Miami Fine Art Gallery LLC, a Florida limited liability company ("MFA"), and SOFLAC Associates, LLC, a Florida limited liability company ("SFA"), are herein collectively referred to as "Venture Partners", and individually as a "Venture Partner".

MFA and SFA incorporate the foregoing recitals into this Agreement and agree as follows:

1. To date, MFA and SFA have each contributed $345,000.00 ("First Round Contribution") toward the purchase of the Collection and will each contribute an additional $99,000 ("Second Round Contribution"), to complete the purchase of the Collection from AWF and other sources for a total purchase price of $870,000.00. Upon completion of the Second Round Contribution, MFA and SFA will each have contributed $444,000 to purchase the Collection.

2. The purpose of the Venture is to acquire, hold, and sell the Collection. Sale of the Collection may be made as a whole, or by sale of individual Pieces or groupings thereof.

3. MFA and SFA shall each have a fifty percent (50%) ownership interest in the Venture ("Venture Interest"), meaning MFA and SFA shall share equally in the acquisition costs and the profits and losses of the Venture. No interest will be paid by the Venture on any contributions made by a Venture Partner to the Venture.

4a. MFA separately owns and operates a fine art gallery at 3180 Commodore Plaza, Miami, FL 33133 (the "Gallery"), where, the Venture anticipates, some or all of the Pieces will be, from time to time, showcased, and where sales of the Pieces will primarily be transacted and

---

[1] Note to update amount.

closed. Additionally, it is anticipated that the Collection will be offered for sale at various art fairs and exhibitions. MFA shall be the "Operating Venture Partner" of the Venture and shall pay all operating expenses of the Venture, whether conducted or incurred at the Gallery or otherwise, including, without limitation, any overhead expenses such as rent, transportation of art, utilities, marketing costs, staff salaries, incentives, and commissions.

4b. MFA and SFA will have an equal voice in the management of the Venture and will devote so much of their time as is necessary to accomplish the business purpose of the Venture. No Venture Partner will receive a salary for services rendered to the Venture, and no commission shall be paid by the Venture to either Venturer Partner upon the sale of the Collection or any Piece thereof, or be paid or reimbursed from the Venture for any of its costs or expenses except as set forth herein.

4c. Unless otherwise agreed by all Venture Partners in writing or as otherwise expressly set forth in this Agreement, no Venture Partner shall have the right to (i) borrow or lend money on behalf of the Venture, (ii) execute any mortgage, security agreement, financing statement, bond, lease, contract to purchase, or contract to sell, any property for or of the Venture, (iii) assign, mortgage, grant a security interest in, transfer, or pledge any asset of the Venture, or (iv) compromise any debt to the Venture or release any such debt, except on payment in full.

5a. In addition to handling the operational duties of the Venture as Operating Venture Partner, MFA, through its operations at the Gallery, will be the primary sales agent (and a fiduciary) of the Venture for the sale of the Collection or any Piece thereof, or any subsequently added Works or art collections as referred to above in the first recital of this Agreement, and the proceeds derived therefrom, which MFA shall, upon receipt, hold in trust, and not commingle with other funds of MFA.

5b. MFA shall retain for itself its proportionate share of such proceeds and simultaneously distribute directly to SFA its proportionate share of such proceeds pursuant to appropriate sales invoices, no less frequently than weekly, if available, according to each Venture Partner's respective Venture Interest.

5c. Any sale to a buyer who utilizes a credit or debit card to purchase a Piece from the Collection will be conducted through the Gallery's merchant payment processor account, without charge to or reimbursement from the Venture for any payment processing fees or costs related thereto.

6a. The Collection is owned by the Venture and neither MFA nor SFA shall have any direct ownership interest in the Collection. The respective interests of MFA and SFA in the Venture are personal property for all purposes. If, at any time, the Collection or any Piece thereof, is titled in the name of MFA, SFA, or the Gallery, as, e.g., upon initial acquisition of the Collection from AWF or other source under a bill of sale, certificated transfer of title, or otherwise, ownership of

the Collection or any Piece thereof shall at all times be beneficially held by the party holding actual title thereof for, on behalf of, and for the benefit of the Venture as true owner thereof.

6b. While not anticipated, in the event the cash funds of the Venture are insufficient to make payment of an expense that is not anticipated under this Agreement, MFA and SFA will make additional contributions to the Venture in the same proportion as their Venture Interest to pay such expense. There shall be no other Venturers in the Venture other than MFA and SFA, unless otherwise agreed to in writing by MFA and SFA.

7. Attached as Exhibits "A" and "C" is a list of the individual Pieces which make up the Collection. Each individual Piece is correlated on Exhibit "A" and "C" with the agreed upon allocated price for each Piece (the "Allocated Value").

8. Within seven (7) days of the Venture's or a Venturer Partner's receipt of the Collection or any Piece thereof from the AWF acquisition or other source, custody of the Collection or any Piece thereof shall be taken and maintained ("Housed") in the following manner: at the reasonable discretion of SFA, any Piece of the Collection that has not been framed shall be Housed by either the Gallery or SFA until such Piece is sold. SFA shall have the right to vary the manner in which some or all of the Pieces are Housed (framed or unframed), as well as the location thereof, in its reasonable discretion, provided that at all times SFA shall make an adequate supply of Pieces of the Collection available for display at the Gallery. All sales of the Collection or any Piece thereof by the Venture to a third-party shall be on an all-cash basis only.

9. All proceeds from the sale of the Collection or any Piece thereof, whether payment is made by a buyer directly to the Gallery, MFA, SFA, or the Venture, shall be property of the Venture. Each Venture Partner shall have a duty to account to the other Venture Partner in good faith for all proceeds received from the sale of the Collection or any Piece thereof, and each Venture Partner shall have the right to audit the books and records of the other Venture Partner and the Gallery, for all matters relating to the sale of the Collection or any Piece thereof to a third party and the proceeds derived therefrom. All books and records of the Venture, whether maintained by the Venture, MFA, SFA, or the Gallery shall be open to the Venture Partners for review and inspection at all times.

10. Each Venture Partner shall procure and maintain fair market value insurance on the Pieces of the Collection that are Housed at their respective location until sold. The Venture Partners shall provide each other a copy of their respective insurance policy for reasonable approval by each party.

11. No Piece of the Collection shall be sold by the Venture to a third party for a price that is less than the minimum price designated for each individual Piece as listed on Exhibits "B" and "D" hereto (the "Minimum Sales Price"), unless the Venturers unanimously agree in writing to the contrary. Other art collections as may, from time to time be added to this Agreement by appropriate exhibits appended to this Agreement in the manner described in the first recital above

shall similarly each have a corresponding Minimum Sales Price for each individual Piece listed on a corresponding exhibit.

12. All sales of the Pieces, or any sale of the Collection, shall be immediately reported in writing by the Venturer with first knowledge of the sale to the other Venturer. In the event title to the Collection or any Piece thereof was acquired in the name of MFA or the Gallery, acting on behalf of and as a fiduciary of the Venture, any such Piece may be resold from MFA or the Gallery to a buyer. However, at any time, upon written demand of SFA to MFA or the Gallery, all or any of the Collection shall immediately be retitled in the name of the Venture. To secure the rights of SFA and the Venture in and to the Collection and any Piece thereof, however titled and wherever located and/or however or wherever Housed, MFA and the Gallery grant SFA and the Venture a security interest in the Collection and any Piece thereof to secure the performance of each Venture Partner's obligations hereunder.

13(a). Notwithstanding anything to the contrary contained in this Agreement, in the event of the death or disability of Les Roberts ("MFA's Principal"), SFA shall have, and, in the event of the death or disability of Matthew H. Perlman ("SFA's Principal").

13(b). MFA shall have, upon written notice to the other Venture Partner whose "Principal" died or became disabled (the Venture Partner giving written notice to the other Venture Partner following the death or disability of the other Venture Partner's Principal being herein described as the "Initiating Venture Partner"), have the right to buy all of other Venture Partner's right, title and interest in the Venture (the "Buyout"), upon payment by the Initiating Venture Partner to the Venture of an amount equal to the total of all then-remaining unsold Pieces of the Collection, calculated by adding together the Allocated Value for all remaining Pieces as reflected on Exhibits "A" and "C" hereto and multiplying such amount by one hundred fifty percent (150%) (the "Buyout Price"), whereupon the other Venture Partner shall no longer own any interest in the Venture and the Initiating Venture Partner shall own one hundred percent (100%) of the Venture.

13(c). As used herein, the term "Disability" means a Principal's inability to perform the services contemplated to be performed by such Principal on behalf of the Venture Partner for which he is a Principal under this Agreement because of mental or physical illness or injury, even with reasonable accommodation, for a period of sixty (60) days. A determination of the "Disability" of the other Venture Partner's Principal by a Venture Partner shall only be valid if such determination is subsequently confirmed by a licensed physician qualified to render a professional opinion on the particular type of disability.

13(d). Payment of the Buyout Price to the Venture, and the assignment by the other Venture Partner to the Initiating Venture Partner of all of its right, title and interest in the Venture, shall be made within seven (7) business days of the date that the Initiating Venture Partner delivers notice to the other Venture Partner that it has elected to exercise the Buyout (the "Buyout Closing"). At

the Buyout Closing, the Venture Partners shall execute such customary closing documents as are used by legal practitioners in Miami-Dade County Florida to effectuate the Buyout.

14. Any notice required or permitted to be given by either party to the other shall be deemed sufficient if sent by registered or certified mail, postage prepaid, or by reputable overnight delivery service, such as FedEx or UPS, addressed by the party giving notice to the other party at the address listed below; provided that, to be effective, any notice given under this Agreement must also be simultaneously sent to the other party at the email address for such party listed below, and if more than one (1) email address is designated for a party, to both email addresses. The parties designate the following physical and e-mail addresses for delivery of notices under this Agreement, but either party may change the addresses listed below at any time upon written notice to the other party:

If to MFA:
Miami Fine Art Gallery LLC
495 Brickell Ave, Apt 622
Miami, FL 33131
Attn: Les Roberts
Email: MiamiFineArtgallery@gmail.com
Phone: 786-899-1967
-and-

Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami, FL 33133
Attn: Les Roberts
Email: MiamiFineArtgallery@gmail.com
Phone: 786-899-1967

If to SFA:
SOFLAC Associates, LLC
5300 W. Atlantic Ave., Suite 412
Delray Beach, FL 33484
Attn: Matthew H. Perlman
Email 1: mhperlman@gmail.com
Email 2: rperlman@zaragon.net
Phone: ______________

15. This Agreement (a) shall be construed in accordance with the laws of the State of Florida, (b) may not be altered or amended except in writing, (c) may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument and (d) may not be assigned (in whole or in part) by any party hereto. In case any provision of this Agreement is determined to be invalid, illegal or unenforceable, the remaining provisions of the Agreement shall not in any way be affected or impaired. In the event of any litigation arising under this Agreement, the prevailing party shall be entitled to recover from the non-prevailing party its reasonable attorney's fees and court costs.

In consideration of the mutual covenants herein contained, the undersigned Venture Partners execute this Agreement agreeing to be bound by the terms and conditions hereof.

**MIAMI FINE ART GALLERY LLC,**
a Florida limited liability company

By: [signature]
Les Roberts, Manager
Date: 8-22-23

**SOFLAC ASSOCIATES, LLC,**
a Florida limited liability company

By: SOFLAC, Inc., a Florida corporation

By: ______________________
Matthew H. Perlman, Executive Vice-President
Date: ______________________

15. This Agreement (a) shall be construed in accordance with the laws of the State of Florida, (b) may not be altered or amended except in writing, (c) may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument and (d) may not be assigned (in whole or in part) by any party hereto. In case any provision of this Agreement is determined to be invalid, illegal or unenforceable, the remaining provisions of the Agreement shall not in any way be affected or impaired. In the event of any litigation arising under this Agreement, the prevailing party shall be entitled to recover from the non-prevailing party its reasonable attorney's fees and court costs.

In consideration of the mutual covenants herein contained, the undersigned Venture Partners execute this Agreement agreeing to be bound by the terms and conditions hereof.

**MIAMI FINE ART GALLERY LLC,**
a Florida limited liability company

By: *[signature]*
Les Roberts, Manager
Date: 8-22-23

**SOFLAC ASSOCIATES, LLC,**
a Florida limited liability company

By: SOFLAC, Inc., a Florida corporation

By: *[signature]*
Matthew H. Perlman, Executive Vice-President
Date: 8/22/23

15. This Agreement (a) shall be construed in accordance with the laws of the State of Florida, (b) may not be altered or amended except in writing, (c) may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument and (d) may not be assigned (in whole or in part) by any party hereto. In case any provision of this Agreement is determined to be invalid, illegal or unenforceable, the remaining provisions of the Agreement shall not in any way be affected or impaired. In the event of any litigation arising under this Agreement, the prevailing party shall be entitled to recover from the non-prevailing party its reasonable attorney's fees and court costs.

In consideration of the mutual covenants herein contained, the undersigned Venture Partners execute this Agreement agreeing to be bound by the terms and conditions hereof.

