EXHIBIT 2

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

------------------------------------------------------------X

SOFLAC ASSOCIATES, LLC,
RMP INVESTMENTS, LLC,
MCANDREW PHILLIPS & COMPANY 401K PLAN,
MATTHEW H. PERLMAN,
JUDY PERLMAN, and
RICHARD M. PERLMAN,

*Plaintiffs,* Case No.: 2024-016550-CA-01 (CA 43)

-against-

LESLIE ROBERTS,
MIAMI FINE ART GALLERY LLC,
ALEX HERMAN, and

*Defendants.*

------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Florida Rules of Civil Procedure Rule 1.420, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is, dismissed with prejudice **only** against Defendants **LESLIE ROBERTS and MIAMI FINE ART GALLERY LLC**, without costs as to either party as against the other pursuant to the terms of the confidential settlement agreement with this Court retaining jurisdiction to adjudicate any and all disputes arising from the settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and that a scanned or facsimile copy of this Stipulation and the signatures thereon shall be deemed as valid as the original.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Dated: January 12, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY: ______________________

Luke Nikas (*pro hac vice*)
Paul B. Maslo (*pro hac vice*)
Shalia Sakona (FL Bar No. 107398)
295 Fifth Ave., 9th Floor
New York, NY 10010
Tel.: (212) 849-7000
lukenikas@quinnemanuel.com
paulmaslo@quinnemanuel.com
shalisakona@quinnemanuel.com
*Attorneys for Plaintiffs*

DAVIDOFF LAW FIRM, PLLC
and
LAW OFFICES OF AARON R. RESNICK P.A.

______________________

Jonathan Marc Davidoff, Esq.
Fla. Bar No. 179833
Aaron R. Resnick, Esq.
Fla. Bar No. 141097
100 Biscayne Blvd.
Suite 1607
Miami, FL 33132
Tel: 305-672-7495
Email: jonathan@davidofflawfirm.com
Email: aresnick@thefirmmiami.com
Email: firm@davidofflawfirm.com
Email: efile@thefirmmiami.com
*Attorneys for Defendants Leslie Roberts and Miami Fine Art Gallery LLC*

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email generated by the Florida Court E-Filing Portal on January 12, 2026, on all counsel of record.

By: jonathan davidoff
Jonathan Marc Davidoff, Esq.
Fla. Bar No. 179833