Watch 24/7

TRENDING Florida Poll Property Taxes Elections Affordability YouTube Hurricane Se...

COCONUT GROVE

# Ex-owner of Coconut Grove art gallery gets prison in fake Andy Warhol scheme

Leslie Roberts was sentenced Oct. 2 to 46 months in prison followed by three years of supervised release after pleading guilty to wire fraud conspiracy, according to new court documents.

By NBC6 • Published October 8, 2026 • Updated on October 8, 2026 at 2:48 pm

Log in or create a free profile to save articles




The NBC6 South Florida News streaming channel plays local South Florida news 24 hours a day, seven days a week.

The former owner of a Coconut Grove art gallery **raided by the FBI** for the sale of fake Andy Warhol artwork was sentenced to prison, records showed.

Leslie Roberts was sentenced Oct. 2 to 46 months in prison followed by three years of supervised release after pleading guilty to wire fraud conspiracy, according to new court documents.

**Watch NBC6 free wherever you are**

WATCH HERE

The FBI last year had raided Roberts' business, Miami Fine Art Gallery, amid an investigation into the fake artwork.




The FBI raided Miami Fine Art Gallery in Coconut Grove on April 9, 2025.

According to an indictment, Roberts sold art from the gallery that he fraudulently represented were original pieces created by Andy Warhol, falsely claiming he acquired the artwork directly from the Andy Warhol Foundation for the Visual Arts.

To make them appear to be authentic Warhol pieces, Roberts used forged authentication documents purportedly provided by the Andy Warhol Art Authentication Board and used fraudulent identification numbers and fake stamps to create the appearance of authenticity, the indictment said.

He even provided to one victim fake invoices that claimed to be from the Warhol Foundation, the indictment said.

## Local



**32 MINUTES AGO**

**Video shows woman pepper-spraying clerk at Kwik Stop in North Lauderdale**




**2 HOURS AGO**

**Isaias' effect on gas prices muted in Panhandle**

Roberts received over 100 wire payments from victims involving hundreds of thousands of dollars between April of 2023 and May of 2024, the indictment said.

Prosecutors also said he engaged in money laundering, transferring around $240,000 in fraud proceeds from the gallery's bank account to a personal bank account.

Court records showed Roberts would be assigned to a facility to address his medical needs.

---

This article tagged under:

**COCONUT GROVE**

---

**Leave Some Honey Out For Your Dog Overnight, Here's What Happens**

**Pets Daily Health** | Sponsored

Learn More

**SHOULDER RELIEF NEWS** | SPONSORED

**Why Your Rotator Cuff Won't Heal (What Most Doctors Miss)**

**BLAVITY.COM** | SPONSORED

**AJ Armstrong, Son Of NFL Player, Sentenced To Life In Prison After Being Convicted Of Murdering Parents**

**SAKURA KNIVES** | SPONSORED

Learn More

**Hiroshi Closes His Knife Shop After 55 Years**

**GUNDRY MD** | SPONSORED

Learn More

**Cardiologist: "If You Eat Olives Daily This Is What Happens"**

**LIBIYI** | SPONSORED

Shop Now

**Here Are 28+ of The Coolest Gifts for Fall 2026**

**PESMORY** | SPONSORED

Learn More

**Best Christmas Gift: Here Are 28+ Of The Coolest Gifts For 2026**

**SEARCHRESULTOFFERS | SEARCH ADS** | SPONSORED

Learn More

**New SUVs With Tiny Price Tags (Take A Look)**

**LIORVETH** | SPONSORED

Shop Now

**Walking shoes for elderly with poor balance**

Television

**Val Chmerkovskiy hit with one-week suspension on 'Dancing With The Stars'**

Crime and Courts

**New details after Elijah Manley arrested over alleged Facebook threats, affidavit says**

**EARCARE | NEWS** | SPONSORED

Learn More

**Chronic tinnitus has been associated with a common practice.**

**COMPARISONS.ORG** | SPONSORED

Learn More

**Virginia: Worst Car Insurance Companies for Overcharging (Is Yours On The List?)**

FRESH START INFORMATION | SPONSORED

Apply Now

Monday: IRS Forgives Millions In Tax Debt Before October 31st

Miami Hurricanes

Miami is No. 1 in AP Top 25 for 1st time since '02, No. 2 BYU's ranking best since '84 title season

Gun violence

Oregon dad stopped a deadly school shooting. How often do armed civilians intervene?

