NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

SOFLAC ASSOCIATES, LLC,
RMP INVESTMENTS, LLC,
MCANDREW PHILLIPS & COMPANY 401K PLAN,
MATTHEW H. PERLMAN, JUDY PERLMAN,
and RICHARD M. PERLMAN,
*Plaintiffs,*

-v-

LESLIE ROBERTS,
MIAMI FINE ART GALLERY LLC,
and ALEX HERMAN,
*Defendants,*

Case No. 2024-016550-CA-01
Complex Business Division

**DEFENDANTS, LESLIE ROBERTS AND MIAMI FINE ART GALLERY LLC'S, NOTICE OF SERVING RESPONSES TO PLAINTIFFS' FIRST, SECOND AND THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendants, Leslie Roberts and Miami Fine Art Gallery LLC, by and through their undersigned counsel, hereby provide notice of serving their Responses to Plaintiffs, SOFLAC Associates, LLC, RMP Investments, LLC, McAndrew Phillips & Company 401K Plan, Matthew H. Perlman, Judy Perlman, and Richard M. Perlman's, First, Second and Third Requests for Production of Documents on March 3, 2025.

Dated: March 4, 2025

Respectfully submitted,

DAVIDOFF LAW FIRM, PLLC

By: _____/JMD/____________

Jonathan Marc Davidoff, Esq.
Florida Bar No. 179833
Aaron R. Resnick, Esq., *Of-Counsel*
Florida Bar No. 141097
*Counsel for Plaintiff*
228 East 45th Street, Suite 1110
New York, NY 10017
Tel: (212) 587-5971
Fax: (212) 658-9852
Email: jonathan@davidofflawfirm.com
Email: aresnick@thefirmmiami.com
Email: firm@davidofflawfirm.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via email generated by the Florida Court E-Filing Portal on Monday, March 4, 2025, on all counsel of record.

By: ____/JMD/________________
Jonathan Marc Davidoff, Esq.
Fla Bar No. 179833



**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, New York 10017 ● Telephone (212) 587-5971 ● Fax (212) 658-9852