NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
COMPLEX BUSINESS LITIGATION DIVISION

SOFLAC ASSOCIATES, LLC, RMP INVESTMENTS, LLC, MCANDREW PHILLIPS & COMPANY 401K PLAN, MATTHEW H. PERLMAN, JUDY PERLMAN, and RICHARD M. PERLMAN,

CASE NO.: 2024-016550-CA-01

Plaintiff,

v.

LESLIE ROBERTS, MIAMI FINE ART GALLERY LLC, and ALEX HERMAN,

s.
_____________________________________________/

**DEFENDANT, MIAMI FINE ART GALLERY LLC'S, NOTICE OF SERVING ITS RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Florida Rule of Civil Procedure 1.340, Defendant, MIAMI FINE ART GALLERY LLC, through its undersigned counsel, hereby provides Notice of Serving Its Responses to Plaintiffs, SOFLAC Associates, LLC, RMP Investments, LLC, McAndrew Phillips & Company 401K Plan, Matthew H. Perlman, Judy Perlman, and Richard M. Perlman's, First Set of Interrogatories.


**DAVIDOFF LAW FIRM, PLLC**
228 East 45th Street, Suite 1110, New York, New York 10017 ● Telephone (212) 587-5971 ● Fax (212) 658 9852

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Dated: March 11, 2025

Respectfully submitted,

DAVIDOFF LAW FIRM, PLLC

By: */s/JMD*____________________

Jonathan Marc Davidoff, Esq.
Florida Bar No. 179833
Aaron R. Resnick, Esq., *Of-Counsel*
Florida Bar No. 141097
*Counsel for Plaintiff*
228 East 45th Street, Suite 1110
New York, NY 10017
Tel: (212) 587-5971
Fax: (212) 658-9852
Email: jonathan@davidofflawfirm.com
Email: aresnick@thefirmmiami.com
Email: firm@davidofflawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email generated by the Florida Court E-Filing Portal on March 11, 2025, on all counsel of record.

By: */s/ JMD*____________________
Jonathan Marc Davidoff, Esq.
Fla Bar No. 179833