# CHRISTIE'S

## AUCTION INVOICE

**Account Address**
Great Dane Collection LLC
606 Spring Garden Street
Philadelphia, PA 19123
United States

| | |
|---|---|
| **Invoice Number** | DB 23010108 |
| **Date** | 4/20/2023 |
| **Account Number** | [redacted] |
| **Paddle Number** | 1921 |

**Sale Number** 21900 **Sale Title** Prints and Multiples **Sale Date** 4/20/2023

**Auctioneer** **License No.**

| Lot | Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| 286 | ANDY WARHOL (1928-1987) The Witch, *from Myths* unique screenprint in colors with diamond dust, on Lenox Museum Board, 1981, signed in pencil, numbered 'TP 16/30' (a trial proof, the edition was 200)...<br><br>Item: SN00655810/001 | Hammer<br>Premium | 55,000.00<br>14,300.00 | | 4,400.00<br>1,144.00 | 74,844.00 |
| 287 | ANDY WARHOL (1928-1987) The Shadow, from *Myths* screenprint in colors with diamond dust, on Lenox Museum Board, 1981, signed in pencil, numbered 'AP 15/30' (an artist's proof, the edition was 200), ...<br><br>Item: SN00656202/001 | Hammer<br>Premium | 35,000.00<br>9,100.00 | | 2,800.00<br>728.00 | 47,628.00 |
| | | **Sub Total** | | | | |
| | | Hammer | US$ 90,000.00 | | | |
| | | Premium | US$ 23,400.00 | | | |
| | | **Sales Tax (PA, 8.000%)** | | | US$ 9,072.00 | |

| | |
|---|---|
| **Total Amount Due** | US$ 122,472.00 |
| **Due Date** | 20 May 2023 |

**Notes:** Christie's charges a buyer's premium to the buyer on the hammer price of each lot sold at the following rates: 26% of the hammer price of each lot up to and including $1,000,000, 21% of the excess of the hammer price above $1,000,000 and up to including $6,000,000 and 15% of the excess of the hammer price above $6,000,000. For all lots, taxes are payable at the applicable rate on the total purchase price (i.e. the hammer price plus the applicable buyer's premium).

Christie's accepts payment by credit card up to $100,000 per sale, on which a fee of 2% will apply. The fee on $100,000 is $2,000.

To arrange collection and to confirm the location of your property, please contact PostSaleUS@Christies.com at least 48 hours beforehand.

02489379

PAYMENT METHODS

**Please note:** Christie's will not accept payment under this invoice from any party other than the buyer of record.

Lots purchased at Christie's in New York may be paid for in the following ways:

| | |
|---|---|
| **Online** | Christie's is pleased to offer clients the option of viewing invoices, paying and arranging shipping online through MyChristie's. To log in, or if you have yet to create an online account, please go to: www.christies.com/MyChristies. While this service is available for most lots, payment and shipping must be arranged offline for some items. Please contact Post Sale Services directly to coordinate. |
| **Wire Transfer** | JP Morgan Chase Bank, N.A.<br>New York, NY 10017<br>ABA# [redacted]<br>FBO: Christie's Inc.<br>Account # [redacted]<br>For banks asking for a Swift Code please quote: [redacted] |
| **Credit and Debit Card** | All major credit and debit cards are accepted.<br>Note: If paid by credit card, a surcharge of 2% on the total invoice amount will be applicable. |
| **Cash** | Up to $7,500 per annum (subject to conditions) |
| **Bankers Draft** | Must be made payable to Christie's (subject to conditions) |
| **Cheque** | Must be made payable to Christie's (must be drawn in USD on a US bank, clearance will take 5 to 10 business days) |

To assist in processing your payment efficiently, please quote your **sale, invoice number** and **account number** ; these may be found on your invoice.

**Payments may be made in person at Christie's or by calling Post Sale Services.**

| | |
|---|---|
| **Email** | PostSaleUS@christies.com |
| **Telephone** | +1 212 636 2650 |
| **Fax** | +1 212 636 4939 |
| **Mail** | Christie's Inc., Post Sale Department, 20 Rockefeller Plaza, New York, NY 10020 |

Please see our Conditions of Sale for further information on buying at Christie's which can be found at the back of our catalogues and on our website: www.christies.com

Payment in full must be received in cleared funds before the property is released.

Failure to collect your property within 30 days of the sale date from any Christie's location will result in handling and administration charges plus any applicable sales tax.

