DANE FINE ART

PAID

**Invoice# INV-012803**

**Balance Due**
**$0.00**

2320 Haverford Road
Ardmore Pennsylvania 19003
267-687-8378
sales@danefineart.com

Bill To:
**Miami Fine Art**
3180 Commodore Plaza
Miami
Florida 33133
U.S.A
Miamifineartgallery@gmail.com

Ship To:
Miami Fine Art
3180 Commodore Plaza
Miami
Florida 33133
U.S.A
Miamifineartgallery@gmail.com

| | |
|---|---|
| Invoice Date : | 11 Nov 2023 |
| Terms : | Now |
| Due Date : | 12 Nov 2023 |

| Item & Description | Amount | Amount |
|---|---|---|
| Andy Warhol - Truck (II.369) (provenance: Martin Lawrence sticker on back) | 46,600.00 | 46,600.00 |
| Andy Warhol - Flash - November 22, 1963 (II.40) | 6,500.00 | 6,500.00 |
| terms: Now, 30, 60 | 0.00 | 0.00 |
| | **Sub Total** | 53,100.00 |
| | Shipping, Packing, Insurance | 200.00 |
| | **Total** | **$53,300.00** |
| | Payment Made | (-) 53,300.00 |
| | **Balance Due** | **$0.00** |

Notes

Domestic Wiring Instructions
Beneficiary Account Name: Dane Fine Art LLC
Beneficiary Address: 606 Spring Garden St - Philadelphia PA 19123
Bank Name: Citizens Bank
Bank Address: 733 W Lancaster Ave - Bryn Mawr PA 19010
Account Number: [redacted]
Routing Number: [redacted]

International Wiring Instructions
Beneficiary Account Name: Dane Fine Art LLC
Beneficiary Address: 606 Spring Garden St - Philadelphia PA 19123
Bank Name: Citizens Bank
Bank Address: 733 W Lancaster Ave - Bryn Mawr PA 19010
Account Number: [redacted]
Swift Code: [redacted]

## Terms & Conditions

Buyer has 7 days after receipt of goods invoiced herein to notify the seller in writing of any defects or issues. Failure to notify the seller during that time period shall be deemed acceptance in full of in the invoiced material.

DOYLE

**Invoice**
175 East 87th Street
New York New York 10128

Kristopher Isen
The Great Dane Collection
2320 Haverford Road
Ardmore PA 19003

| | |
|---|---|
| Invoice No.: | 3457 |
| Invoice date: | 11/01/2023 |
| Auction: | Prints & Multiples / '80s NYC (23PM02) |
| Auction date: | 11/01/2023 |
| Client reference: | 332291 |
| Reference/Paddle: | 507, BP332291, 1002 |
| Sales tax exemption: | 49-2974016 |

| | Lot | Description | Hammer | Premium |
|---|---|---|---|---|
|  | 48 | Louis Icart (1888-1950) - MELODY HOUR (HOLLAND/CATANIA/ISEN 437) Hand-colored color etching, drypoint and aquatint, 1934, on wove paper, signed in... | $3,000.00 | $780.00 |
|  | 167 | Andy Warhol (1928-1987) - COW (FELDMAN/SCHELLMANN 11.11A) Color screenprint, 1971, on wallpaper, printed by Bill Miller's Wallpaper Studio, Inc.,... | $8,000.00 | $2,080.00 |
|  | 177 | Andy Warhol (1928-1987) - TRUCK (FELDMAN/SCHELLMANN II.369) Color screenprint, 1985, on Lenox Museum Board, signed and numbered 47/60 in pencil,... | $35,000.00 | $9,100.00 |
|  | 213 | Alice Neel (1900-1984) - UNTITLED Color screenprint, 1982, on wove paper, signed, dated and numbered 24/75 in pencil, from A Portfolio of Thirteen... | $1,200.00 | $312.00 |
| | | | **$47,200.00** | **$12,272.00** |

| | | |
|---|---|---|
| Hammer | $47,200.00 | |
| Buyers Premium | $12,272.00 | |
| Invoice Total | $59,472.00 | |
| **Payments Received** | | |
| Cheque | $59,472.00 | 11/09/2023 |
| **Balance Due** | **$0.00** | |

**SALES TAX EXEMPTIONS**

- Please disregard sales tax and only pay the sub-total if your purchase is being shipped internationally or *outside* of the following states by a licensed USDOT/ICC shipper: New York, New Jersey, Florida, California, Pennsylvania, Maryland, Massachusetts, or South Carolina. If the purchase is being sent to any state previously mentioned, we are required to collect sales tax. Your shipper must also present a Bill of Lading indicating final destination at time of pick up.
- If you have a Resale or VAT Number, please provide us with Form ST-120.
- If you accidentally pay sales tax and need a refund, you must apply directly to with your Department of Revenue. Doyle cannot refund Sales Tax.

**METHODS OF PAYMENT**

- Cash up to $5,000
- Checks payable to DOYLE. Please send checks to: Client Accounts, Doyle New York, 175 East 87th Street, NY, NY 10128
- Wire Transfers- Please note there is new bank information as of May 22nd, 2024. **Click here for wire transfer instructions.**
- **Credit or Debit Card** - Visa, MasterCard, American Express or Discover up to $20,000. An additional 3.2% fee will be applied to the total amount of the invoice.

**Please click here for the secure credit card payment page.**

---

Doyle, 175 East 87th Street, New York NY 10128
W: www.doyle.com | E: info@doyle.com | T: 212-427-2730