# PRIVATE SALES
CHRISTIE'S

## PRIVATE SALE INVOICE

**Account Address**
Great Dane Collection LLC
606 Spring Garden Street
Philadelphia, PA 19123
United States

| | |
|---|---|
| **Invoice Number** | DS 22022001 |
| **Date** | 10/18/2022 |
| **Account Number** | [redacted] |

### Item Detail
Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| ANDY WARHOL Joseph Kennedy III (see F. & S. IIIC.76) screenprint in colors on paper, one of a small number of impressions Executed circa 1986. Item: 6119889 | Item Price | 8,000.00 | | | 8,000.00 |
| ANDY WARHOL (1928-1987) Electric Chair (F. & S. IIIA.4[b]) screenprint in black on paper, one of a small number of impressions, presumably unique in this composition Executed circa 1978. Item: 6182546 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) New York Heart Association Phonebook Ad screenprint in colors on paper Executed circa 1984. Item: 6185940 | Item Price | 6,500.00 | | | 6,500.00 |
| ANDY WARHOL (1928-1987) Speed Skater (see F. & S. II.303) signed and numbered 'AP X/X Andy Warhol' (lower right) screenprint in colors on paper Executed in 1983. Item: 6261922 | Item Price | 7,500.00 | | | 7,500.00 |
| Andy Warhol (1928-1987) Speed Skater (see F. & S. II.303) signed 'Andy Warhol' and numbered 'AP VIII/X' in pencil (lower right) screenprint in colors on paper Executed in 1983. Item: 6261931 | Item Price | 7,500.00 | | | 7,500.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.B239) signed 'Andy Warhol' and numbered 'TP 11/15' (lower right) screenprint in colors and diamond dust on paper, a trial proof, presumably unique in this composition Executed in 1980. Item: 6261957 | Item Price | 12,000.00 | | | 12,000.00 |
| ANDY WARHOL (1928-1987) Edward Kennedy (F. & S. IIB.240) signed 'Andy Warhol' and numbered 'TP 9/15' (lower right) screenprint in colors and diamond dust on paper, a trial proof Executed in 1980. Item: 6261973 | Item Price | 8,000.00 | | | 8,000.00 |
| ANDY WARHOL (1928-1987) Edward Kennedy (see F. & S. IIB.240) signed 'Andy Warhol' and numbered 'TP 11/15' (lower right) screenprint with diamond dust on museum board, a trial proof Executed in 1980. Item: 6261981 | Item Price | 8,000.00 | | | 8,000.00 |
| ANDY WARHOL (1928-1987) Edward Kennedy (see F. & S. IIB.240) screenprint in colors and diamond dust on paper, a trial proof Executed in 1980. Item: 6261990 | Item Price | 6,000.00 | | | 6,000.00 |

02208963

## Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 37/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof Executed in 1980.<br>Item: 6262028 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 9/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980.<br>Item: 6262036 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 40/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980.<br>Item: 6262044 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 47/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980.<br>Item: 6262052 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 41/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980.<br>Item: 6262061 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'TP 15/15' (lower right) screenprint in colors and diamond dust on paper, an artist proof Executed in 1980.<br>Item: 6262079 | Item Price | 12,000.00 | | | 12,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 34/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980.<br>Item: 6262087 | Item Price | 12,000.00 | | | 12,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'TP 4/15' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980.<br>Item: 6262095 | Item Price | 12,000.00 | | | 12,000.00 |
| ANDY WARHOL (1928-1987) Edward Kennedy (F. & S. IIB.240) numbered '5/10 HC' and signed 'Andy Warhol' in pencil (lower right) screenprint in colors with diamond dust on museum board Executed in 1980.<br>Item: 6302368 | Item Price | 8,000.00 | | | 8,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 35/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980.<br>Item: 6302552 | Item Price | 10,000.00 | | | 10,000.00 |

