**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-27124-LEIBOWITZ**

**SOFLAC ASSOCIATES, LLC, *et al.*,**

*Plaintiffs,*

*v.*

**NATHAN ISEN, *et al.*,**

*Defendants.*
_______________________________________/

**PLAINTIFFS' MOTION FOR CONSOLIDATED BRIEFING SCHEDULE**

Plaintiffs SOFLAC Associates; RMP Investments, LLC; McAndrew Phillips & Company 401K Plan; Judy Perlman; and Richard M. Perlman (together, "Plaintiffs"), by and through undersigned counsel, respectfully request the Court enter a consolidated briefing schedule for Plaintiffs' response to any motions to dismiss, pursuant to the Court's Order in Cases with Multiple Defendants (ECF No. 15), and state as follows:

1. This case was removed from Florida state court on October 9, 2026 pursuant to a Notice of Removal filed by Defendant Dane Fine Art, LLC ("Dane") (ECF No. 1).

2. Dane filed its Motion to Dismiss (ECF No. 13)[1] on October 9, 2026, and Defendant Nathan Isen joined Dane's Motion to Dismiss (ECF No. 12).

3. This Court entered an Order in Cases with Multiple Defendants (ECF No. 15) stating that Defendants shall file their responses and motions jointly.

---

[1] Dane filed a Corrected Motion to Dismiss to remedy its prior Motion to Dismiss (ECF No. 10), which inadvertently omitted Exhibits 1 and 2. The Court therefore denied Dane's first-filed Motion to Dismiss as moot (ECF No. 14).

4. This Court stated that the time for responsive pleadings begins to run "once all Defendants have *either* (1) been served *or* (2) waived service" and all Defendants are subject to the "*longest* of those response periods." *Id.*

5. The deadline for Defendant Edward Kurstak to respond to the Complaint is November 16, 2026 (ECF No. 14).

6. Plaintiffs served Defendants Allan Dampf, WarholAndFriends LLC on October 23, 2026, and are pursuing efforts to serve Defendants Luis Alberto Pulido Torres, Mario Huapaya, and Oscar Cordova.

7. Pursuant to this Court's Order (ECF No. 15), Plaintiffs will notify the Court when all Defendants are served or have waived service.

8. For defendants that intend to move to dismiss the Complaint, pursuant to this Court's Order (ECF No. 15) and in the interest of judicial efficiency, Plaintiffs request the Court enter a consolidated briefing schedule for motions to dismiss that states:

a. When all Defendants have been served or waived service, Plaintiffs will file a Notice with this Court consistent with ECF No. 15 (the "Notice Date").

b. The deadline for Defendants to move to dismiss is 21 days after Defendants notify the Court that all Defendants have been served or have waived service (the "Motion Deadline"). This modifies the deadlines established in Rule 12 of the Federal Rules of Civil Procedure. No Defendant will be prejudiced by filing a motion to dismiss on the Motion Deadline and not earlier.

c. The deadline for Plaintiffs to respond to all motions to dismiss, including Dane's Motion to Dismiss (ECF No. 13), or amend as of right, is 21 days after the Motion Deadline.

d. The deadline for Defendants to reply is 14 days after Plaintiffs' deadline to respond.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

In accordance with Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel certify that they conferred with Defendants' counsel via email on October 26 and 27, 2026. Counsel for Dane opposed the Motion. Counsel for Mr. Isen has not yet responded. Counsel for Mr. Kurstak has also not responded. Counsel for Mr. Dampf and WarholAndFriends LLC has not yet appeared.

DATED: October 28, 2026

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By *_/s/ Erica L. Perdomo_*

Erica L. Perdomo (Fla. Bar No. 105466)
Daniel Humphrey (Fla. Bar No. 1024695)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Tel.: (305) 402-4880
ericaperdomo@quinnemanuel.com
danielhumphrey@quinnemanuel.com

Luke Nikas (*pro hac vice forthcoming)*
295 5th Avenue, 9th Floor
New York, NY 10016
Tel.: (212) 849-7000
lukenikas@quinnemanuel.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October, 2026, a true and correct copy of the foregoing document was electronically transmitted to all counsel of record via the CM/ECF system.

By: */s/ Erica L. Perdomo*
Erica L. Perdomo
Florida Bar No. 105466
ericaperdomo@quinnemanuel.com