QUINN EMANUEL URQUHART & SULLIVAN, LLP 295 5TH AVENUE NEW YORK, NY 10016

Client's File No.: ______

Case No.: 2026-018377-CA-01

Date Filed: September 9, 2026

Court Date: ______

# AFFIDAVIT OF SERVICE

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA, COMPLEX BUSINESS LITIGATION DIVISION

*SOFLAC ASSOCIATES, LLC, et al.,*

*Plaintiff*

vs

*NATHAN ISEN, et al.,*

*Defendant*

STATE OF FLORIDA COUNTY OF BROWARD SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Florida

That on the following date: October 23, 2026, at the following time: 7:35 PM,

at 10841 BROADVIEW BAY POINT, BOYNTON BEACH, FL 33473 deponent served the within

Summons 20 Day Corporate Service, Complaint, Plaintiffs' First Request for Production to Defendants Allan Dampf and Warholdandfriends LLC and Plaintiffs' First Set of Interrogatories to Warholandfriends LLC

[X] Papers so served were properly endorsed with the Case No. and date of filing.

**Upon:** WARHOLANDANDFRIENDS LLC

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with ______, ______ Relationship a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with ALLAN DAMPF said individual to be Registered Agent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Male Race: White Color of hair: Gray Age: Over 65 Yrs. Height: 5ft 9inch - 6ft 0inch Weight: 161-200 Lbs. Other Features: Glasses

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address ______ on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

NOTARY PUBLIC STATE OF FLORIDA

Susan D. Pineiro
Comm.: HH 717537
Expires: Nov. 7, 2029
Notary Public - State of Florida

Sworn to before me on

[signature] 10/26/2026

[signature]

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Gerrard Queen

PROCESS SERVER LICENSE # 1284

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

Work Order # 1520240