**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **SOFLAC Associates, LLC, et al.,**<br>*Plaintiffs,*<br>**v.**<br>**Nathan Isen, Dane Fine Art, LLC, et al.**<br>*Defendants.* | **Civil Action No. 1:26-CV-27124-DSL** |

**DEFENDANTS DANE FINE ART, LLC AND NATHAN ISEN'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONSOLIDATED BRIEFING SCHEDULE**

Defendant Dane Fine Art, LLC filed its motion to dismiss prior to the Court's entry of the Order at issue. *See* Dkt Nos. 13, 15. Although Dane is amenable to a negotiated briefing schedule, Dane opposes joint briefing and Plaintiffs' request to tie briefing of Dane's motion to dismiss to service on absent Defendants. As previously briefed, Dane and co-defendant Nathan Isen had no interactions with the other Defendants or Plaintiffs. The Complaint alleges different art forgeries and fabrications by each Defendant, different interactions with non-party Leslie Roberts from different locations, and will involve different application of the law even though Plaintiffs purport to bring the same causes of action against all Defendants.[1] *E.g.* Dkt. No. 19 pp. 2, 10-11. Accordingly, the efficiencies that may exist with consolidated briefing in some multi-party cases are lessened.

[1] This will be especially true if the case progresses to discovery, but it is also true at the pleading stage.

Additionally, there is some level of prejudice to Dane and Mr. Isen from tying resolution of their motion to service on other Defendants given that their brief and arguments have already been pending for 10 days. This case was filed in state court roughly 7 weeks ago. The Dane Defendants have not been fully apprised of the impediments to service on the remaining Florida defendant and Peru-based defendants and do not know when it may occur.[2] Whatever the reason for protracted delays in service of the Complaint, Plaintiffs' Opposition to the existing motion should not be tethered to service on other parties that will occur — if at all — on an unknown date. Defendant Nathan Isen joins in this Opposition as he filed a joinder to Dane's Motion to Dismiss and filed the Motion to Sever and Transfer jointly with Dane.

For these reasons, the Dane Defendants respectfully request that the Court order a separate response to Dane's existing motion to dismiss, Dkt. No. 13, on a date amenable to the Court, with a reply deadline set 14 days after Plaintiffs' deadline to file a response.

[2] Plaintiffs' counsel advised that service on Oscar Cordova is imminent, but he has not yet been served as of the filing of their motion.

Respectfully submitted,

*/s/Eduardo F. Rodriguez*______________
Eduardo F. Rodriguez (FL Bar No. 036423)
EFR Law Firm
2121 Ponce De Leeon Blvd., Ste. 400
Coral Gables, Florida 33134
(305) 340-0034
eddie@efrlawfirm.com

Benjamin A. Garber, Esquire
(admitted *pro hac vice*)
Justin S. Brooks, Esquire
(admitted *pro hac vice*)
Three Logan Square
1717 Arch Street, Fifth Floor
Philadelphia, PA 19103
(215) 568.2000
bgarber@kleinbard.com
jbrooks@kleinbard.com

*Attorneys for Defendant Dane Fine Art LLC*

Simon Ferro, Jr., Esquire (FL Bar No. 37014)
The Ferro Firm
2121 Ponce de Leon Blvd., Suite 400
Coral Gables, FL 33134
(305) 448.1033
simon@theferrofirm.com

*Attorney for Nathan Isen*

Dated: October 28, 2026

**CERTIFICATE OF SERVICE**

I, Eduardo F. Rodriguez, do hereby certify that a true and correct copy of the foregoing opposition was caused to be served on counsel for Plaintiffs via email and the Court's electronic filing system:

Erica Perdomo
Quinn Emanuel Urquhart & Sullivan
2601 South Bayshore Drive
Suite 1550
Miami, FL 33133

*/s/Eduardo F. Rodriguez*
Eduardo F. Rodriguez

*Attorney for Defendant Dane Fine Art LLC*

Dated: October 28, 2026