**MIAMI FINE ART GALLERY LLC,**
a Florida limited liability company

By: Les Roberts
Les Roberts, Manager
Date: 8-22-23

**SOFLAC ASSOCIATES, LLC,**
a Florida limited liability company

By: SOFLAC, Inc., a Florida corporation

By: Richard M. Perlman
Matthew H. Perlman, Executive Vice-President
Date: 8/22/23 Richard M. Perlman President

[signature]

WARHOL Halston - 15,000
WARHOL CATS - 3- $30,000
Tatoo girl - $65,000

Polor photos $10,000

EXHIBIT A

List of Individual Warhol Pieces and their applicable Allocated Value

| Piece Identification | Allocated Value |
|---|---|
| Photo 1 | $1500 |
| Photo 2 | 1500 |
| Photo 3 | 1500 |
| Photo 4 | 1500 |
| Photo 5 | 1500 |
| Photo 6,7,8,9,10,11,12,13,14,15 | 1500 each |
| Cow 1 Blue | 75,000 ea |
| Cow Yellow | 75,000 each |
| Cow Purple | 75,000 |

| | |
|---|---|
| 1. BLACK RHINO | 1. 125K |
| 2. BUTTERFLY | 2. 125K |
| 3. ZEBRA | 3. 125K |
| 4. EAGLE | 4. 125K |
| 5. RAM | 5. 125K |
| 6. PANDA | 6. 125K |
| 7. MARX BROS | 7. 135K |
| 8. GENERA CUSTER | 8. 145K |
| 9. LIZA MINNELLI | 9. 135K |
| 10. Marilyn Monroe Pink | 10. 125K |
| 11. Mariyn Monroe Red | 11. 125K |
| 12. Marilyn Monroe B/W | 12. 125K |
| 13. ORANGUTAN | 13. 125K |
| 14. TRUMAN Copde Yellow | 14. 175K |
| 15. ASTRO NAT. RED | 15. 40K |

Approved Exhibit by the Venturer Partners:

MFA: [signature]

SFA: ____________________

# EXHIBIT B

**List of the individual Warhol Pieces and their Minimum Designated Sale Price**

| Piece Identification | Minimum Designated Sale Price | |
|---|---|---|
| Round 2 – | COST 50/50 – | Sale Price |
| Mick Jagger | $ ~~70,000~~ 35,000 | $ 300,000 |
| Space Fruit | $ 18,000 | $ 85,000 |
| Kennedy | $ 61,000 | $ 30,000 |
| MASK | $ 24,000 | $ 145,000 |
| SANTA | $ 16,000 | $ 100,000 |

| | |
|---|---|
| 1. Queen Mumbi | 1. 180K |
| 2. SAINT 1 Red | 2. } - $ 250,00K |
| 3. SAINT 2 yellow | 3. |
| 4. SAINT 3 gold | 4. |
| 5. SAINT 4 blue | 5. |
| 6. ALEXANDER THE Great Red | 6. $ 200K |
| 7. ALEXANDER THE Great purple | 7. $ 200K |
| 8. Queen Meredith | 8. |
| 9. WARHOL SHADOW white | 9. $ 275K |
| 10. ASTRONAUT | 10. $ 850K or Higher |
| 11. | 11. 40K |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |

Approved Exhibit by the Venturer Partners:

MFA: [signature]

SFA: ______________

EXHIBIT C

## List of Individual "Mr. Brainwash" Pieces and their applicable Allocated Value

| Piece Identification | Allocated Value |
|---|---|
| 1. Balloon Girl | 1. $2,000.00 |
| 2. Rainbow Monkey | 2. $2,000.00 |
| 3. Gun | 3. $2,000.00 |
| 4. Flower Large | 4. $2,000.00 |
| 5. Flower Small | 5. $2,000.00 |
| 6. Thermal | 6. $2,000.00 |
| 7. Einstein | 7. $2,000.00 |
| 8. Fragile Monkey | 8. $2,000.00 |
| 9. Fragile Balloon Girl | 9. $2,000.00 |
| 10. Rockwell Children | 10. $2,000.00 |

Approved Exhibit by the Venturer Partners:

MFA: [signature]

SFA: ____________________

**EXHIBIT D**

List of the individual "Mr. Brainwash" Pieces and their Minimum Designated Sale Price

| Piece Identification | Minimum Designated Sale Price |
|---|---|
| 1. Balloon Girl | 1. 12,500 |
| 2. Rainbow Monky | 2. 12,500 |
| 3. Gun | 3. 7,500 |
| 4. Flower Large | 4. 12,000 |
| 5. Flower small | 5. 6,500 |
| 6. Hendrix | 6. 12,500 |
| 7. Enstein | 7. 10,000 |
| 8. Fraggile monky | 8. 9,500 |
| 9. Fraggile Balloon girl | 9. 9000 |
| 10. Rockwell children | 10. 6,500 |

Approved Exhibit by the Venturer Partners:

MFA: ______________________

SFA: ____________________

# EXHIBIT B

| | |
|---|---|
| INVOICE # | 3233 |
| INVOICE DATE | 04/14/2023 |

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| DESCRIPTION | AMOUNT |
|---|---|
| Andy Warhol Marilyn Monroe Red Marilyn (F.&S. II.22. 1967 ScreenPrint AP. Andy Warhol Authentication Board Foundation Seal on verse, | 23,500.00 |
| Andy Warhol John Lennon 1986. AP. Andy Warhol Authentication Board Foundation Seal on verse, | 23,500.00 |
| Delivery and installation. High Quality Framing with UV protective plexiglass | 0.00 |

# INVOICE TOTAL $47,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| | |
|---|---|
| **INVOICE #** | 3233 |
| **INVOICE DATE** | 04/14/2023 |

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**DESCRIPTION**

Andy Warhol Marilyn Monroe
Red Marilyn (F.&S. II.22. 1967 ScreenPrint
AP. Andy Warhol Authentication Board
Foundation Seal on verse,

Andy Warhol John Lennon
1986. AP. Andy Warhol Authentication Board
Foundation Seal on verse,

Delivery and installation. High Quality Framing with UV protective plex

# INVOICE TOTAL

| INVOICE # | 3248 | INVOICE DATE | 06/05/2023 |
|---|---|---|---|

The Andy Warhol Foundation for the Visual Arts

VoK

**BILL TO**

Mathew Perlman
Miami Florida

**Miami Fine Art Gallery**
3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Christian Anderson signed and numbered. Price $10,734.80<br>50 percent ownership $5367.40 | 5,367.40 | 5,367.40 |
| 1 | Andy Warhol Neon Sign Portfolio<br>Banana,Brillo Box, Campbell's Soup, Cow, Flowers, Marilyn Monroe. Price $12621.15<br>50 percent ownership 6310.57 | 6,310.57 | 6,310.57 |
| 1 | Andy Warhol<br>Queen Meredith Balance<br>Purple Signed and Numbered<br>Price 44500.00<br>50 percent ownership 22250.00<br>Received 20,000 June 1 Balance 2225.00 | 2,225.00 | 2,225.00 |

# INVOICE TOTAL $13,902.97

No pictures

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3251 | INVOICE DATE | 06/08/2023 |
|---|---|---|---|



6/12

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Pine Barrens Tree Frog Trial Proof Stamped and sealed by Andy Warhol Foundation FS 11.B.284 | 30,000.00 | 30,000.00 |

# INVOICE TOTAL $30,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3266 | INVOICE DATE | 09/18/2023 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Liza Minnelli<br>Red Trial Proof Stamped and sealed by Andy Warhol Foundation<br>FS 11.B.284 | 20,000.00 | 20,000.00 |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3267 | INVOICE DATE | 09/18/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Endangered Species Portfolio ORANGUTAN, FSIIB 299 (TRAIL PROOF) authentication by stamp Andy Warhol Foundation | 23,000.00 | 23,000.00 |

# INVOICE TOTAL $23,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3268 | INVOICE DATE | 09/18/2023 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Endangered Species Portfolio African Elephant, FSIIB 293 (TRAIL PROOF), Authentication stamp by Andy Warhol Foundation | 23,000.00 | 23,000.00 |

# INVOICE TOTAL $23,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3278 | INVOICE DATE | 09/19/2023 |
|---|---|---|---|



BILL TO

Rmp Investments

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Original Purse Foundation label | 1,750.00 | 1,750.00 |

# INVOICE TOTAL $1,750.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

SoFlac

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3279 | INVOICE DATE | 09/26/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger TP edition 43.1/2 x 29 inches (110.5 x 73.7 cm) | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3280 | INVOICE DATE | 09/26/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger TP edition 43.1/2 x 29 inches (110.5 x 73.7 cm) | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3285 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Venus<br>1 Cost $18000.00 split $9000.00 Partnership PROOF), Authentication stamp by Andy Warhol Foundation | 9,000.00 | 9,000.00 |

# INVOICE TOTAL $9,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3286 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Venus<br>1 Cost $18000.00 split $9000.00 Partnership PROOF), Authentication stamp by Andy Warhol Foundation | 9,000.00 | 9,000.00 |

# INVOICE TOTAL $9,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3287 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Venus<br>1 Cost $18000.00 split $9000.00 Partnership PROOF), Authentication stamp by Andy Warhol Foundation | 9,000.00 | 9,000.00 |

# INVOICE TOTAL $9,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3288 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Sunset<br>1 Cost $15000 split $7500.00 Partnership PROOF),<br>Authentication stamp by Andy Warhol Foundation | 7,500.00 | 7,500.00 |

## INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3289 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Sunset<br>1 Cost $15000 split $7500.00 Partnership PROOF),<br>Authentication stamp by Andy Warhol Foundation | 7,500.00 | 7,500.00 |

# INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| | | | |
|---|---|---|---|
| INVOICE # | 3290 | INVOICE DATE | 09/27/2023 |



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Sunset<br>1 Cost $15000 split $7500.00 Partnership PROOF),<br>Authentication stamp by Andy Warhol Foundation | 7,500.00 | 7,500.00 |

# INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3291 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Dollar Money Sign<br>1 Cost $20000 split $10000.00 Partnership PROOF),<br>Authentication stamp by Andy Warhol Foundation | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3292 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Dollar Money Sign<br>1 Cost $20000 split $10000.00 Partnership PROOF),<br>Authentication stamp by Andy Warhol Foundation | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3293 | INVOICE DATE | 09/27/2023 |
| --- | --- | --- | --- |



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | Andy Warhol Dollar Money Sign<br>1 Cost $20000 split $10000.00 Partnership PROOF),<br>Authentication stamp by Andy Warhol Foundation | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3294 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Dollar Money Sign<br>1 Cost $20000 split $10000.00 Partnership PROOF),<br>Authentication stamp by Andy Warhol Foundation | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3295 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Liza Green Cost $23000 Partnership $11500 PROOF), Authentication stamp by Andy Warhol Foundation | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3296 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Queen Elizabeth Cost $25000 $12500.00 split Partnership PROOF), Authentication stamp by Andy Warhol Foundation | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3297 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Queen Elizabeth Cost $25000 $12500.00 split Partnership PROOF), Authentication stamp by Andy Warhol Foundation | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3298 | INVOICE DATE | 09/27/2023 |
|---|---|---|---|



BILL TO

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Queen Elizabeth Cost $25000 $12500.00 split Partnership PROOF), Authentication stamp by Andy Warhol Foundation | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3299 | INVOICE DATE | 09/28/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger TP edition Number 2/3<br>43.1/2 x 29 inches (110.5 x 73.7 cm) | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3301 | INVOICE DATE | 09/28/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger TP edition<br>Number 2/3<br>43.1/2 x 29 inches (110.5 x 73.7 cm) | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3310 | INVOICE DATE | 09/30/2023 |
|---|---|---|---|

**BILL TO**

RMP INVESTMENTS, LLC
875 N Michigan ave suite 3840
Chicago, IL 60611

**Miami Fine Art Gallery**
3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Electric Chair<br>Blue/Yellow<br>Edition 111/250<br>Partnership cost 16500<br>Split 8250.00 | 8,250.00 | 8,250.00 |

# INVOICE TOTAL $8,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50/50

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

OK
RMP

| INVOICE # | 3321 | INVOICE DATE | 10/12/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 22500.00<br>Split cost 11250.00 | 11,250.00 | 11,250.00 |

# INVOICE TOTAL $11,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3322 | INVOICE DATE | 10/12/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 22500.00<br>Split cost 11250.00 | 11,250.00 | 11,250.00 |

# INVOICE TOTAL $11,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3323 | INVOICE DATE | 10/12/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 22500.00<br>Split cost 11250.00 | 11,250.00 | 11,250.00 |

# INVOICE TOTAL $11,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3332 | INVOICE DATE | 10/16/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mao<br>Authentication stamp Andy Warhol Foundation<br>Cost 15,000 | 15,000.00 | 15,000.00 |

# INVOICE TOTAL $15,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

100% MPC 401K Plan

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3334 | INVOICE DATE | 10/16/2023 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Queen Elizabeth Cost $25000 TRIAL PROOF), Authentication stamp by Andy Warhol Foundation<br>Balance $12500.00 | 12,500.00 | 12,500.00 |