SEARCHINFOHUB | SEARCH ADS | SPONSORED

Learn More

Backyard Office Pods - See What They Cost (View)

SMOOTHSPINE | SPONSORED

Learn More

Neuropathy Is Not From Damaged Nerves In Your Feet. Meet The Real Enemy ( Stop Doing This)

OTTO INSURANCE | SPONSORED

Click Here

The Worst Zip Codes for Car Insurance in Virginia (Is Yours on the List?)

NFL

NFL Week 6 winners and losers: Caleb Williams returns, Browns lead AFC North

North Miami

Person hospitalized after hit-and-run in North Miami, police say

SEARCHINFOHUB | SEARCH ADS | SPONSORED

Learn More

The New EX90 Is Finally Affordable (Take A Look)

COMPARISONS.ORG | SPONSORED

Learn More

Worst Car Insurance Companies for Overcharging In Virginia (Is Yours On The List?)

THE CLEVER LIST | SPONSORED

Shop Now

These Are the Coolest Gifts on Everyone's Wishlist in 2026

Celebrity News

## Miley Cyrus pays tribute to Dolly Parton at Hollywood Bowl: 'I feel her more now than ever'

NFL

## 3 takeaways from the Texans' last-second win over the Jaguars in London

**SMOOTHSPINE** | SPONSORED

Learn More

## Spinal Stenosis Isn't An Age Problem — The Real Cause May Surprise You(Stop Doing This)

**GIFT LIST** | SPONSORED

## Best Christmas Gift: Here Are 27+ Of The Coolest Gifts For 2026

**THE VITALITY WISDOM PROJECT** | SPONSORED

## MDs Say Cognitive Decline Begins When Seniors Often Say These 3 Phrases - See Which Ones

Broward County

## Flash flood warning for Broward expires, NWS says

Crime and Courts

## Suspect accused of shooting man at laundromat in NE Miami-Dade arrested, report says

**COMFORT LIVING TODAY** | SPONSORED

Learn More

## At 66, I Stopped Wearing Bras. Here's What I Wear Instead

**TRI LIFT** | SPONSORED

Learn More

## Don't Moisturize Crepe Skin! Tighten It With This Drugstore Item Instead

**WELLNESS AND SAFE 101** | SPONSORED

## MDs Say Mental Decline Begins When Seniors Can't Pronounce These 3 Phrases. Can You?

Hollywood

## Hollywood residents return home 2 days after excavator hits gas line near Turnpike

Case 1:26-cv-27124-DSL Document 19-3 Entered on FLSD Docket 10/23/2026 Page 7 of 8

Dania Beach

**Investigation underway in Dania Beach after fatal hit-and run, BSO say**

## Weather Forecast

**MIAMI, FL**

85°

Partly Cloudy

0% Precip

TONIGHT

75°

TOMORROW

85°

## Subscribe to our Newsletters

Sign up to receive breaking news alerts in your inbox.

Enter your email

Sign up

**PRIVACY POLICY**

6 SOUTH FLORIDA

**ABOUT NBC 6**

**OUR NEWS STANDARDS**

WTVJ Public Inspection File

WTVJ Accessibility

WTVJ Employment Information

FCC Applications

**SUBMIT TIPS FOR INVESTIGATIONS**

**NEWSLETTERS**

**CONTACT US**

**XFINITY: INTERNET, TV, STREAMING, MORE**

Terms of Service
Advertise with us
Send Feedback
Privacy Policy
Your Privacy Choices
CA Notice
Ad Choices

Copyright © 2026 NBCUniversal Media, LLC. All rights reserved