0248379

DANE FINE ART

PAID

**Invoice# INV-012737**

Balance Due
**$0.00**

2320 Haverford Road
Ardmore Pennsylvania 19003
267-687-8378
sales@danefineart.com

Bill To:
**Miami Fine Art**
3180 Commodore Plaza
Miami
Florida 33133
U.S.A
Miamifineartgallery@gmail.com

Ship To:
Miami Fine Art
3180 Commodore Plaza
Miami
Florida 33133
U.S.A
Miamifineartgallery@gmail.com

| | |
|---|---|
| Invoice Date : | 16 Oct 2023 |
| Terms : | Now |
| Due Date : | 17 Oct 2023 |

| Item & Description | Amount | Amount |
|---|---|---|
| Andy Warhol - The Witch (Trial Proof IIB.261) | 79,850.00 | 79,850.00 |
| Andy Warhol - The Witch (II.261) | 49,500.00 | 49,500.00 |
| | **Sub Total** | 129,350.00 |

| | |
|---|---|
| Shipping, Packing, Insurance | 250.00 |
| **Total** | **$129,600.00** |
| Payment Made | (-) 129,600.00 |
| **Balance Due** | **$0.00** |

Notes

Domestic Wiring Instructions
Beneficiary Account Name: Dane Fine Art LLC
Beneficiary Address: 606 Spring Garden St - Philadelphia PA 19123
Bank Name: Citizens Bank
Bank Address: 733 W Lancaster Ave - Bryn Mawr PA 19010
Account Number: [redacted]
Routing Number: [redacted]

International Wiring Instructions
Beneficiary Account Name: Dane Fine Art LLC

Beneficiary Address: 606 Spring Garden St - Philadelphia PA 19123
Bank Name: Citizens Bank
Bank Address: 733 W Lancaster Ave - Bryn Mawr PA 19010
Account Number: [redacted]
Swift Code: [redacted]

## Terms & Conditions

Date checks for today. They will be put in: Now, 30-days, 60-days, 75-days.

# CHRISTIE'S

## AUCTION INVOICE

**Account Address**
Great Dane Collection LLC
606 Spring Garden Street
Philadelphia, PA 19123
United States

| | |
|---|---|
| **Invoice Number** | DB 23010108 |
| **Date** | 4/20/2023 |
| **Account Number** | [redacted] |
| **Paddle Number** | 1921 |

**Sale Number** 21900 **Sale Title** Prints and Multiples **Sale Date** 4/20/2023

**Auctioneer** **License No.**

| Lot | Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| 286 | ANDY WARHOL (1928-1987) The Witch, *from Myths* unique screenprint in colors with diamond dust, on Lenox Museum Board, 1981, signed in pencil, numbered 'TP 16/30' (a trial proof, the edition was 200)...<br>Item: SN00655810/001 | Hammer<br>Premium | 55,000.00<br>14,300.00 | | 4,400.00<br>1,144.00 | 74,844.00 |
| 287 | ANDY WARHOL (1928-1987) The Shadow, from *Myths* screenprint in colors with diamond dust, on Lenox Museum Board, 1981, signed in pencil, numbered 'AP 15/30' (an artist's proof, the edition was 200), ...<br>Item: SN00656202/001 | Hammer<br>Premium | 35,000.00<br>9,100.00 | | 2,800.00<br>728.00 | 47,628.00 |
| | | **Sub Total** | | | | |
| | | Hammer | US$ 90,000.00 | | | |
| | | Premium | US$ 23,400.00 | | | |
| | | **Sales Tax (PA, 8.000%)** | | | US$ 9,072.00 | |

| | |
|---|---|
| **Total Amount Due** | US$ 122,472.00 |
| **Due Date** | 20 May 2023 |

**Notes:** Christie's charges a buyer's premium to the buyer on the hammer price of each lot sold at the following rates: 26% of the hammer price of each lot up to and including $1,000,000, 21% of the excess of the hammer price above $1,000,000 and up to including $6,000,000 and 15% of the excess of the hammer price above $6,000,000. For all lots, taxes are payable at the applicable rate on the total purchase price (i.e. the hammer price plus the applicable buyer's premium).

Christie's accepts payment by credit card up to $100,000 per sale, on which a fee of 2% will apply. The fee on $100,000 is $2,000.

To arrange collection and to confirm the location of your property, please contact PostSaleUS@Christies.com at least 48 hours beforehand.

02489379

## PAYMENT METHODS

**Please note:** Christie's will not accept payment under this invoice from any party other than the buyer of record.

Lots purchased at Christie's in New York may be paid for in the following ways:

| | |
|---|---|
| **Online** | Christie's is pleased to offer clients the option of viewing invoices, paying and arranging shipping online through MyChristie's. To log in, or if you have yet to create an online account, please go to: www.christies.com/MyChristies. While this service is available for most lots, payment and shipping must be arranged offline for some items. Please contact Post Sale Services directly to coordinate. |
| **Wire Transfer** | JP Morgan Chase Bank, N.A.<br>New York, NY 10017<br>ABA#[redacted]<br>FBO: Christie's Inc.<br>Account #[redacted]<br>For banks asking for a Swift Code please quote:[redacted] |
| **Credit and Debit Card** | All major credit and debit cards are accepted.<br>Note: If paid by credit card, a surcharge of 2% on the total invoice amount will be applicable. |
| **Cash** | Up to $7,500 per annum (subject to conditions) |
| **Bankers Draft** | Must be made payable to Christie's (subject to conditions) |
| **Cheque** | Must be made payable to Christie's (must be drawn in USD on a US bank, clearance will take 5 to 10 business days) |

To assist in processing your payment efficiently, please quote your **sale, invoice number** and **account number** ; these may be found on your invoice.