02208963

## Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 38/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302561 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 39/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302579 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 27/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302587 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 25/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302595 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 26/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302608 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 28/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302616 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 31/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302632 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) Mildred Scheel (F. & S. II.239) signed 'Andy Warhol' and numbered 'AP 32/50' (lower right) screenprint in colors and diamond dust on paper, an artist proof, presumably unique in this composition Executed in 1980. Item: 6302641 | Item Price | 10,000.00 | | | 10,000.00 |
| ANDY WARHOL (1928-1987) A la Recherche du Shoe Perdu: cover recto (See F. & S. IV.69A-84A) offset lithograph with hand-coloring on paper Executed circa 1955. Item: 6326263 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) A la Recherche du Shoe Perdu: cover recto (See F. & S. IV.69A-84A) offset lithograph with hand-coloring on paper Executed circa 1955. Item: 6326271 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) A la Recherche du Shoe Perdu: cover recto (See F. & S. IV.69A-84A) offset lithograph with hand-coloring on paper Executed circa 1955. Item: 6326280 | Item Price | 3,000.00 | | | 3,000.00 |

02206963

## Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| ANDY WARHOL (1928-1987) In the Bottom of My Garden (F. & S. IV.86A-105A) the complete book of 20 offset lithographs, including 4 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued). Executed circa 1956. Item: 6361931 | Item Price | 16,500.00 | | | 16,500.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 6 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362096 | Item Price | 19,500.00 | | | 19,500.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 6 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362117 | Item Price | 19,500.00 | | | 19,500.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 6 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362141 | Item Price | 19,500.00 | | | 19,500.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 6 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362176 | Item Price | 19,500.00 | | | 19,500.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 5 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362184 | Item Price | 18,000.00 | | | 18,000.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 5 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362213 | Item Price | 18,000.00 | | | 18,000.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 5 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362230 | Item Price | 18,000.00 | | | 18,000.00 |

02208963

Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 5 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362248 | Item Price | 18,000.00 | | | 18,000.00 |
| Andy Warhol (1928-1987) In the Bottom of My Garden (F. & S. IV.86-105) the complete book of 20 offset lithographs, including 4 with hand-coloring, with the original cardboard cover with offset lithograph with hand-coloring on the front, on wove paper, from the edition of unknown size, the full sheets, bound (as issued) Executed circa 1956. Item: 6362281 | Item Price | 18,000.00 | | | 18,000.00 |
| PM21.0083 Item: 6411871 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6414440 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6414458 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6414503 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6414562 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6414811 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6414853 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6414968 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6415258 | Item Price | 5,500.00 | | | 5,500.00 |