# INVOICE TOTAL $12,500.00

Please Wire Funds to

50% MPC 401k Plan
50% SoFlac

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3337 | INVOICE DATE | 10/16/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mao<br>Authentication stamp Andy Warhol Foundation<br>Cost 15,000<br>Split 7500 | 7,500.00 | 7,500.00 |

# INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

Ok 50% SoFlac

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3338 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|




**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Chanel<br>Diamond Dusted Trail Proof<br>Authentication stamp Andy Warhol Foundation<br>Cost 23000<br>Split 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3339 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|




**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Chanel<br>Diamond Dusted Trail Proof<br>1/1 Purple<br>Authentication stamp Andy Warhol Foundation<br>Cost 23000<br>Split 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3340 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Tiger<br>Diamond Dusted Trail Proof<br>1/1 Purple<br>Authentication stamp Andy Warhol Foundation<br>Cost 23000<br>Split 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3341 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warholl Frog<br>Diamond Dusted Trial Proof<br>1/1 Purple<br>Authentication stamp Andy Warhol Foundation<br>Cost 23000<br>Split 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3342 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warholl Ram<br>Diamond Dusted Trial Proof<br>1/1 Purple<br>Authentication stamp Andy Warhol Foundation<br>Cost 23000<br>Split 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3343 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warholl Zebra<br>Diamond Dusted Trial Proof<br>1/1 Purple<br>Authentication stamp Andy Warhol Foundation<br>Cost 23000<br>Split 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3345 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Zebra<br>Diamond Dusted regular edition<br>Authentication stamp Andy Warhol Foundation<br>Cost 21000<br>Split 10500.00 | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3346 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|

**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Big Head Ram<br>Diamond Dusted Trial Proof<br>Authentication stamp Andy Warhol Foundation<br>Cost 21000<br>Split 10500.00 | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3347 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Rhino<br>Diamond Dusted regular edition<br>Authentication stamp Andy Warhol Foundation<br>Cost 21000<br>Split 10500.00 | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3348 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**
3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Tiger<br>Diamond Dusted regular edition<br>Authentication stamp Andy Warhol Foundation<br>Cost 21000<br>Split 10500.00 | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3351 | INVOICE DATE | 10/18/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Apple Macintosh<br>regular edition<br>Authentication stamp Andy Warhol Foundation<br>Cost 21000<br>Split 10500.00 | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3364 | INVOICE DATE | 10/24/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol John Wayne TRIAL PROOF), Authentication stamp by Andy Warhol Foundation | 21,500.00 | 21,500.00 |

## INVOICE TOTAL $21,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3371 | INVOICE DATE | 10/26/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Hammer<br>silkscreen printed in colors,<br>Signed Numbered<br>Authentication stamp Andy Warhol Foundation<br>Cost $32500<br>Split 16250<br>Split $10,000 | 16,250.00 | 16,250.00 |

# INVOICE TOTAL $16,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3372 | INVOICE DATE | 10/26/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Pink Queen Merideth<br>silkscreen printed in colors,<br>Signed Numbered<br>Authentication stamp Andy Warhol Foundation<br>Cost $65000<br>Split 32500<br>Split $10,000 | 32,500.00 | 32,500.00 |

# INVOICE TOTAL $32,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| | | | |
|---|---|---|---|
| **INVOICE #** | 3373 | **INVOICE DATE** | 10/27/2023 |



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger<br>silkscreen printed in colors,<br>Signed by Andy Warhol and Mick Jagger<br>Signed Numbered<br>Authentication stamp Andy Warhol Foundation<br>Cost $120,000<br>Split $60000 | 60,000.00 | 60,000.00 |

# INVOICE TOTAL $60,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3376 | INVOICE DATE | 10/30/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Marilyn Monroe 1967, FS Black/White silkscreen printed in colors, 36 x 36 inch, (91.5 x 91.5 cm) Authentication stamp Andy Warhol Foundation Cost $20,000 Split $10,000 | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3378 | INVOICE DATE | 10/30/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Moonwalk White Black Nasa Diamond Dusted<br>silkscreen printed in colors,<br>36 x 36 inch, (91.5 x 91.5 cm)<br>Authentication stamp Andy Warhol Foundation<br>Cost $19500<br>Split $9750.00 | 9,750.00 | 9,750.00 |

# INVOICE TOTAL $9,750.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3379 | INVOICE DATE | 10/30/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Moonwalk Red Moon Nasa Diamond Dusted<br>silkscreen printed in colors,<br>36 x 36 inch, (91.5 x 91.5 cm)<br>Authentication stamp Andy Warhol Foundation<br>Cost $19500<br>Split $9750.00 | 9,750.00 | 9,750.00 |

# INVOICE TOTAL $9,750.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3380 | INVOICE DATE | 10/30/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Marilyn Monroe Red Greta Garbo Regular Edition silkscreen printed in colors, 36 x 36 inch, (91.5 x 91.5 cm) Authentication stamp Andy Warhol Foundation Cost $21000 Split $10,500 | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3381 | INVOICE DATE | 10/30/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Marilyn Monroe Red Greta Garbo Trial Proof Diamond Dusted silkscreen printed in colors,<br>36 x 36 inch, (91.5 x 91.5 cm)<br>Authentication stamp Andy Warhol Foundation<br>Cost $21000<br>Split $10,500 | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3382 | INVOICE DATE | 10/30/2023 |
| --- | --- | --- | --- |



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | Andy Warhol Superman<br>silkscreen printed in colors,<br>36 x 36 inch, (91.5 x 91.5 cm)<br>Authentication stamp Andy Warhol Foundation<br>Cost $20,000<br>Split $10,000 | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3383 | INVOICE DATE | 10/30/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol uncle Sam<br>silkscreen printed in colors,<br>36 x 36 inch, (91.5 x 91.5 cm)<br>Authentication stamp Andy Warhol Foundation<br>Cost $20,000<br>Split $10,000 | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3384 | INVOICE DATE | 10/30/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Santa from Heritage Auction<br>silkscreen printed in colors,<br>Signed Numbered limited Edition<br>Authentication stamp Andy Warhol Foundation<br>Cost $32500.00<br>Split 16250<br>Split $10,000 | 16,250.00 | 16,250.00 |

# INVOICE TOTAL $16,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3394 | INVOICE DATE | 11/08/2023 |
|---|---|---|---|

The Andy Warhol Foundation for the Visual Arts

**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Studio Camera<br>Authentication stamp Andy Warhol Foundation | 1,850.00 | 1,850.00 |

# INVOICE TOTAL $1,850.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

**INVOICE #** 3396 **INVOICE DATE** 11/09/2023

The Andy Warhol Foundation for the Visual Arts

**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Movie Cameras with all equipment<br>Authentication stamp Andy Warhol Foundation | 6,500.00 | 6,500.00 |

# INVOICE TOTAL $6,500.00

401 K Plan

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

0 • C

0 • C

6 • 500 • 00 +
1 • 850 • 00 +
002
8 • 350 • 00 G +

Rick

$ 31,350.00

| INVOICE # | 3397 | INVOICE DATE | 11/11/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 23000<br>Split cost 11500.00 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3398 | INVOICE DATE | 11/11/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 23000<br>Split cost 11500.00 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3400 | INVOICE DATE | 11/11/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 23000<br>Split cost 11500.00 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3402 | INVOICE DATE | 11/11/2023 |
| --- | --- | --- | --- |



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 23000<br>Split cost 11500.00 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3404 | INVOICE DATE | 11/11/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Truck Signed by Andy Warhol<br>FSII 369, 1985 by ANDY Warhol<br>Silkscreen, on Lenox Museum Board,<br>Paper size 39 3/8 x 39 3/8 (100 x 100<br>Edition 47/60<br>Cost 32000<br>Split cost 16000.00 | 16,000.00 | 16,000.00 |

# INVOICE TOTAL $16,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3405 | INVOICE DATE | 11/11/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL Cow Blue<br>58.1/2 x 36 inches<br>Cost 10000<br>Split cost 5000 | 5,000.00 | 5,000.00 |

# INVOICE TOTAL $5,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

**INVOICE #** 3406 **INVOICE DATE** 11/11/2023



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Andy Warhol Mick Jagger<br>Complete Ownership to McAndrew Phillips & Co 401K Plan<br>c/o<br>Richard and Judy Perlman<br>Balance $11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3411 | INVOICE DATE | 11/11/2023 |
|---|---|---|---|

The Andy Warhol Foundation for the Visual Arts

**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Directors Chair Highboy<br>1/3 | 3,000.00 | 3,000.00 |

# INVOICE TOTAL $3,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

No Picture

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3412 | INVOICE DATE | 11/11/2023 |
|---|---|---|---|

The Andy Warhol Foundation for the Visual Arts

**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 6 | Andy Warhol<br>Factory movie clappers<br>Andt Warhol Productions The Factory<br>6 pieces | 400.00 | 2,400.00 |

# INVOICE TOTAL $2,400.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

No Picture

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3413 | INVOICE DATE | 11/12/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Lincoln Center Ticket 1967<br>Edition of 500<br>45 x 24 inches<br>Cost 10000<br>Split cost 5000 | 5,000.00 | 5,000.00 |

# INVOICE TOTAL $5,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3414 | INVOICE DATE | 11/12/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Flash 1968 Signed<br>Title November 1963<br>21x 21 inches<br>Cost 6500<br>Split cost 3250 | 3,250.00 | 3,250.00 |

# INVOICE TOTAL $3,250.00

✓

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3415 | INVOICE DATE | 11/12/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Flash 1968 Signed<br>Title 43c (# JFK)<br>21x 21 inches<br>Cost 6500<br>Split cost 3250 | 3,250.00 | 3,250.00 |

# INVOICE TOTAL $3,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3419 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | 11.304A: MAGAZINE AND HISTORY 1983<br>Screenprint and offset lithograph on Rives paper, 33½ × 27½" (85.1 × 69.8 cm).<br>Edition: 500, approximately 8 HC, signed in pencil lower right and numbered in pencil lower left.<br>Published as a corporate gift.<br>Printer: Dr. Cantz'sche Druckerei and Frank Kicherer, Stuttgart, Germany Publisher: Burda Verlag, Munich, Germany<br>Cost 24000<br>Split cost 12000 | 12,000.00 | 12,000.00 |

# INVOICE TOTAL $12,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3421 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Siberian Tiger 1983<br>Cost 62500<br>Split cost 31250 | 62,500.00 | 62,500.00 |

# INVOICE TOTAL $62,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3422 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Pine Barrents Tree Frog<br>Cost 78000 | 78,000.00 | 78,000.00 |

# INVOICE TOTAL $78,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3423 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Ludwig van Beethoven by ANDY Warhol Red/Fusa Face<br>Ludwig van Beethoven 1987<br>Authentication Andy Warhol Foundation<br><br>Paper size 38 x 38 inches (96.5 x 96.5 cm)<br>Cost 20000<br>Split cost 10000 | 20,000.00 | 20,000.00 |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to

| INVOICE # | 3424 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Ludwig van Beethoven by ANDY Warhol<br>Blue Face Pink<br>Ludwig van Beethoven 1987<br>Authentication Andy Warhol Foundation<br><br>Paper size 38 x 38 inches (96.5 x 96.5 cm)<br>Cost 20000<br>Split cost 10000 | 20,000.00 | 20,000.00 |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to

| INVOICE # | 3425 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Ludwig van Beethoven by ANDY Warhol Grey Blue Face<br>Ludwig van Beethoven 1987<br>Authentication Andy Warhol Foundation<br><br>Paper size 38 x 38 inches (96.5 x 96.5 cm)<br>Cost 20000<br>Split cost 10000 | 20,000.00 | 20,000.00 |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to

| INVOICE # | 3426 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Ludwig van Beethoven by ANDY Warhol Blue Face<br>Ludwig van Beethoven 1987<br>Authentication Andy Warhol Foundation<br><br>Paper size 38 x 38 inches (96.5 x 96.5 cm)<br>Cost 20000<br>Split cost 10000 | 20,000.00 | 20,000.00 |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC

| INVOICE # | 3429 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 23000 | 23,000.00 | 23,000.00 |

# INVOICE TOTAL $23,000.00

$267,500.00

267,500.00G+

0.C

23,000.00 +
20,000.00 +
20,000.00 +
20,000.00 +
20,000.00 +
78,000.00 +
62,500.00 +
24,000.00 +

008

267,500.00G+

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3430 | INVOICE DATE | 11/13/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL Absolut Vodka 2<br>color lithograph,<br>Paper Size: 68.3/4 x 46.3/4 inches (175 x 119 cm)<br>Images Size: 68.3/4 x 46.3/4 inches (175<br>Cost 24000 | 24,000.00 | 24,000.00 |

# INVOICE TOTAL $24,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| | | | |
|---|---|---|---|
| **INVOICE #** | 3431 | **INVOICE DATE** | 11/14/2023 |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Ram<br>Cost 75000<br>Split cost $37500 | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50% ownership