**Payments may be made in person at Christie's or by calling Post Sale Services.**

| | |
|---|---|
| **Email** | PostSaleUS@christies.com |
| **Telephone** | +1 212 636 2650 |
| **Fax** | +1 212 636 4939 |
| **Mail** | Christie's Inc., Post Sale Department, 20 Rockefeller Plaza, New York, NY 10020 |

Please see our Conditions of Sale for further information on buying at Christie's which can be found at the back of our catalogues and on our website: www.christies.com

Payment in full must be received in cleared funds before the property is released.

Failure to collect your property within 30 days of the sale date from any Christie's location will result in handling and administration charges plus any applicable sales tax.

0248379

# RAGO

TEL: 312-235-4189
FAX: 312-521-7168
EMAIL: billing@wright20.com

**Order:** 873.6108.0
**Auction:** 12 October 2023
**Paddle:** 6108

**Name:** Nathan Isen
**Tel:** (215) 731-9200
**Email:** mail@ibrewster.com

**BALANCE DUE**
**$ 82,404.00**

**Customer Address**
I Brewster & Company Inc
Nathan Isen
606 Spring Garden St
Front
Philadelphia, PA 19123
US

**Shipping Address**
I Brewster & Company Inc
Nathan Isen
606 Spring Garden St
Front
Philadelphia, PA 19123
US



109
**ANDY WARHOL**
The Witch (from the Myths series)
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 33,000.00 |
| buyer's premium | $ 8,580.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 41,580.00** |



110
**ELLSWORTH KELLY**
Black/White/Black
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 5,000.00 |
| buyer's premium | $ 1,300.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 6,300.00** |



204
**NIKI DE SAINT PHALLE**
Daddy
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 950.00 |
| buyer's premium | $ 247.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 1,197.00** |



218
**ROBERT MOTHERWELL**
Harvest, with Two White Stripes (from the Summer Light Series)
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 2,400.00 |
| buyer's premium | $ 624.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 3,024.00** |



227
**ELLSWORTH KELLY**
Black and White Pyramid
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 2,400.00 |
| buyer's premium | $ 624.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 3,024.00** |



231
**ROBERT MOTHERWELL**
Phoenician Etching
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 500.00 |
| buyer's premium | $ 130.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 630.00** |



240
**JASPER JOHNS**
Coathanger and Spoon (from the Fragment - According to What series)
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 4,000.00 |
| buyer's premium | $ 1,040.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 5,040.00** |



262
**JIM DINE**
Nine Views of Winter, 2
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 2,000.00 |
| buyer's premium | $ 520.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 2,520.00** |



265
**FRANK STELLA**
Swan Engraving IV (from the Swan Engravings series)
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 4,000.00 |
| buyer's premium | $ 1,040.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 5,040.00** |



285
**KEITH HARING**
Signed Kutztown Connection poster
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 1,500.00 |
| buyer's premium | $ 390.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 1,890.00** |



356
**GEORGE RODRIGUE**
Paper, Ribbons and Me
Lambertville, NJ*

| | |
|---|---|
| hammer price | $ 550.00 |
| buyer's premium | $ 143.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 693.00** |



108
**ROBERT MOTHERWELL**
Mask (for Ingmar Bergman)
Los Angeles, CA*

| | |
|---|---|
| hammer price | $ 4,800.00 |
| buyer's premium | $ 1,248.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 6,048.00** |



216
**JASPER JOHNS**
Untitled (Skull) (from the Reality & Paradoxes portfolio)
Los Angeles, CA*

| | |
|---|---|
| hammer price | $ 3,800.00 |
| buyer's premium | $ 988.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 4,788.00** |



339
**DONALD SULTAN**
Acanthus (from the Fruits and Flowers III series)
Los Angeles, CA*

| | |
|---|---|
| hammer price | $ 500.00 |
| buyer's premium | $ 130.00 |
| sales tax** | $ 0.00 |
| **Item Sub Total** | **$ 630.00** |

| | |
|---|---|
| Sub Total | $ 82,404.00 |
| Shipping fees | $ 0.00 |
| Convenience fees | $ 0.00 |
| **GRAND TOTAL** | **$ 82,404.00** |

*Location of any lot is subject to change without notification.
** Sales Tax will be calculated upon checkout.

## PAYMENT METHODS

CREDIT CARD
The credit card linked to your web account is not charged automatically.

Credit card payments incur a 2.5% surcharge.

MAIL CHECK
Make check payable to: Rago Wright LLC

Rago Wright LLC
PO Box 776981
Chicago, IL
60677-6981

OVERNIGHT PAYMENTS
PNC Bank c/o Rago Wright LLC
Lockbox #776981
350 E Devon Ave.
Itasca IL 60143

DOMESTIC US WIRE
PNC Bank
Routing: [redacted]
Account: [redacted]
Beneficiary: Rago Wright LLC
333 N. Main St.
Lambertville, NJ 08530

INTERNATIONAL WIRE
PNC Bank Pittsburgh PA 15222
SWIFT/BIC:
[redacted]
Account: [redacted]
Beneficiary:Rago Wright LLC
333 N. Main St.
Lambertville, NJ 08530

pay and arrange shipping