02208963

## Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| ANDY WARHOL (1928-1987) Holy Cats by Andy Warhol's Mother (Not in F. & S.) the complete set of 21 photolithographs including the cover on various colored wove papers, from the edition of unknown size Executed in 1957. Item: 6415282 | Item Price | 5,500.00 | | | 5,500.00 |
| ANDY WARHOL (1928-1987) Wild Raspberries by Andy Warhol and Suzie Frankfurt the complete set of 18 offset lithographs, fuschia tissue interleafing, in-texte, title page, on laid paper, from the edition of unknown size, bound (as issued), original fuchsia buckram boards Executed in 1959. Item: 6415821 | Item Price | 3,500.00 | | | 3,500.00 |
| ANDY WARHOL (1928-1987) Wild Raspberries by Andy Warhol and Suzie Frankfurt the complete set of 18 offset lithographs, fuschia tissue interleafing, in-texte, title page, on laid paper, from the edition of unknown size, bound (as issued), original fuchsia buckram boards Executed in 1959. Item: 6415830 | Item Price | 3,500.00 | | | 3,500.00 |
| ANDY WARHOL (1928-1987) Wild Raspberries by Andy Warhol and Suzie Frankfurt the complete set of 18 offset lithographs, fuschia tissue interleafing, in-texte, title page, on laid paper, from the edition of unknown size, bound (as issued), original fuchsia buckram boards Executed in 1959. Item: 6415856 | Item Price | 3,500.00 | | | 3,500.00 |
| ANDY WARHOL (1928-1987) Wild Raspberries by Andy Warhol and Suzie Frankfurt the incomplete set of 9 offset lithographs (2 with hand-coloring), fuschia tissue interleafing, in-texte, title page, on laid paper, from the edition of unknown size, bound (as issued), original fuchsia buckram boards Executed in 1959. Item: 6415936 | Item Price | 8,000.00 | | | 8,000.00 |
| ANDY WARHOL (1928-1987) Sitting Bull, (F. & S. IIIA.70) screenprint in colors on Lenox Museum Board, one of a small impressions Executed in 1986. Item: 6428059 | Item Price | 40,000.00 | | | 40,000.00 |
| ANDY WARHOL (1928-1987) Sitting Bull (F. & S. IIIA.70) screenprint in colors on Lenox Museum Board, one of a small impressions Executed in 1986. Item: 6428075 | Item Price | 40,000.00 | | | 40,000.00 |
| ANDY WARHOL (1928-1987) After the Party (See F. & S. II.183) screenprint on museum board, a trial proof, aside from the edition of 1000 Executed in 1979. Item: 6429297 | Item Price | 19,950.00 | | | 19,950.00 |
| ANDY WARHOL (1928-1987) After the Party (F. & S. II.183) screenprint on paper, unique and aside from the edition of 1000 Executed in 1979. Item: 6429300 | Item Price | 19,950.00 | | | 19,950.00 |
| ANDY WARHOL (1928-1987) After the Party (F. & S. II.183) screenprint on paper, a unique trial proof, aside from the edition of 1000 Executed in 1979. Item: 6429318 | Item Price | 19,950.00 | | | 19,950.00 |
| ANDY WARHOL (1928-1987) After the Party (F. & S. II.183) screenprint on paper, a unique trial proof, aside from the edition of 1000 Executed in 1979. Item: 6429326 | Item Price | 19,950.00 | | | 19,950.00 |
| ANDY WARHOL (1928-1987) After the Party (F. & S. II.183) screenprint on paper, a unique trial proof, aside from the edition of 1000 Executed in 1979. Item: 6429351 | Item Price | 19,950.00 | | | 19,950.00 |

02208963

## Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| ANDY WARHOL (1928-1987) Sex Parts (See F. & S. II.176) screenprint on paper Executed in 1978.<br>Item: 6429414 | Item Price | 4,500.00 | | | 4,500.00 |
| ANDY WARHOL (1928-1987) Sex Parts (See F. & S. II.176) screenprint on paper Executed in 1978.<br>Item: 6429422 | Item Price | 4,500.00 | | | 4,500.00 |
| Andy Warhol (1928-1987) Rats and Star (see F. & S. IIIB.21) screenprint in colors on museum board Executed in 1983.<br>Item: 6429748 | Item Price | 8,500.00 | | | 8,500.00 |
| ANDY WARHOL (1928-1987) Sex Parts (F. & S. II.177) screenprint in black on paper, a trial proof, presumably unique in this composition Executed in 1978.<br>Item: 6429764 | Item Price | 4,500.00 | | | 4,500.00 |
| ANDY WARHOL (1928-1987) Sex Parts (F. & S. II.177) screenprint on paper Executed in 1978.<br>Item: 6429772 | Item Price | 4,500.00 | | | 4,500.00 |
| ANDY WARHOL (1928-1987) Sex Parts (F. & S. II.177) screenprint in black on paper, a trial proof, presumably unique in this composition Executed in 1978.<br>Item: 6429799 | Item Price | 4,500.00 | | | 4,500.00 |
| ANDY WARHOL (1928-1987) Sex Parts (F. & S. II.177) screenprint in black on paper, a trial proof, presumably unique in this composition Executed in 1978.<br>Item: 6429810 | Item Price | 4,500.00 | | | 4,500.00 |
| ANDY WARHOL (1928-1987) Sex Parts (F. & S. II.177) screenprint on paper Executed in 1978.<br>Item: 6429828 | Item Price | 4,500.00 | | | 4,500.00 |
| ANDY WARHOL (1928-1987) After the Party (F. & S. II.183) screenprint in colors on paper, a trial proof, presumably unique in this composition Executed in 1979.<br>Item: 6429836 | Item Price | 19,950.00 | | | 19,950.00 |
| Andy Warhol (1928-1987) Sandal (See F. & S. IIIB.26) screenprint on paper Executed in 1984.<br>Item: 6431952 | Item Price | 5,000.00 | | | 5,000.00 |
| ANDY WARHOL (1928-1987) Perrier (See F. & S. IIIB.22) screenprint in colors on paper Executed in 1983.<br>Item: 6435451 | Item Price | 8,000.00 | | | 8,000.00 |
| Andy Warhol (1928-1987) Watercolor Paint Kit with Brushes (See F. & S. IIIA.33[a]) screenprint in colors on museum board Executed circa 1982.<br>Item: 6435478 | Item Price | 8,000.00 | | | 8,000.00 |
| Andy Warhol (1928-1987) Sam (see F. & S. IV.51) offset lithograph on paper, from the edition of unknown size Executed circa 1956.<br>Item: 6449811 | Item Price | 3,000.00 | | | 3,000.00 |
| Andy Warhol (1928-1987) Sam (see F. & S. IV.51) offset lithograph on paper, from the edition of unknown size Executed circa 1956.<br>Item: 6449829 | Item Price | 3,000.00 | | | 3,000.00 |
| Andy Warhol (1928-1987) Sam (see F. & S. IV.51) offset lithograph on paper, from the edition of unknown size Executed circa 1956.<br>Item: 6449837 | Item Price | 3,000.00 | | | 3,000.00 |
| Andy Warhol (1928-1987) Sam (see F. & S. IV.51) offset lithograph on paper, from the edition of unknown size Executed circa 1956.<br>Item: 6449845 | Item Price | 3,000.00 | | | 3,000.00 |