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3432 | INVOICE DATE | 11/14/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Eagle<br>Cost 75000<br>Split cost $37500 | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3434 | INVOICE DATE | 11/16/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Butterfly purple<br>Cost 75000<br>Split 37500 | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3435 | INVOICE DATE | 11/16/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Butterfly Red<br>Cost 75000<br>Split 37500 | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3436 | INVOICE DATE | 11/16/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas John Lennon<br>Cost 68000<br>Split<br>$34000 | 34,000.00 | 34,000.00 |

# INVOICE TOTAL $34,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3437 | INVOICE DATE | 11/20/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Greys Zebra<br>Cost 75000<br>Split 37500 1/2 | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3438 | INVOICE DATE | 11/20/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**
3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Hammer<br>silkscreen printed in colors,<br>Signed Numbered<br>Authentication stamp Andy Warhol Foundation<br>Cost $32500<br>Ownership 100%<br>Bakance $16250,00 | 16,250.00 | 16,250.00 |

# INVOICE TOTAL $16,250.00

$24,500

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3440 | INVOICE DATE | 11/21/2023 |
|---|---|---|---|



**BILL TO**

SOFLAC INC.
100 South Pointe Drive
Unit 3701
Miami Beach Florida
33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Queen Ntombi Twala of Swaziland (FS II.346-349),<br>from the Portfolio "Reigning Queens", 1985<br>Complete set of four screenprints in colors on Lenox Museum Board<br>99.7 x 79.7 cm each (39.3 x 31.4 in)<br>Edition of 40<br>Cost $16500<br>Split 8250<br>Bakance $16250,00 | 8,250.00 | 8,250.00 |

# INVOICE TOTAL $8,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3441 | INVOICE DATE | 11/29/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Endangered Species<br>Orangutan deep blue diamond dusted TP<br>Cost 23000<br>Split 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50% MPC
50% MFAG

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3442 | INVOICE DATE | 11/29/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Myth<br>Superman deep blue diamond dusted TP<br>Cost 20000<br>Split 10000 | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50% MPC
50% MFAG

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3444 | INVOICE DATE | 12/04/2023 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Endangered Species<br>Rhino deep blue diamond dusted TP<br>Cost 23000<br>Balance 11500 | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

Ownership
50% — MPC
50% — Soflac
12/5/2023

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3445 | INVOICE DATE | 12/04/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Dracula Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 23000 | 23,000.00 | 23,000.00 |

# INVOICE TOTAL $23,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

100% ownership by MPC
12/5/2023

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3446 | INVOICE DATE | 12/04/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Endangered Species<br>Superman deep blue diamond dusted TP<br>Cost 20000<br>Balance 20000 | 20,000.00 | 20,000.00 |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

100% owned by
MPC - 12/5/2023

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

**INVOICE #** 3447 **INVOICE DATE** 12/04/2023



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Starlite<br>Bkack Satin diamond dusted TP<br>Cost 20000<br>Balance 10000 | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50% MPC
50% Soflac

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3448 | INVOICE DATE | 12/04/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Channel Diamond Dusted<br>1/1 edition<br>43.1/2 x 29 inches (110.5 x 73.7 cm)<br>Cost 23000 | 23,000.00 | 23,000.00 |

# INVOICE TOTAL $23,000.00

Please Wire Funds to

100% MPe - 12/5/2023

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3450 | INVOICE DATE | 12/05/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Endangered Species<br>Tiger deep blue diamond dusted TP<br>Cost 23000<br>Balance | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

Ownership
50% MPC
50% Suflac
12/5/2023

| INVOICE # | 3454 | INVOICE DATE | 12/10/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Howdy Doody<br>1981<br>Screenprint with diamond dust on Lenox Museum Board<br>Signed and numbered in pencil<br>38 x 38 in. \| Edition of 200<br>Cost Price $32000<br>Complete Ownership McAndrew Phillips & Co 401K Plan<br>c/o<br>Richard and Judy Perlman<br>Balance $16000 | 16,000.00 | 16,000.00 |

100% M&C

# INVOICE TOTAL 16,000.00 USD

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

| INVOICE # | 3460 | INVOICE DATE | 12/10/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Mick Jagger<br>Canvas Originalin colors,<br>Signed by Andy Warhol and Mick Jagger<br>Signed<br>Cost 100,000<br>Split 50,000.00<br>50% miami fine art<br>50% McAndrew Phillips & Co 401K Plan | 50,000.00 | 50,000.00 |

# INVOICE TOTAL $50,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50% M&C
50% MFAG

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3465 | INVOICE DATE | 12/18/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Orangutan<br>Cost 75000<br>Split 37500 50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

50% MPC

Amerant Bank

50% MFAG

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3466 | INVOICE DATE | 12/18/2023 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Zebra<br>Cost 75000<br>Split 37500 50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50% - MPC

50% MFAG

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3468 | INVOICE DATE | 12/19/2023 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Original on Canvas John Lennon Blue<br>Cost 68000<br>Balance Due<br>$34000 | 34,000.00 | 34,000.00 |

# INVOICE TOTAL $34,000.00

50% = MPC
50% = MFAG

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3469 | INVOICE DATE | 12/21/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Royal Queen Elizabeth<br><br>Cost 82500<br>Split 41250.00 50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 41,250.00 | 41,250.00 |

# INVOICE TOTAL $41,250.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3470 | INVOICE DATE | 12/25/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Endangered Species<br>Black Rhino<br><br>Cost $68000.00<br>Split $34000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 34,000.00 | 34,000.00 |

# INVOICE TOTAL $34,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

50%

| INVOICE # | 3471 | INVOICE DATE | 12/25/2023 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Original on Canvas Marylin Monroe Blue<br><br>Cost $77000<br>Split $38500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 38,500.00 | 38,500.00 |

# INVOICE TOTAL $38,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%
50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3472 | INVOICE DATE | 12/25/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Mao Yellow<br><br>Cost 55000<br>Split $27500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 27,500.00 | 27,500.00 |

# INVOICE TOTAL $27,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

50%

| INVOICE # | 3473 | INVOICE DATE | 12/26/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas<br>John Wayne<br>Cost 75000<br>Split 37500 50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%

50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account # [redacted]

| INVOICE # | 3474 | INVOICE DATE | 12/28/2023 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas<br>Superman<br>Cost 75000<br>Split 37500 50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%

50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3478 | INVOICE DATE | 01/04/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas<br>Endangered Species Panda<br>Cost 75000<br>Split 37500 50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%

50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3480 | INVOICE DATE | 01/08/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Queen Elizabeth<br><br>Cost 85000.00<br>Split 42500,00<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 42,500.00 | 42,500.00 |

# INVOICE TOTAL $42,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

50%

| INVOICE # | 3481 | INVOICE DATE | 01/08/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Venus<br><br>Cost 85000.00<br>Split 42500,00<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 42,500.00 | 42,500.00 |

# INVOICE TOTAL $42,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

50%

| INVOICE # | 3482 | INVOICE DATE | 01/09/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Bald Eagle<br>Endanger Species | 10,500.00 | 10,500.00 |
| | Cost $21000<br>Split $10500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3483 | INVOICE DATE | 01/09/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Panda Polar Rex<br>Endanger Species | 10,500.00 | 10,500.00 |
| | Cost $21000<br>Split $10500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

## INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3484 | INVOICE DATE | 01/09/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Panda Black and White<br>Endanger Species | 10,500.00 | 10,500.00 |
| | Cost $21000<br>Split $10500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3485 | INVOICE DATE | 01/09/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Panda Sarah Bernhard<br>Famous Jews Series<br><br>Cost $23000<br>Split $11500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3486 | INVOICE DATE | 01/09/2024 |
|---|---|---|---|

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Moblie Gas<br>Advertising Series | 12,000.00 | 12,000.00 |
| | Cost $24000<br>Split $12000 | | |
| | 50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

# INVOICE TOTAL $12,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3487 | INVOICE DATE | 01/09/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Ingrid Bergman | 10,000.00 | 10,000.00 |

Cost $20000
Split $10000

50% McAndrew Phillips & Co 401K Plan
50% Miami Fine Art

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

50%
50%

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3488 | INVOICE DATE | 01/10/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Original on canvas<br>Darth Vader mythology<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3489 | INVOICE DATE | 01/10/2024 |
|---|---|---|---|




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Chanel<br><br>Cost 85000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 42,500.00 | 42,500.00 |

# INVOICE TOTAL $42,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3495 | INVOICE DATE | 01/23/2024 |
|---|---|---|---|




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Warhol Chanel Green | 10,000.00 | 10,000.00 |

Cost $20000
Split $10000

50% McAndrew Phillips & Co 401K Plan
50% Miami Fine Art

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3496 | INVOICE DATE | 01/23/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Warhol Chanel Red | 10,000.00 | 10,000.00 |

Cost $20000
Split $10000

50% McAndrew Phillips & Co 401K Plan
50% Miami Fine Art

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

**INVOICE #** 3497 **INVOICE DATE** 01/23/2024




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Warhol Chanel Purple | 10,000.00 | 10,000.00 |

Cost $20000
Split $10000

50% McAndrew Phillips & Co 401K Plan
50% Miami Fine Art

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| | | | |
|---|---|---|---|
| **INVOICE #** | 3498 | **INVOICE DATE** | 01/23/2024 |




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Warhol Chanel Gold | 10,000.00 | 10,000.00 |

Cost $20000
Split $10000

50% McAndrew Phillips & Co 401K Plan
50% Miami Fine Art

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3499 | INVOICE DATE | 01/23/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Truman Capote<br><br>Cost 50000<br>Split 32000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 25,000.00 | 25,000.00 |

# INVOICE TOTAL $25,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3500 | INVOICE DATE | 02/02/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Grace Kelly Red<br><br>Cost 23000<br>Split 11500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3502 | INVOICE DATE | 02/02/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Grace Kelly Pink<br><br>Cost 23000<br>Split 11500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3503 | INVOICE DATE | 02/02/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Grace Kelly Natural<br><br>Cost 23000<br>Split 11500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 11,500.00 | 11,500.00 |

# INVOICE TOTAL $11,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3504 | INVOICE DATE | 02/02/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Tp commercial truck frosted black<br><br>Cost 22000<br>Split 11000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 11,000.00 | 11,000.00 |

# INVOICE TOTAL $11,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3505 | INVOICE DATE | 02/04/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Famous Jew Series Albert Einstein<br><br>Cost 68000<br>Split 32000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 32,000.00 | 32,000.00 |

# INVOICE TOTAL $32,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3509 | INVOICE DATE | 02/04/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>TP Red Diamond Dracula Heavy Diamond Dusted<br><br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3510 | INVOICE DATE | 02/04/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>TP Debra Haring Black and White Mono<br>Bold RED Lips<br><br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3512 | INVOICE DATE | 02/04/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Mick Jagger. Image 2<br><br>Cost 68000<br>Split 34000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 34,000.00 | 34,000.00 |

# INVOICE TOTAL $34,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3513 | INVOICE DATE | 02/04/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Queen Margrethe II of Denmark<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3515 | INVOICE DATE | 02/05/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Shoes HC 1/1 signed<br>Heavy Diamonds<br><br>Cost 98000<br>Split 49000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 49,000.00 | 49,000.00 |

# INVOICE TOTAL $49,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| | | | |
|---|---|---|---|
| **INVOICE #** | 3517 | **INVOICE DATE** | 02/09/2024 |




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>TP Blue Chanel diamond dusted<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3518 | INVOICE DATE | 02/09/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Signed Numbered<br>Queen Margrethe II of Denmark<br><br>Cost 38000<br>Split 19000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 19,000.00 | 19,000.00 |

# INVOICE TOTAL $19,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3520 | INVOICE DATE | 02/16/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>TP James Dean<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3522 | INVOICE DATE | 02/19/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Mick Jagger signed and numbered<br>Signed by Jagger & Warhol<br><br>Cost 98000<br>Split 49000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 49,000.00 | 49,000.00 |

# INVOICE TOTAL $49,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3526 | INVOICE DATE | 02/29/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Original on canvas<br>Grace Kelly<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3527 | INVOICE DATE | 02/29/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Liz Taylor<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3530 | INVOICE DATE | 03/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Ingred Berman Casablanca<br><br>Cost 60000<br>Split 30000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 30,000.00 | 30,000.00 |

# INVOICE TOTAL $30,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3531 | INVOICE DATE | 03/24/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Howdy Doody<br><br>Cost 60000<br>Split 30000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 30,000.00 | 30,000.00 |

# INVOICE TOTAL $30,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3532 | INVOICE DATE | 03/28/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Original on canvas<br>Dracula<br><br>Cost 50000<br>Split 30000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 25,000.00 | 25,000.00 |

# INVOICE TOTAL $25,000.00

0 • C

0 • C

25,000.00 +
34,000.00 +
10,000.00 +
10,000.00 +
10,000.00 +
475.00 +
10,000.00 +
10,000.00 +

008

109,475.00G+

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3533 | INVOICE DATE | 03/28/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br>Sarah Bernhardt<br><br>Cost 68000<br>Split 30000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 34,000.00 | 34,000.00 |

# INVOICE TOTAL $34,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3534 | INVOICE DATE | 03/28/2024 |
|---|---|---|---|



BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Black Panda<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3535 | INVOICE DATE | 03/28/2024 |
|---|---|---|---|