02208963

## Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| Andy Warhol (1928-1987) Sam (see F. & S. IV.51) offset lithograph on paper, from the edition of unknown size Executed circa 1956. Item: 6449853 | Item Price | 3,000.00 | | | 3,000.00 |
| Andy Warhol (1928-1987) Sam (see F. & S. IV.51) offset lithograph on paper, from the edition of unknown size Executed circa 1956. Item: 6449861 | Item Price | 3,000.00 | | | 3,000.00 |
| Andy Warhol (1928-1987) Sam (see F. & S. IV.51) offset lithograph on paper, from an edition of unknown size Executed circa 1956. Item: 6449870 | Item Price | 3,000.00 | | | 3,000.00 |
| Andy Warhol (1928-1987) Fish (F. & S. IIIA.39) screenprint in colors on wallpaper Executed in 1983. Item: 6547277 | Item Price | 10,200.00 | | | 10,200.00 |
| Andy Warhol (1928-1987) Fish (F. & S. IIIA.39) screenprint in colors on wallpaper Executed in 1983. Item: 6547285 | Item Price | 10,200.00 | | | 10,200.00 |
| Andy Warhol (1928-1987) Fish (F. & S. IIIA.39) screenprint in colors on wallpaper Executed in 1983. Item: 6547293 | Item Price | 10,200.00 | | | 10,200.00 |
| Andy Warhol (1928-1987) Fish (F. & S. IIIA.39) screenprint in colors on wallpaper Executed in 1983. Item: 6547496 | Item Price | 10,200.00 | | | 10,200.00 |
| Andy Warhol (1928-1987) Fish (F. & S. IIIA.39) screenprint in colors on wallpaper Executed in 1983. Item: 6547613 | Item Price | 10,200.00 | | | 10,200.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548122 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548157 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548165 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548173 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548211 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548229 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548237 | Item Price | 3,000.00 | | | 3,000.00 |

02208963

## Item Detail

Invoice Currency: USD

| Description | Transaction | Amount | Key | Sales Tax | Total Amount |
|---|---|---|---|---|---|
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548261 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548270 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) Washington Monument (F. & S. IIIB.2) screenprint in black on wallpaper, from the unpublished edition of unknown size Executed in 1974. Item: 6548288 | Item Price | 3,000.00 | | | 3,000.00 |
| ANDY WARHOL (1928-1987) After the Party (AGFA) three screenprints in colors on vinyl, unique and outside of the edition Executed circa 1979. Item: 11589367 | Item Price | 30,000.00 | | | 30,000.00 |
| | **Sub Total** | | | | |
| | Item Price | 917,200.00 | | | US$ 917,200.00 |
| | **Sales Tax (NY, )** | | | | |

| | |
|---|---|
| **Total Amount Due** | **US$ 917,200.00** |
| **Payment Schedule** | |
| **Due Date** | **Amount Due** |
| 17 November 2022 | US$ 305,733.00 |
| 19 December 2022 | US$ 305,733.00 |
| 16 January 2023 | US$ 305,734.00 |