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Paramount<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3536 | INVOICE DATE | 03/28/2024 |
| --- | --- | --- | --- |



BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Yellow Truck<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

**INVOICE TOTAL** **$10,000.00**

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3537 | INVOICE DATE | 03/28/2024 |
|---|---|---|---|




BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Liz Taylor Gallery Exhibition Poster<br>Cost 950<br>Split 475<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 475.00 | 475.00 |

# INVOICE TOTAL $475.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3538 | INVOICE DATE | 03/28/2024 |
|---|---|---|---|



BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Marylin Monroe Silver Black<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3539 | INVOICE DATE | 03/30/2024 |
|---|---|---|---|



BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Sitting Bull<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3541 | INVOICE DATE | 04/02/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Diamond Dusted Marylin Monroe Set of 6<br>Test Print set of 6 Marylin Monroes<br>Cost 150,000<br>Split 75000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 75,000.00 | 75,000.00 |

# INVOICE TOTAL $75,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3542 | INVOICE DATE | 04/07/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Sitting Bull 2/2<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| | | | |
|---|---|---|---|
| **INVOICE #** | 3543 | **INVOICE DATE** | 04/07/2024 |




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Gold Bronze Chanel TP<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3544 | INVOICE DATE | 04/07/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Indian Shield<br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account #[redacted]

| INVOICE # | 3545 | INVOICE DATE | 04/08/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Completed Set of Diamond Dusted Marylin Monroe<br>Set of 7,8,9 , 10 and 11,12<br>Test Print set of 6 Marylin Monroes<br>Cost 150,000<br>Split 75000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 75,000.00 | 75,000.00 |

# INVOICE TOTAL $75,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3547 | INVOICE DATE | 04/10/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Auction Purchase<br>ANDY WARHOL Self Portrait<br>Signed and numbered<br>Wiining Bid 25228.80<br>Shipping Insurance 622.82<br><br>Cost 25851.62<br>Split $12925.81<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 12,925.81 | 12,925.81 |

# INVOICE TOTAL $12,925.81

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to

| INVOICE # | 3550 | INVOICE DATE | 04/21/2024 |
|---|---|---|---|



BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>andy-warhol) (1928 - 1987)<br>Title:<br>Sarah Bernhardt 1980<br>Reference:<br>FS II234<br>Sheet Size:<br>40 x 32" (101.6 x 81.3 cm)<br>Signed and numbered in pencil<br>Cost 28000<br>Split 14000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 14,000.00 | 14,000.00 |

# INVOICE TOTAL $14,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

| INVOICE # | 3552 | INVOICE DATE | 04/21/2024 |
|---|---|---|---|

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>andy-warhol) (1928 - 1987)<br>Title:<br>Mick Jagger Signed and number<br>Signed by Mick Jagger and Andy Warhol<br><br>Cost 85000<br>Split 42500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 42,500.00 | 42,500.00 |

# INVOICE TOTAL $42,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC

| INVOICE # | 3555 | INVOICE DATE | 04/23/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on canvas<br><br>Liza Minnelli Canvas $ 74000.<br><br>Cost 74000<br>Split 37000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,000.00 | 37,000.00 |

# INVOICE TOTAL $37,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3556 | INVOICE DATE | 04/23/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas<br>Marilyn Monroe<br>Cost 72000<br>Split 36000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 36,000.00 | 36,000.00 |

# INVOICE TOTAL $36,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3557 | INVOICE DATE | 04/30/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Andy Warhols Shoes Diamond Dusted Signed 1/1 TP<br>Cost 78000<br>Split 39000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 39,000.00 | 39,000.00 |

# INVOICE TOTAL $39,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3558 | INVOICE DATE | 04/30/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Grace Kelly Diamond Dusted Black Silver<br>Cost 24000<br>Split 12000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 12,000.00 | 12,000.00 |

# INVOICE TOTAL $12,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3559 | INVOICE DATE | 04/30/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Howdy Doody Red Diamond Dusted<br>Cost 21000<br>Split 10500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,500.00 | 10,500.00 |

# INVOICE TOTAL $10,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3560 | INVOICE DATE | 04/30/2024 |
|---|---|---|---|

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Electric Chair Signed and Numbered<br>Cost 14000<br>Split 7000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 7,000.00 | 7,000.00 |

# INVOICE TOTAL $7,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3561 | INVOICE DATE | 05/02/2024 |
|---|---|---|---|




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Campbell Soup Hotdog Signed and Numbered<br><br>Cost 38000<br>Split 19000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art<br><br>Miami Fine Art Gallery will purchase the Andy Warhol Campell Soup from 401k Plan for complete ownership 30 days after the arrival date if it remains unsold in the Gallery | 19,000.00 | 19,000.00 |

# INVOICE TOTAL $19,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509

| INVOICE # | 3563 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Mother & Child<br>Signed and Numbered<br><br>Cost 45000<br>Split 22500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 22,500.00 | 22,500.00 |

**INVOICE TOTAL** **$22,500.00**

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3564 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Chanel<br>Signed and Numbered<br><br>Cost 60000<br>Split 30000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 30,000.00 | 30,000.00 |

# INVOICE TOTAL $30,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3565 | INVOICE DATE | 05/07/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Eagle<br>Signed and Numbered<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3566 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Hammer<br>Signed and Numbered<br><br>Cost 28000<br>Split 14000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 14,000.00 | 14,000.00 |

# INVOICE TOTAL $14,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3567 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Campbell Soup Chicken<br>Signed and Numbered<br><br>Cost 38000<br>Split 19000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 19,000.00 | 19,000.00 |

# INVOICE TOTAL $19,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3568 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Mick Jagger 138<br>Signed and Numbered<br><br>Cost 85000<br>Split 42500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 42,500.00 | 42,500.00 |

# INVOICE TOTAL $42,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3569 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>General Custer<br>Signed and Numbered<br><br>Cost 55000<br>Split 27500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 27,500.00 | 27,500.00 |

# INVOICE TOTAL $27,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3570 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**
3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Buffalo Nickel<br>Signed and Numbered<br><br>Cost 45000<br>Split 22500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3571 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Campbell Soup Tomato<br>Signed and Numbered<br><br>Cost 35000<br>Split 17500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 17,500.00 | 17,500.00 |

# INVOICE TOTAL $17,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3572 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Marilyn Monroe. Pink<br>Signed and Numbered<br><br>Cost 95000<br>Split 47500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 47,500.00 | 47,500.00 |

# INVOICE TOTAL $47,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3573 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Marilyn Monroe. Teal<br>Signed and Numbered<br><br>Cost 95000<br>Split 47500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 47,500.00 | 47,500.00 |

# INVOICE TOTAL $47,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3574 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Panda<br>Signed and Numbered<br><br>Cost 95000<br>Split 47500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 47,500.00 | 47,500.00 |

# INVOICE TOTAL $47,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3575 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Geronimo<br>Signed and Numbered<br><br>Cost 45000<br>Split 22500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3576 | INVOICE DATE | 05/07/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Mask Unique<br>Signed and Numbered<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3577 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Grace Kelly<br>Signed and Numbered<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3578 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Turtle<br>Signed and Numbered<br><br>Cost 55000<br>Split 27500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 27,500.00 | 27,500.00 |

# INVOICE TOTAL $27,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3579 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Ram<br>Signed and Numbered<br><br>Cost 65000<br>Split 32500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 32,500.00 | 32,500.00 |

**INVOICE TOTAL** **$32,500.00**

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3580 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Orangutan<br>Signed and Numbered<br><br>Cost 65000<br>Split 32500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 32,500.00 | 32,500.00 |

# INVOICE TOTAL $32,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3581 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Zebra<br>Signed and Numbered<br><br>Cost 65000<br>Split 32500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 32,500.00 | 32,500.00 |

# INVOICE TOTAL $32,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3582 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Tiger<br>Signed and Numbered<br><br>Cost 65000<br>Split 32500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 32,500.00 | 32,500.00 |

# INVOICE TOTAL $32,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3583 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>John Wayne<br>Signed and Numbered<br><br>Cost 55000<br>Split 27500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 27,500.00 | 27,500.00 |

# INVOICE TOTAL $27,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3584 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Mick Jagger 147<br>Signed and Numbered<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3585 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Mick Jagger 142<br>Signed and Numbered<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3586 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Mick Jagger 143<br>Signed and Numbered<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3587 | INVOICE DATE | 05/07/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Mick Jagger 145<br>Signed and Numbered<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3588 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Indian Shield<br>Signed and Numbered<br><br>Cost 30000<br>Split 15000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 15,000.00 | 15,000.00 |

# INVOICE TOTAL $15,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3589 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Indiana Kachina Dolls<br>Signed and Numbered<br><br>Cost 30000<br>Split 15000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 15,000.00 | 15,000.00 |

# INVOICE TOTAL $15,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3590 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|




**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Apple Computer<br>Signed and Numbered<br><br>Cost 85000<br>Split 42500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 42,500.00 | 42,500.00 |

# INVOICE TOTAL $42,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3591 | INVOICE DATE | 05/07/2024 |
|---|---|---|---|

MIAMI FINE ART

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol Frames Framing Cost<br>Solid wood<br>Museum Plex Glass Solar Protective<br>Cost 4630.00<br>Split<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 2,315.00 | 2,315.00 |

# INVOICE TOTAL $2,315.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3592 | INVOICE DATE | 05/09/2024 |
|---|---|---|---|

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Picasso Paloma<br>Signed and Numbered<br><br>Cost 18000<br>Split 15000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 9,000.00 | 9,000.00 |

# INVOICE TOTAL $9,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3594 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Jacqueline Kennedy<br><br>Cost 50000<br>Split 25000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 25,000.00 | 25,000.00 |

# INVOICE TOTAL $25,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3595 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Audrey Hepburn<br>Tiffanys<br><br>Cost 50000<br>Split 25000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 25,000.00 | 25,000.00 |

# INVOICE TOTAL $25,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3596 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Liz Taylor<br><br>Cost 50000<br>Split 25000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 25,000.00 | 25,000.00 |

## INVOICE TOTAL $25,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3597 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Eagle USA Blue<br><br>Cost 50000<br>Split 25000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 25,000.00 | 25,000.00 |

# INVOICE TOTAL $25,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3598 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Jockey<br><br>Cost 50000<br>Split 25000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 25,000.00 | 25,000.00 |

# INVOICE TOTAL $25,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3599 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Automobile<br><br>Cost 30000<br>Split 15000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 15,000.00 | 15,000.00 |

**INVOICE TOTAL** **$15,000.00**

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3600 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Superman<br><br>Cost 30000<br>Split 25000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 15,000.00 | 15,000.00 |

# INVOICE TOTAL $15,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3601 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>John Wayne<br><br>Cost 15000<br>Split 7500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 7,500.00 | 7,500.00 |

# INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3602 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Annie Oakley | 7,500.00 | 7,500.00 |
| | Cost 15000<br>Split 7500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

# INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3603 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>General Custer blue brown<br><br>Cost 15000<br>Split 7500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 7,500.00 | 7,500.00 |

# INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3604 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>War Chief<br><br>Cost 20000<br>Split 10000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3605 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

BILL TO

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Lenon Black Extremely Rare | 35,000.00 | 35,000.00 |
| | Cost 70000<br>Split 35000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

# INVOICE TOTAL $35,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3606 | INVOICE DATE | 05/14/2024 |
| --- | --- | --- | --- |



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | ANDY WARHOL<br>Saint Apolonia | 7,500.00 | 7,500.00 |
| | Cost 15000<br>Split 7500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

## INVOICE TOTAL $7,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3607 | INVOICE DATE | 05/14/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Self Portrait<br><br>Cost 40000<br>Split 20000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 20,000.00 | 20,000.00 |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3608 | INVOICE DATE | 05/20/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL 1st Handmade Screenprint John Wayne Ultra Rare Signed by Andy Warhol. And Written by Andy Warhol "Unique "John Wayne<br><br>Cost 150000<br>Split 75000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 75,000.00 | 75,000.00 |

# INVOICE TOTAL $75,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza

| INVOICE # | 3609 | INVOICE DATE | 05/20/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Dollar Sign Blue | 20,000.00 | 20,000.00 |
| | Cost 40000<br>Split 20000<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

# INVOICE TOTAL $20,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3610 | INVOICE DATE | 05/20/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Dollar Sign Magenta Pink<br><br>Cost 45000<br>Split 22500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3611 | INVOICE DATE | 05/20/2024 |
|---|---|---|---|



**BILL TO**

McAndrew Phillips & Co 401K Plan
c/o
Richard and Judy Perlman
875 North Michigan Ave
Suite 3840
Chicago Illinois 60611
312-867-3840
Fax 312-867-3850

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Dollar Sign Red | 22,500.00 | 22,500.00 |
| | Cost 45000<br>Split 22500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | | |

## INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA

| INVOICE # | 3613 | INVOICE DATE | 05/23/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Signed & Numbered Frog<br>Cost 44500<br>Split Cost $22500<br>50% Richard M Perlman<br>50% Miami Fine Art Gallery | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3614 | INVOICE DATE | 05/23/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Signed & Numbered<br>Tiger<br>Cost 44500<br>Split Cost $22500<br>50% Richard M Perlman<br>50% Miami Fine Art Gallery | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3615 | INVOICE DATE | 05/23/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Signed & Numbered<br>Panda<br>Cost 44500<br>Split Cost $22500<br>50% Richard M Perlman<br>50% Miami Fine Art Gallery | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3616 | INVOICE DATE | 05/23/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Signed & Numbered<br>Ram<br>Cost 44500<br>Split Cost $22500<br>50% Richard M Perlman<br>50% Miami Fine Art Gallery | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account[redacted]

| INVOICE # | 3617 | INVOICE DATE | 05/23/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Signed & Numbered<br>Warhol Brillo Advertising<br>Cost $20000<br>Split Cost $10000<br>50% Richard M Perlman<br>50% Miami Fine Art Gallery | 10,000.00 | 10,000.00 |

# INVOICE TOTAL $10,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3620 | INVOICE DATE | 05/23/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Andy Warhol<br>Complete Mao Suite Full Portfolio of Ten Screenprints<br>Signed & Numbered 146/250<br>Framed<br><br>Cost 650000<br>Split Cost 325000<br>50% Richard M Perlman<br>50% Miami Fine Art Gallery | 325,000.00 | 325,000.00 |

# INVOICE TOTAL $325,000.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3622 | INVOICE DATE | 05/28/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**
3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Red Marilyn Monroe<br>Tiffanys<br><br>Cost 75000<br>Split 37500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 37,500.00 | 37,500.00 |

# INVOICE TOTAL $37,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

| INVOICE # | 3623 | INVOICE DATE | 05/28/2024 |
|---|---|---|---|



**BILL TO**

Richard M Perlman
100 South Pointe Drive
Unit 3701
Miami Beach , Florida 33139

**Miami Fine Art Gallery**

3180 Commodore Plaza
Miami Fl 33133

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | ANDY WARHOL<br>Original on Canvas Black Dollar Sign Quad Set #4<br><br>Cost 45000<br>Split 22500<br>50% McAndrew Phillips & Co 401K Plan<br>50% Miami Fine Art | 22,500.00 | 22,500.00 |

# INVOICE TOTAL $22,500.00

Please Wire Funds to

Amerant Bank

Swift/BIC Code. MNBMUS33

ABA, 067010509
Credit to
Miami Fine Art Gallery LLC
3180 Commodore Plaza
Miami Fl. 33133. USA
Account [redacted]

# EXHIBIT C

**Schedule of Purchased Artworks**[1]

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Absolut Vodka 2* | Color lithograph<br>68 3/4 x 46 3/4 inches (175 x 119 cm) | 11/13/2023 | $24,000 | MPC-401K |
| *African Elephant* | Original on Canvas<br>Endangered Species Portfolio<br>Sundown Red Yellow Heat of Africa | 11/21/2023 | $37,500 | MPC-401K |
| *African Elephant* | Endangered Species Portfolio<br>FSIIB 293<br>Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $46,000 | RMP and MPC-401K (50/50) |
| *Albert Einstein* | Original on Canvas<br>Famous Jews Series | 2/5/2024 | $32,000 | MPC-401K |
| *Annie Oakley* | | 5/15/2024 | $7,500 | MPC-401K |
| *Apple Macintosh* | Signed and Numbered | 5/7/2024 | $42,500 | RMP |
| *Apple Macintosh* | Regular Edition<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $10,500 | RMP |
| *Audrey Hepburn from Breakfast at Tiffany's* | Original on Canvas | 5/15/2024 | $25,000 | MPC-401K |
| *Automobile* | Original on Canvas | 5/15/2024 | $15,000 | MPC-401K |
| *Bald Eagle* | Endangered Species Portfolio | 1/10/2024 | $10,500 | MPC-401K |

[1] This preliminary schedule is based on information presently available. Plaintiffs reserve all rights to amend this schedule as this action progresses and to pursue claims and damages related to additional works, including based on information obtained in discovery.