By signing below or making partial or full payment of the Total Amount Due, I agree to purchase the property set out in this invoice in accordance with the following Buyer's Private Sale Agreement Terms of Purchase.

Signature

Date

**Notes: Tax Message**
Christie's will collect sales tax where legally required. The applicable sales tax rate will be determined based upon the state, county or local jurisdiction to which the property will be shipped. It is the buyer's responsibility to ascertain and pay all taxes due. Buyers claiming exemption from sales tax must have the appropriate documentation on file with Christie's prior to the release of the property.

**Shipping Address**
Christie's Inc
20 Rockefeller Plaza
New York, NY 10020
United States

02208963

CHRISTIE'S

# Buyer's Private Sale Agreement Terms of Purchase

Great Dane Collection LLC
606 Spring Garden Street
Philadelphia, PA 19123 USA
Account: [redacted]

The following sets out the terms of the agreement for the purchase of:
Please see list of property listed under 'Item Detail'.
(the "**Property**").

The agreement is between the seller, for whom Christie's acts as agent, and the buyer ("**You**").

## 1.) PAYMENT

This agreement records your agreement to purchase the Property from the seller for the purchase price of $917,200.00 (the "**Total Amount Due**" plus any applicable taxes) by the following Payment Due dates:

a) First Instalment: A ***non-refundable*** deposit in an amount equal to US $305,733 of the Total Amount Due is payable by you within thirty (30) days from the date of invoice; and
b) Second Instalment: A non-refundable deposit in an amount equal to US $305,733 of the Total Amount Due is payable by you within sixty (60) days from the date of invoice; and
c) Third and Final Instalment: The balance of the Total Amount Due, US $305,734, is payable by you within ninety (90) days from the date of invoice.

**For the avoidance of doubt, the first and second instalments are non-refundable. If you fail to pay the balance of the Total Amount Due, these instalment payments will not be returned to you even if we cancel the sale of the Property.**

If you are buying the Property on behalf of an undisclosed principal (the ultimate buyer(s)), you accept personal liability to pay the Total Amount Due plus any applicable taxes.

If you fail to make full and clear payment of the Total Amount Due plus any applicable taxes to us by the Payment Due date, you agree that we may enforce our rights against you under the terms of this agreement which shall include, but are not limited to, enforcing your payment obligations, cancelling the sale and/or charging interest and storage charges.

## 2.) WARRANTIES

**Your Warranties**

a.) You warrant that the funds used for settlement are not connected with any criminal activity, including tax evasion, and you are neither under investigation, nor have you been charged with or convicted of money laundering, terrorist activities or other crimes.
b.) If you are buying the Property on behalf of an undisclosed principal (the ultimate buyer(s)), you will inform us in writing that you are not the ultimate buyer(s) and confirm to us the identity of the ultimate buyer(s). You also warrant that:

(i) you have conducted appropriate customer due diligence on the ultimate buyer(s) of the Property in accordance with any and all applicable anti-money laundering and sanctions laws, consent to us relying on this due diligence, and you will retain for a period of not less than five (5) years the documentation and records evidencing the due diligence. You will make such documentation and records immediately available to us for inspection upon our written request. We will not disclose such documentation or records to any third-party unless it is already in the public domain, or it is required to be disclosed by law or regulation;
(ii) the arrangements between you and the ultimate buyer(s) are not designed to facilitate tax crimes; and
(iii) you do not know, or have reason to suspect, that the funds used for settlement are connected with, the proceeds of any criminal activity or that the ultimate buyer(s) are on a sanctions list, under investigation, or have been charged with or convicted of money laundering, terrorist activities or other crimes.