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Big Head Ram* | Diamond Dusted Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $10,500 | RMP |
| *Big Horn Ram* | Original on Canvas<br>Endangered Species Portfolio | 12/19/2023 | $37,500 | MPC-401K |
| *Black Dollar Sign Quad Set #4* | Original on Canvas | 5/28/2024 | $22,500 | RMP |
| *Black Panda* | | 4/1/2024 | $10,000 | MPC-401K |
| *Black Rhino* | Original on Canvas<br>Endangered Species Portfolio | 12/26/2023 | $34,000 | MPC-401K |
| *Brillo Advertising* | Signed and Numbered | 5/23/2024 | $10,000 | RMP |
| *Brillo Box* | Original<br>Signed | 9/19/2023 | $2,250 | RMP |
| *Buffalo Nickel* | | 9/11/2023 | $9,500 | RMP |
| *Buffalo Nickel* | | 9/11/2023 | $9,500 | RMP |
| *Buffalo Nickel* | Signed and Numbered | 5/7/2024 | $22,500 | RMP |
| *Butterfly* | Original on Canvas<br>Endangered Species Portfolio<br>Red | 11/16/2023 | $37,500 | MPC-401K |
| *Butterfly* | Original on Canvas<br>Endangered Species Portfolio<br>Purple | 11/16/2023 | $37,500 | MPC-401K |
| *Butterfly* | Artist Proof<br>Color | 5/7/2023 | $20,000 | Matthew Perlman |
| *Campbell Soup Chicken* | Signed and Numbered | 5/7/2024 | $19,000 | RMP |
| *Campbell Soup Hotdog* | Signed and Numbered | 5/2/2024 | $19,000 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Campbell Soup Tomato* | Signed and Numbered | 5/7/2024 | $17,500 | RMP |
| *Chanel* | Signed and Numbered | 5/7/2024 | $30,000 | RMP |
| *Chanel* | Gold Bronze<br>Test Print | 4/8/2024 | $10,000 | MPC-401K |
| *Chanel* | Blue<br>Diamond Dusted<br>Test Print | 2/13/2024 | $10,000 | MPC-401K |
| *Chanel* | Gold | 1/24/2024 | $10,000 | MPC-401K |
| *Chanel* | Purple | 1/24/2024 | $10,000 | MPC-401K |
| *Chanel* | Red | 1/24/2024 | $10,000 | MPC-401K |
| *Chanel* | Green | 1/24/2024 | $10,000 | MPC-401K |
| *Chanel* | Original on Canvas | 1/10/2024 | $42,500 | MPC-401K |
| *Chanel* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 12/5/2023 | $23,000 | MPC-401K |
| *Chanel* | Diamond Dusted<br>Trial Proof<br>1/1<br>Purple<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $11,500 | RMP |
| *Chanel* | Diamond Dusted<br>Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $11,500 | RMP |
| *Christian Anderson* | Signed and Numbered | 6/5/2023 | $5,367.40 | RMP |
| *Commercial Truck* | TP<br>Frosted Black | 2/5/2024 | $11,000 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Cow* | Blue<br>58 1/2 x 36 inches | 11/13/2023 | $5,000 | RMP |
| *Cow* | Yellow Pink<br>Stamped | 5/7/2023 | $11,250 | Matthew Perlman |
| *Cow* | Purple<br>Stamped | 5/7/2023 | $11,250 | Matthew Perlman |
| *Cow* | Blue<br>Stamped | 5/7/2023 | $11,250 | Matthew Perlman |
| *Darth Vader* | Original on Canvas | 1/10/2024 | $37,500 | MPC-401K |
| *Debra Harring* | TP<br>Black and White Mono<br>Bold RED Lips | 2/5/2024 | $10,000 | MPC-401K |
| *Directors Chair Highboy* | 1/3 | 11/13/2023 | $3,000 | RMP |
| *Dollar Sign* | Red<br>Original on Canvas | 5/21/2024 | $22,500 | MPC-401K |
| *Dollar Sign* | Magenta Pink<br>Original on Canvas | 5/21/2024 | $22,500 | MPC-401K |
| *Dollar Sign* | Blue<br>Original on Canvas | 5/21/2024 | $20,000 | MPC-401K |
| *Dracula* | Original on Canvas | 4/1/2024 | $25,000 | MPC-401K |
| *Dracula* | TP<br>Red Diamond<br>Heavy Diamond Dusted | 2/5/2024 | $10,000 | MPC-401K |
| *Dracula* | Signed and Numbered<br>Authentication Stamp by Andy Warhol Foundation | 10/25/2023 | $16,250 | RMP |
| *Dracula* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 12/5/2023 | $23,000 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Eagle* | Original on Canvas<br>USA Blue | 5/15/2024 | $25,000 | MPC-401K |
| *Eagle* | Signed and Numbered | 5/7/2024 | $37,500 | RMP |
| *Eagle* | Original on Canvas<br>Endangered Species Portfolio | 11/14/2023 | $37,500 | MPC-401K |
| *Eagle* | Trial Proof<br>Dark Teal Blue<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/242023 | $11,500 | RMP |
| *Eagle* | Trial Proof<br>Light Teal Unique Authentication Stamp by Andy Warhol Foundation | 10/242023 | $11,500 | RMP |
| *Electric Chair* | Signed and Numbered | 5/1/2024 | $7,000 | MPC-401K |
| *Electric Chair* | Blue/Yellow<br>Edition 111/250 | 10/2/2023 | $8,250 | RMP |
| *Factory Movie Clappers* | Andy Warhol Productions The Factory 6 pieces | 11/13/2023 | $2,400 | RMP |
| *Flash 43C* | 1968<br>Signed<br>21 x 21 inches | 11/13/2023 | $3,250 | RMP |
| *Flash November 22* | 1968<br>Signed<br>21 x 21 inches | 11/13/2023 | $3,250 | RMP |
| *Frog* | Signed and Numbered | 5/23/2024 | $22,500 | RMP |
| *Frog* | Diamond Dusted<br>Trial Proof<br>1/1<br>Purple<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $11,500 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *General Custer* | Blue Brown | 5/15/2024 | $7,500 | MPC-401K |
| *General Custer* | Signed and Numbered | 5/7/2024 | $27,500 | RMP |
| *Geronimo* | Signed and Numbered | 5/7/2024 | $22,500 | RMP |
| *Grace Kelly* | Signed and Numbered | 5/7/2024 | $37,500 | RMP |
| *Grace Kelly* | Diamond Dusted<br>Black Silver | 5/1/2024 | $12,000 | MPC-401K |
| *Grace Kelly* | Original on Canvas | 3/1/2024 | $37,500 | MPC-401K |
| *Grace Kelly* | Natural | 2/5/2024 | $11,500 | MPC-401K |
| *Grace Kelly* | Pink | 2/5/2024 | $11,500 | MPC-401K |
| *Grace Kelly* | Red | 2/5/2024 | $11,500 | MPC-401K |
| *Grace Kelly* | | 8/28/2023 | $19,000 | RMP |
| *Greta Garbo* | Marilyn Monroe Red<br>Trial Proof<br>Diamond Dusted<br>Silkscreen printed in colors<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/30/2023 | $10,000 | RMP |
| *Greta Garbo* | Marilyn Monroe Red<br>Regular Edition<br>Silkscreen printed in colors<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/30/2023 | $10,000 | RMP |
| *Hammer* | Signed and Numbered | 5/7/2024 | $14,000 | RMP |
| *Hammer* | Silkscreen printed in colors<br>Signed and Numbered<br>Authentication Stamp by Andy Warhol Foundation | 11/21/2023 | $16,500 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Hammer* | Silkscreen printed in colors<br>Signed and Numbered<br>Authentication Stamp by Andy Warhol Foundation | 10/27/2023 | $16,250 | RMP |
| *Howdy Doody* | Red<br>Diamond Dusted | 5/1/2024 | $10,500 | MPC-401K |
| *Howdy Doody* | Original on Canvas | 3/26/2024 | $30,000 | MPC-401K |
| *Howdy Doody* | 1981<br>Screenprint with Diamond Dust on Lenox Museum Board<br>Signed and Numbered in Pencil<br>38 x 38 in.<br>Edition of 200 | 12/142023 | $16,000 | MPC-401K |
| *Howdy Doody* | 1981<br>Screenprint with Diamond Dust on Lenox Museum Board -<br>Signed and Numbered in Pencil<br>38 x 38 in.<br>Edition of 200 | 10/16/2023 | $16,000 | RMP |
| *Indian* | | 9/11/2023 | $9,500 | RMP |
| *Indian Mask* | | 8/22/2023 | $24,000 | RMP |
| *Indian Shield* | Signed and Numbered | 5/7/2024 | $15,000 | RMP |
| *Indian Shield* | | 4/8/2024 | $10,000 | MPC-401K |
| *Indiana Kachina Dolls* | Signed and Numbered | 5/7/2024 | $15,000 | RMP |
| *Ingrid Bergman* | | 1/10/2024 | $10,000 | MPC-401K |
| *Ingrid Bergman With Hat (From "Casablanca")* | Original on Canvas | 3/14/2024 | $30,000 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Jacqueline Kennedy* | Original on Canvas | 5/15/2024 | $25,000 | MPC-401K |
| *James Dean* | Test Print | 2/16/2024 | $10,000 | MPC-401K |
| *James Dean* | | 8/28/2023 | $20,000 | RMP |
| *Jockey* | Original on Canvas | 5/15/2024 | $25,000 | MPC-401K |
| *John Lennon* | Original on Canvas<br>Blue | 12/19/2023 | $34,000 | MPC-401K |
| *John Lennon* | Original on Canvas | 12/5/2023 | $34,000 | MPC-401K |
| *John Lennon* | Original on Canvas | 11/16/2023 | $34,000 | MPC-401K |
| *John Lennon* | 1986.<br>Andy Warhol Authentication Board Foundation Seal | 4/17/2023 | $47,000 | RMP and MPC-401K (50/50) |
| *John Wayne* | 1st Handmade Screenprint<br>Ultra Rare<br>Signed by Andy Warhol | 5/21/2024 | $75,000 | MPC-401K |
| *John Wayne* | | 5/15/2024 | $7,500 | MPC-401K |
| *John Wayne* | Signed and Numbered | 5/7/2024 | $27,500 | RMP |
| *John Wayne* | Original on Canvas | 12/28/2023 | $37,500 | MPC-401K |
| *John Wayne* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 10/25/2023 | $21,500 | MPC-401K |
| *Kennedy* | | 8/22/2023 | $6,000 | RMP |
| *Komodo Dragon* | *Original Screenprint*<br>*Stamped* | 5/7/2023 | $23,000 | Matthew Perlman |
| *Lennon* | Black<br>Extremely Rare | 5/15/2024 | $35,000 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Lennon* | Red<br>Silkscreen printed in colors<br>Authentication Stamp by Andy Warhol Foundation | 10/25/2023 | $10,000 | RMP |
| *Lincoln Center Ticket* | 1967<br>Edition of 500<br>45 x 24 inches | 11/13/2023 | $5,000 | RMP |
| *Lion* | Blue/Black<br>Diamond Dusted<br>Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 11/09/2023 | $11,500 | RMP |
| Liz | 1964<br>Signed and Dated in ball-point pen<br>23 × 23 in. | 10/16/2023 | $32,500 | RMP |
| *Liz Taylor* | Original on Canvas | 5/15/2024 | $25,000 | MPC-401K |
| *Liz Taylor* | Original on Canvas | 3/1/2024 | $37,500 | MPC-401K |
| *Liz Taylor Gallery Exhibition Poster* | | 4/1/2024 | $475 | MPC-401K |
| *Liza Minelli* | Green<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $11,500 | RMP |
| *Liza Minelli* | Teal<br>Signed and Numbered | 8/28/2023 | $19,000 | RMP |
| *Liza Minnelli* | Original on Canvas | 4/24/2024 | $37,000 | MPC-401K |
| *Liza Minnelli* | Red<br>Trial Proof<br>Stamped and Sealed by Andy Warhol Foundation<br>FS 11.B.284 | 9/19/2023 | $40,000 | RMP and MPC-401K (50/50) |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Ludwig van Beethoven* | Blue Face<br>1987<br>Authentication Stamp by Andy Warhol Foundation | 11/13/2023 | $20,000 | MPC-401K |
| *Ludwig van Beethoven* | Grey Blue Face<br>1987<br>Authentication Stamp by Andy Warhol Foundation | 11/13/2023 | $20,000 | MPC-401K |
| *Ludwig van Beethoven* | Blue Face Pink<br>1987<br>Authentication Stamp by Andy Warhol Foundation | 11/13/2023 | $20,000 | MPC-401K |
| *Ludwig van Beethoven* | Red/Fusa Face<br>1987<br>Authentication Stamp by Andy Warhol Foundation | 11/13/2023 | $20,000 | MPC-401K |
| *Magazine and History* | 11.304A<br>1983<br>Screenprint and offset lithograph on Rives paper<br>33 1/2× 27 1/2 in/(85.1 × 69.8 cm)<br>Edition: 500<br>Signed in pencil lower right and numbered in pencil lower left<br>Published as a corporate gift<br>Printer: Dr. Cantz'sche Druckerei and Frank Kicherer, Stuttgart, Germany<br>Publisher: Burda Verlag, Munich, Germany | 11/13/2023 | $12,000 | RMP |
| *Mao* | Original on Canvas<br>Yellow | 12/26/2023 | $27,500 | MPC-401K |
| *Mao* | Authentication Stamp by Andy Warhol Foundation | 10/16/2023 | $15,000 | MPC-401K |
| *Mao* | Authentication Stamp by Andy Warhol Foundation | 10/16/2023 | $7,500 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Mao - Complete Portfolio of 10 Screenprints* | Signed and Numbered<br>146/250<br>Framed | 5/24/2024 | $325,000 | RMP |
| *Marilyn Monroe* | Original on Canvas<br>Red | 5/28/2024 | $37,500 | RMP |
| *Marilyn Monroe* | Teal<br>Signed and Numbered | 5/7/2024 | $47,500 | RMP |
| *Marilyn Monroe* | Pink<br>Signed and Numbered | 5/7/2024 | $47,500 | RMP |
| *Marilyn Monroe* | Original on Canvas | 4/24/2024 | $36,000 | MPC-401K |
| *Marilyn Monroe* | Silver Black | 4/1/2024 | $10,000 | MPC-401K |
| *Marilyn Monroe* | Original on Canvas<br>Blue Cost | 12/26/2023 | $38,600 | MPC-401K |
| *Marilyn Monroe* | 1967<br>FS Black/White<br>Silkscreen printed in colors<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/30/2023 | $10,000 | RMP |
| *Marilyn Monroe* | 1967<br>FS Teal Fusion<br>Silkscreen printed in colors<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/25/2023 | $10,000 | RMP |
| *Marilyn Monroe* | 1967<br>FS Purple Fusion<br>Silkscreen printed in colors,<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/25/2023 | $10,000 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Marilyn Monroe* | 1967<br>FS Red Fusion<br>Silkscreen printed in colors,<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/25/2023 | $10,000 | RMP |
| *Marilyn Monroe* | 1967<br>FS Pink<br>Silkscreen printed in colors,<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/25/2023 | $10,000 | RMP |
| *Marilyn Monroe* | 1967<br>F.S.II.22.<br>Screenprint<br>Artist Proof<br>Andy Warhol Authentication Board Foundation Seal | 4/17/2023 | $47,000 | RMP and MPC-401K (50/50) |
| *Marilyn Monroe - Set of 6 Test Prints* | Diamond Dusted | 4/9/2024 | $75,000 | MPC-401K |
| *Marilyn Monroe - Set of 6 Test Prints* | Diamond Dusted | 4/3/2024 | $75,000 | MPC-401K |
| *Marilyn Monroe # 26* | Authentication Stamp by Andy Warhol Foundation | 5/7/2023 | $22,000 | Matthew Perlman |
| *Mask Unique* | Signed and Numbered | 5/7/2024 | $37,500 | RMP |
| *Mick Jagger* | Signed and Numbered<br>Signed by Mick Jagger and Andy Warhol | 4/24/2024 | $42,500 | MPC-401K |
| *Mick Jagger* | Signed and Numbered<br>Signed by Mick Jagger and Andy Warhol | 2/22/2024 | $49,000 | MPC-401K |
| *Mick Jagger* | Original on Canvas<br>Image 2 | 2/5/2024 | $34,000 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Mick Jagger* | Original on Canvas<br>Signed by Mick Jagger and Andy Warhol | 12/19/2023 | $50,000 | MPC-401K |
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 12/14/2023 | $11,500 | MPC-401K |
| *Mick Jagger* | Diamond Dusted<br>1/1 Edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 11/13/2023 | $23,000 | MPC-401K |
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 11/13/2023 | $11,500 | RMP |
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 11/13/2023 | $11,500 | RMP |
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 11/13/2023 | $11,500 | RMP |
| *Mick Jagger* | Diamond Dusted 1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 11/13/2023 | $11,500 | RMP |
| *Mick Jagger* | Original on Canvas<br>Authentication Stamp by Andy Warhol Foundation<br>Stamp by Estate of Andy Warhol | 10/31/2023 | $34,000 | MPC-401K |
| *Mick Jagger* | Silkscreen printed in colors<br>Signed by Mick Jagger and Andy Warhol<br>Signed and Numbered<br>Authentication Stamp by Andy Warhol Foundation | 10/27/2023 | $60,000 | RMP |
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 10/13/2023 | $11,250 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 10/13/2023 | $11,250 | RMP |
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 10/13/2023 | $11,250 | RMP |
| *Mick Jagger* | Diamond Dusted<br>1/1 edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 10/13/2023 | $11,250 | RMP |
| *Mick Jagger* | Original on Canvas<br>Authentication Stamp by Andy Warhol Foundation<br>Stamp Estate of Andy Warhol | 10/11/2023 | $34,000 | RMP |
| *Mick Jagger* | TP<br>Edition Number 2/3<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 10/4/2023 | $12,500 | RMP |
| *Mick Jagger* | TP<br>Edition Number 2/3<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 10/4/2023 | $12,500 | RMP |
| *Mick Jagger* | TP edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 9/27/2023 | $12,500 | RMP |
| *Mick Jagger* | TP edition<br>43 1/2 x 29 inches (110.5 x 73.7 cm) | 9/27/2023 | $12,500 | RMP |
| *Mick Jagger* | | 8/22/2023 | $35,000 | RMP |
| *Mick Jagger # 138* | Signed and Numbered | 5/7/2024 | $42,500 | RMP |
| *Mick Jagger # 142* | Signed and Numbered | 5/7/2024 | $37,500 | RMP |
| *Mick Jagger # 143* | Signed and Numbered | 5/7/2024 | $37,500 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Mick Jagger # 145* | Signed and Numbered | 5/7/2024 | $37,500 | RMP |
| *Mick Jagger # 147* | Signed and Numbered | 5/7/2024 | $37,500 | RMP |
| *Mobil Gas* | Advertising Series | 1/10/2024 | $12,000 | MPC-401K |
| *Moonwalk* | Red Moon Nasa<br>Diamond Dusted<br>Silkscreen printed in colors<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/30/2023 | $10,000 | RMP |
| *Moonwalk* | White Black Nasa<br>Diamond Dusted<br>Silkscreen printed in colors<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/30/2023 | $10,000 | RMP |
| *Mother & Child* | Signed and Numbered | 5/7/2024 | $22,500 | RMP |
| *Movie Cameras with all Equipment* | Authentication Stamp by Andy Warhol Foundation | 11/09/2023 | $6,500 | MPC-401K |
| *Neon Sign Portfolio* | Banana, Brillo Box, Campbell's Soup, Cow, Flowers, Marilyn Monroe | 6/5/2023 | $6,310.57 | RMP |
| *Orangutan* | Signed and Numbered | 5/7/2024 | $32,500 | RMP |
| *Orangutan* | Original on Canvas<br>Endangered Species Portfolio | 12/19/2023 | $37,500 | MPC-401K |
| *Orangutan* | Endangered Species Portfolio<br>Deep Blue<br>Diamond Dusted<br>TP | 12/5/2023 | $11,500 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Orangutan* | Endangered Species Portfolio<br>Deep Blue<br>Diamond Dusted<br>TP | 11/30/2023 | $11,500 | MPC-401K |
| *Orangutan* | Trial Proof<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/24/2023 | $11,500 | RMP |
| *Orangutan* | Endangered Species Portfolio<br>FSIIB 299<br>Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $46,000 | RMP and MPC-401K (50/50) |
| *Orangutan* | Artist Proof<br>Color | 5/7/2023 | $18,000 | Matthew Perlman |
| *Panda* | Signed and Numbered | 5/23/2024 | $22,500 | RMP |
| *Panda* | Signed and Numbered | 5/7/2024 | $47,500 | RMP |
| *Panda* | Black and White<br>Endangered Species Portfolio | 1/10/2024 | $10,500 | MPC-401K |
| *Panda* | Panda Polar Rex<br>Endangered Species Portfolio | 1/10/2024 | $10,500 | MPC-401K |
| *Panda* | Original on Canvas<br>Endangered Species Portfolio | 1/8/2024 | $37,500 | MPC-401K |
| *Paramount* | | 4/1/2024 | $10,000 | MPC-401K |
| *Picasso Paloma* | Signed and Numbered | 5/13/2024 | $9,000 | MPC-401K |
| *Pine Barrens Tree Frog* | Trial Proof<br>Stamped and sealed by Andy Warhol Foundation<br>FS 11.B.284 | 6/8/2023 | $60,000 | RMP and MPC-401K (50/50) |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Pine Barrents Tree Frog* | Original on Canvas<br>Endangered Species Portfolio | 11/13/2023 | $78,000 | MPC-401K |
| *Purse* | Original Purse<br>Foundation Label | 9/19/2023 | $1,750 | RMP |
| *Queen Elizabeth* | Original on Canvas | 1/8/2024 | $42,500 | MPC-401K |
| *Queen Elizabeth* | Original on Canvas | 12/21/2023 | $41,250 | MPC-401K |
| *Queen Elizabeth* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 10/16/2023 | $12,500 | MPC-401K |
| *Queen Elizabeth* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $12,500 | MPC-401K |
| *Queen Elizabeth* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $12,500 | RMP |
| *Queen Elizabeth* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $12,500 | RMP |
| *Queen Margrethe II of Denmark* | Signed and Numbered | 2/13/2024 | $19,000 | MPC-401K |
| *Queen Margrethe II of Denmark* | Original on Canvas | 2/5/2024 | $37,500 | MPC-401K |
| *Queen Merideth* | Pink<br>Silkscreen printed in colors<br>Signed and Numbered<br>Authentication Stamp by Andy Warhol Foundation | 10/27/2023 | $32,500 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Queen Merideth* | Purple<br>Signed and Numbered | 6/5/2023 | $22,250 | RMP |
| *Queen Ntombi Twala of Swaziland* | FS II.346-349<br>Reigning Queens Portfolio<br>1985<br>Set of Four Screenprints in Color on Lenox Museum Board<br>99.7 x 79.7 cm each (39.3 x 31.4 in.)<br>Edition of 40 | 11/21/2023 | $8,250 | RMP |
| *Ram* | Trial Proof<br>Black Neck<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/24/2023 | $11,500 | RMP |
| *Ram* | Signed and Numbered | 5/23/2024 | $22,500 | RMP |
| *Ram* | Signed and Numbered | 5/7/2024 | $32,500 | RMP |
| *Ram* | Original on Canvas<br>Endangered Species Portfolio | 11/14/2023 | $37,500 | MPC-401K |
| *Ram* | Trial Proof<br>Brown Neck<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/24/2023 | $11,500 | RMP |
| *Ram* | Diamond Dusted<br>Trial Proof<br>1/1<br>Purple<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $11,500 | RMP |
| *Rhino* | Endangered Species Portfolio<br>Deep Blue<br>Diamond Dusted<br>TP | 12/5/2023 | $11,500 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Rhino* | Diamond Dusted<br>Trial Proof<br>1/1<br>Blue<br>Authentication Stamp by Andy Warhol Foundation | 11/9/2023 | $11,500 | RMP |
| *Rhino* | Trial Proof<br>Dark Brown<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/24/2023 | $11,500 | RMP |
| *Rhino* | Trial Proof<br>Light Brown<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/24/2023 | $11,500 | RMP |
| *Rhino* | Diamond Dusted<br>Regular Edition<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $10,500 | RMP |
| *Saint Apolonia* | | 5/15/2024 | $7,500 | MPC-401K |
| *Santa* | From Heritage Auction<br>Silkscreen printed in colors<br>Signed and Numbered<br>Limited Edition<br>Authentication Stamp by Andy Warhol Foundation | 10/30/2023 | $16,250 | RMP |
| *Santa* | | 8/22/2023 | $16,000 | RMP |
| *Sarah Bernhardt* | Famous Jews Series | 1/10/2024 | $11,500 | MPC-401K |
| *Sarah Bernhardt* | 1980<br>Reference: FS II234<br>40 x 32 inches (101.6 x 81.3 cm)<br>Signed and numbered in pencil | 4/22/2024 | $14,000 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Sarah Bernhardt* | Original on Canvas | 4/1/2024 | $34,000 | MPC-401K |
| *Self Portrait* | | 5/15/2024 | $20,000 | MPC-401K |
| *Self Portrait* | Auction Purchase<br>Signed and Numbered | 4/11/2024 | $12,926 | MPC-401K |
| *Shoes* | Diamond Dusted<br>Signed<br>1/1<br>TP | 5/1/2024 | $39,000 | MPC-401K |
| *Shoes* | HC 1/1<br>Signed<br>Heavy Diamonds | 2/5/2024 | $49,000 | MPC-401K |
| *Siberian Tiger* | Original on Canvas<br>Endangered Species Portfolio<br>1983 | 11/13/2023 | $62,500 | MPC-401K |
| *Sitting Bull* | 2/2 | 4/8/2024 | $10,000 | MPC-401K |
| *Sitting Bull* | | 4/1/2024 | $10,000 | MPC-401K |
| *Space Fruit* | | 8/22/2023 | $18,000 | RMP |
| *Starlite* | Black Satin<br>Diamond Dusted<br>TP | 12/5/2023 | $10,000 | MPC-401K |
| *Studio Camera* | Authentication Stamp by Andy Warhol Foundation | 11/9/2023 | $1,850 | MPC-401K |
| *Sunset* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $7,500 | RMP |
| *Sunset* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $7,500 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Sunset* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $7,500 | RMP |
| *Superman* | Original on Canvas | 5/15/2024 | $15,000 | MPC-401K |
| *Superman* | Original on Canvas | 12/28/2023 | $37,500 | MPC-401K |
| *Superman* | White Gold<br>Authentication Stamp by Andy Warhol Foundation | 12/5/2023 | $10,000 | RMP |
| *Superman* | Endangered Species Portfolio<br>Deep Blue<br>Diamond Dusted<br>TP | 12/5/2023 | $20,000 | MPC-401K |
| *Superman* | Deep Blue<br>Diamond Dusted<br>TP | 11/30/2023 | $10,000 | MPC-401K |
| *The Witch* | 1981<br>Screenprint with Diamond Dust on Lenox Museum Board<br>Signed and Numbered in Pencil<br>38 × 38 in.<br>Edition of 200 | 10/16/2023 | $14,000 | RMP |
| *The Witch* | 1981<br>Screenprint with Diamond Dust on Lenox Museum Board<br>Signed and Numbered in Pencil<br>38 x 38 in.<br>Trial Proof | 10/16/2023 | $39,000 | RMP |
| *The Witch* | Trial Proof<br>Brown<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/242023 | $11,500 | RMP |
| *Tiger* | Signed and Numbered | 5/23/2024 | $22,500 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Tiger* | Signed and Numbered | 5/7/2024 | $32,500 | RMP |
| *Tiger* | Endangered Species Portfolio<br>Deep Blue<br>Diamond Dusted<br>TP | 12/5/2023 | $11,500 | MPC-401K |
| *Tiger* | Diamond Dusted<br>Regular Edition<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $10,500 | RMP |
| *Tiger* | Diamond Dusted<br>Trial Proof<br>1/1<br>Purple<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $11,500 | RMP |
| *Truck* | Signed by Andy Warhol<br>FSII 369<br>1985<br>Silkscreen, on Lenox Museum Board<br>39 3/8 x 39 3/8 (100 x 100)<br>Edition 47/60 | 11/13/2023 | $16,000 | RMP |
| *Truman Capote* | Original on Canvas | 1/24/2024 | $25,000 | MPC-401K |
| *Turtle* | Signed and Numbered | 5/7/2024 | $27,500 | RMP |
| *Uncle Sam* | Silkscreen printed in colors<br>36 x 36 inches (91.5 x 91.5 cm)<br>Authentication Stamp by Andy Warhol Foundation | 10/30/2023 | $10,000 | RMP |
| *Venus* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $10,000 | RMP |
| *Venus* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $10,000 | RMP |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Venus* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $10,000 | RMP |
| *Venus* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $10,000 | RMP |
| *Venus* | Original on Canvas | 1/8/2024 | $42,500 | MPC-401K |
| *Venus* | Venus set of 1 - Blue, Green, Purple<br>Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $9,000 | RMP |
| *Venus* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $9,000 | RMP |
| *Venus* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $9,000 | RMP |
| *Venus* | Trial Proof<br>Authentication Stamp by Andy Warhol Foundation | 9/19/2023 | $9,000 | RMP |
| *War Chief* | | 5/15/2024 | $10,000 | MPC-401K |
| *Yellow Truck* | | 4/1/2024 | $10,000 | MPC-401K |
| *Zebra* | Signed and Numbered | 5/7/2024 | $32,500 | RMP |
| *Zebra* | Original on Canvas<br>Endangered Species Portfolio | 12/19/2023 | $37,500 | MPC-401K |
| *Zebra* | Original on Canvas<br>Endangered Species Portfolio<br>Greys | 11/27/2023 | $37,500 | MPC-401K |