**Seller's Warranties**
In relation to each item of Property sold, the seller gives a warranty that the seller:

a.) is the owner of the Property, or a joint owner of the Property acting with the permission of the owner or co-owner(s), or, if the seller is not the owner of the Property, the seller has the permission of the owner(s) to sell the Property; and
b.) has the right to transfer ownership of the Property to you without any restrictions or claims by anyone else.

You understand and agree that other than as set out above the Property is sold "as is" and any statement made by us whether orally or in writing regarding the authorship, origin, date, age, size, medium, attribution, genuineness, provenance or condition of the Property is merely a statement of opinion and is not to be relied on as a statement of definitive fact.

To the fullest extent permitted by law, the only right you have against us and/or the seller for breaking this agreement (including breaking the Seller's Warranties) is to cancel the sale and receive a refund of the Total Amount Due. We and the seller will not be responsible for any special, consequential, incidental, indirect or other losses or damages (including lost profits or interest) you may incur as a result of entering into this agreement.

**Implied Warranties**
**Except as set forth below, neither the Seller nor Christie's make any other warranty, express or implied, oral or written, with respect to the Property, including, the implied warranties of merchantability or fitness for a particular purpose, each of which is specifically disclaimed.**

**Our Authenticity Warranty**
We warrant, subject to the terms below, that the Property is Authentic (the "**Authenticity Warranty**"). If, within five years of the date of the invoice, you give notice to us that the Property is not Authentic, subject to the terms below, we will refund the Total Amount Due plus any applicable taxes. In this section, "**Authentic**" means a genuine example, rather than a copy or forgery of: (i) the work of a particular artist, author or manufacturer, if the Property is described in the

Heading as of the work of that artist, author or manufacturer; (ii) a work created within a particular period or culture, if the Property is described in the Heading as a work created during that period or culture; (iii) a work of a particular origin or source if the Property is described in the Heading as being of that origin or source; or (iv) in the case of gems, a work which is made of a particular material, if the Property is described in the Heading as being made of that material.

The terms of the Authenticity Warranty are as follows:

a.) It will be honoured for claims notified within a period of five years from the date of the invoice. After such time, we will not be obligated to honour the Authenticity Warranty.
b.) It is only given for information shown in UPPERCASE type (i.e. having all capital letters) in the first line of the Property description on the invoice (the "**Heading**"). It does not apply to any information other than in the Heading even if shown in UPPERCASE type.
c.) It does not apply to any Heading or part of a Heading which is qualified by a clarification used in the Heading such as "Attributed to…", "Studio of…"/"Workshop of…", "Circle of…", "Follower of…", "Manner of…", or "After…".
d.) It does not apply where scholarship has developed since the date of the invoice leading to a change in generally accepted opinion. Further, it does not apply if the Heading either matched the generally accepted opinion of experts at the date of the invoice or drew attention to any conflict of opinion. It does not apply if the Property can only be shown not to be Authentic by a scientific process which, on the date of the invoice, was not available or generally accepted for use, or which was unreasonably expensive or impractical, or which was likely to have damaged the Property.
e.) The benefit of the Authenticity Warranty is only available to the original buyer shown on the invoice for the Property and only if, on the date of the notice of claim, the original buyer is the full owner of the Property and the Property is free from any claim, interest or restriction by anyone else.
f.) The benefit of this Authenticity Warranty may not be transferred to anyone else.
g.) To claim under the Authenticity Warranty, you must: (i) give us written notice of your claim within five years of the date of the invoice. We may require full details and supporting evidence of any such claim; (ii) at Christie's option, we may require you to provide the written opinions of two recognised experts in the field of the Property mutually agreed by you and us in advance confirming that the Property is not Authentic. If we have any doubts, we reserve the right to obtain additional opinions at our expense; (iii) return the Property at your expense to us in the same condition it was at the date of the invoice.
h.) Your only right under this Authenticity Warranty is to cancel the sale and receive a refund of the Total Amount Due plus any applicable taxes paid by you to us. We will not, in any circumstances, be required to pay you more than the Total Amount Due plus any applicable taxes nor will we be liable for any loss of profits or business, loss of opportunity or value, expected savings or interest, costs, damages, special, consequential, incidental, indirect or other losses or damages, or expenses.
i.) **Books**. Where the Property is a book, we give an additional warranty for 14 days from the date of the invoice that if on collation the Property is defective in text or illustration, we will refund the Total Amount Due plus any applicable taxes, subject to the terms below.
This additional warranty does not apply to (i) the absence of blanks, half titles, tissue guards or advertisements, damage in respect of bindings, stains, spotting, marginal tears or other defects not affecting completeness of the text or illustration; (ii) drawings, autographs, letters or manuscripts, signed photographs, music, atlases, maps or periodicals; (iii) books not identified by title; (iv) books which are sold not subject to return; or (v) defects stated in any condition report. To make a claim under this paragraph you must give written details of the defect and return the Property to us in the same condition as at the time of sale, within 14 days of the date of the invoice.
j.) **South East Asian Modern and Contemporary Art and Chinese Calligraphy and Painting**. In these categories, the Authenticity Warranty does not apply because current scholarship does not permit the making of definitive statements. Christie's does, however, agree to cancel a sale in either of these two categories of art where it has been proven the Property is a forgery. Christie's will refund to the original buyer the Total Amount Due plus any applicable taxes in accordance with the terms of Christie's Authenticity Warranty, provided that the original buyer notifies us with full supporting evidence documenting the forgery claim within twelve (12) months of the date of the invoice. Such evidence must be satisfactory to us that the Property is a forgery in accordance with paragraph 2(g)(ii) above and the Property must be returned to us in accordance with paragraph 2(g)(iii) above. Paragraphs 2(b), (c), (d), (e), (f) and (h) also apply to a claim under these categories.
**Chinese, Japanese and Korean artefacts (excluding Chinese, Japanese and Korean calligraphy, paintings, prints, drawings and jewellery).** In these categories, paragraph 2(b) – (d) above shall be amended so that where no maker or artist is identified, the Authenticity Warranty is given not only for the Heading but also for information regarding the date or period shown in UPPERCASE type in the second line of the Property description on the invoice (the "**Subheading**"). Accordingly, all references to the Heading in paragraph 2(b) – (d) above shall be read as references to both the Heading and the Subheading.

### 3.) COLLECTION AND STORAGE

We will not release the Property to you prior to our receipt of full and clear funds of the Total Amount Due, plus any applicable taxes. Unless otherwise agreed, you agree to collect the Property within five days of our receipt of full and clear funds of the Total Amount Due plus any applicable taxes. If you fail to do so, we may, at our option, remove the Property to another Christie's location or an affiliate or third party warehouse. The storage terms can be found at christies.com/storage. We may charge you removal, storage, handling, and other costs. You are responsible for:

a.) any taxes, VAT or duties (including import and export duties and taxes), which apply to the purchasing, collecting and/or transporting the Property;
b.) obtaining export licences which you may need and providing us with a copy of all export documents;
c.) providing us with correct information on your tax status and plans to transport the Property; and
d.) any claims, costs, expenses or penalties arising from your failure to carry out your obligations in this paragraph.

CHRISTIE'S

4.) EXPORT LICENSE

It is your responsibility to determine and satisfy the requirement of any applicable laws or regulations relating to the export or import of any Property you purchase. Applying for an export licence, does not excuse you from paying the Total Amount Due plus any applicable taxes or prevent us from charging you for storage and/or interest on late payments. If you want us to apply for an export licence for you or arrange to transport the Property, we can charge you separately for these services. We cannot guarantee that you will receive an export licence if we apply on your behalf. If you are refused a licence or there is a delay in getting one, you must still pay us in full for the Property.

5.) TRANSFER OF OWNERSHIP & RISK

**Transfer of Ownership**

Ownership of the Property will pass to you when we receive full and clear payment of the Total Amount Due plus any applicable taxes.