| Title | Art Description | Purchase Date | Funds Paid by Plaintiffs | Source of Funds |
|---|---|---|---|---|
| *Zebra* | Trial Proof<br>Light Blue<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/24/2023 | $11,500 | RMP |
| *Zebra* | Dark Blue<br>Unique<br>Authentication Stamp by Andy Warhol Foundation | 10/24/2023 | $11,500 | RMP |
| *Zebra* | Diamond Dusted<br>Regular Edition<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $10,500 | RMP |
| *Zebra* | Diamond Dusted<br>Trial Proof<br>1/1<br>Purple<br>Authentication Stamp by Andy Warhol Foundation | 10/18/2023 | $11,500 | RMP |

# EXHIBIT D

**Schedule of Consigned Works**[1]

| Artist | Title and Year | Description of Artwork |
|---|---|---|
| **Chuck Close** | *Self Portrait (Anamorphic)*, 2009 | Silkscreen on tosahanga paper, polished stainless steel cylinder and maple wood platform<br>27 x 27 x 15 in. |
| **David Hockney** | *Celia in a Wicker Chair*, 1974 | Soft-ground etching and aquatint printed in five colors on BFK mold-made paper<br>44 x 37 in.<br>52/60 |
| **David Hockney** | *Gregory*, 1974 | Color etching and soft-ground etching<br>44 x 37 in. |
| **David Hockney** | *The Student (Hommage à Picasso)*, 1973 | Etching and aquatint<br>30 x 22 in. |
| **David Hockney** | *An Image of Gregory*, 1984–85 | Lithograph printed in colors in two parts |
| **Yaacov Agam** | *Magic Rain*, 1979 | Polymorphic Relief silkscreen<br>19 x 27 in. |
| **Yaacov Agam** | *BB6 Hidden Black Hole (Hologram)*, c. 1980 | Agamograph |
| **David Salle** | *Portrait with Scissors and Nightclub*, 1988 | Color woodcut<br>30 x 35 in.<br>22/100 |
| **David Salle** | *The Universe Mender I*, 1990 | Aquatint and etching<br>Edition of 50 |
| **David Salle** | *The Universe Mender II*, 1990 | Aquatint and etching<br>Edition of 50 |
| **David Salle** | *The Universe Mender IV*, 1990 | Aquatint and etching<br>Edition of 50 |

[1] This preliminary schedule is based on information presently available. Plaintiffs reserve all rights to amend this schedule as this action progresses and to pursue claims and damages related to additional works, including based on information obtained in discovery.

| Artist | Title and Year | Description of Artwork |
|---|---|---|
| **Julian Opie** | *Crossing: Pockets*, 2022 | Lenticular acrylic panels<br>44 × 23 in.<br>Edition of 50 |
| **Julian Opie** | *Crossing Shirt*, 2022 | Lenticular acrylic panels<br>44 × 23 in.<br>Edition of 50 |
| **Richard Diebenkorn** | *Untitled (Five Aquatints with Drypoint) #1*, 1978 | Aquatint with drypoint on Rives wove paper<br>22 x 16 in. |
| **Richard Diebenkorn** | *Untitled (Five Aquatints with Drypoint) #2*, 1978 | Aquatint with drypoint on Rives wove paper<br>22 x 16 in. |
| **Richard Diebenkorn** | *Untitled (Five Aquatints with Drypoint) #3*, 1978 | Aquatint with drypoint on Rives wove paper<br>22 x 16 in. |
| **Richard Diebenkorn** | *Untitled (Five Aquatints with Drypoint) #5*, 1978 | Aquatint with drypoint on Rives wove paper<br>22 x 16 in. |
| **Richard DuPont** | *Red Saturated*, 2008 | Ink, watercolor, varnish on paper<br>32 x 23 in. |
| **Wayne Thiebaud** | *Mariana Ridge*, 1997 | Etching with drypoint, on wove paper |
| **Wayne Thiebaud** | *Hotel Corner*, 1979/1998 | Etching with drypoint, on wove paper |
| **Wayne Thiebaud** | *Freeway Building*, 1998 | Etching with drypoint, on wove paper |
| **Wayne Thiebaud** | *Hill Street*, 1987 | Color woodcut |
| **Naotaka Hiro** | *Untitled (Jelly Fish)*, 2018 | Acrylic, graphite and grease pencil on paper<br>42 x 32 in |
| **Anne Truitt** | *Sable IX*, 1979 | Acrylic on paper<br>23 x 30 in. |
| **Anne Truitt** | *Sable VII*, 1979 | Acrylic on paper<br>23 x 30 in. |

| Artist | Title and Year | Description of Artwork |
|---|---|---|
| **Anne Truitt** | *Sable VIII*, 1979 | Acrylic on paper<br>23 x 30 in. |
| **Milton Avery** | *The Clown*, c. 1950 | Oil on canvas<br>18 by 12 in. |
| **Fernando Botero** | *A Family*, 1987 | Graphite<br>29 x 23 in. |
| **Richard Prince** | *Together*, 2008-2011 | A portfolio of collages with off-set lithography, hand-cutting, painting and assemblage<br>27 x 22 in. |
| **Sam Francis** | *Meteorite*, 1986 | Screenprint in colors<br>83 x 52 in. |
| **Frank Stella** | *Jonah historically regarded (from Moby Dick Engraving Series)*, 1992 | Etching, aquatint, dimensional "dome," screenprint, and handcoloring |