**Transfer of Risk**

Risk and responsibility for the Property will pass to you upon the earlier of (i) when you collect the Property or (ii) when we receive full and clear payment of the Total Amount Due plus any applicable taxes.

6.) OUR ABILITY TO CANCEL

In addition to the other rights of cancellation contained in this agreement, we can cancel the sale if (i) any of your warranties are incorrect, (ii) we reasonably believe that completing the transaction is or may be unlawful; or (iii) we reasonably believe that the sale places us or the seller under any liability to anyone else or may cause damage to our reputation

7.) CONFIDENTIALITY

Both of us agree to keep the terms of this agreement (which for us includes your identity) confidential unless we are required by law to reveal them. We will not have to reveal the identity of the seller to you.

8.) YOUR IDENTITY AND PERSONAL INFORMATION

a.) You confirm that your name and address as set out on the invoice are accurate. You agree to give us any information and documents we may reasonably need to satisfy our client identification procedures. You confirm that all information and documents you provide are accurate and are originals or true copies of the originals.

b.) By signing this agreement, you accept that we will hold and process your personal data and information and may pass it to other Christie's group companies including Christie's International Plc and its subsidiaries for use as described in, and in line with, Christie's privacy notice which you can access at http://www.christies.com/about-us/contact/privacy.

9.) ENFORCING THE AGREEMENT

If a court finds that any part of this agreement is invalid, illegal or impossible to enforce, that part of the agreement will be treated as being deleted, and the rest of this agreement will not be affected.

10.) ENTIRE AGREEMENT

You acknowledge that in entering into this agreement you are not relying on any statement, or guarantee by any person. This agreement is the whole agreement between you and us. It may only be amended by a signed agreement between you and us.

11.) TRANSFERRING YORU RIGHTS AND RESPONSIBLITIES

You may not grant a security over or transfer your rights or responsibilities under this agreement unless we have given our written permission which we will not withhold unreasonably. This agreement will be binding on your estate and anyone who takes over your rights and responsibilities.

12.) TRANSLATION

If we have provided you with a translation of this agreement, this original version will be the one we use in deciding any issues which arise.

13.) LAWS AND DISPUTES

This agreement and any rights arising outside of, but related to, this agreement shall be governed by the laws of the state of New York. Any dispute, controversy or claim arising out of, relating to, or in connection with this agreement, or the breach, termination, or validity thereof ("Dispute"), shall be submitted to JAMS, or its successor, for mediation in New York. If the Dispute is not settled by mediation within 60 days from the date when mediation is initiated, then the Dispute shall be submitted to JAMS, or its successor, for final and binding arbitration in accordance with its Comprehensive Arbitration Rules and Procedures or, if the Dispute involves a non-U.S. party, the JAMS International Arbitration Rules. The seat of the arbitration shall be New York and the arbitration shall be conducted by one arbitrator, who shall be appointed within 30 days after the initiation of the arbitration. The language used in the arbitral proceedings will be English. The arbitrator shall order the production of documents only upon a showing that such documents are relevant and material to the outcome of the Dispute. The arbitration shall be confidential, except to the extent necessary to enforce a judgment or where disclosure is required by law. The arbitration award shall be final and binding on all parties involved. Judgment upon the award may be entered by any court having jurisdiction thereof or having jurisdiction over the relevant party or its assets. This arbitration and any proceedings conducted hereunder shall be governed by Title 9 (Arbitration) of the United States Code and by the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958.

Signed by:
for and on behalf of Great Dane Collection LLC

Date:

**USD Payment Methods**

**Please note:** Christie's will not accept payment for private sales from any party other than the buyer.

Private sale purchases at Christie's may be paid by bank transfer using the details below:

**Wire Transfer**

JP Morgan Chase Bank, N.A.
New York, NY 10017
ABA#[redacted]
FBO: Christie's Inc.
Account #[redacted]

For international transfers, SWIFT: [redacted]

In order to process your payment efficiently, please quote **invoice** number and **account** number with all transactions.

Should you have any queries regarding payment, please do not hesitate to call us by telephone on +44 (0)20 7389 2671/ +1 212 641 5777 or email privatesalesservicecentre@christies.com.

02OB963