**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-CV-27124-LEIBOWITZ**

**SOFLAC ASSOCIATES, LLC, *ET AL.*,**

*PLAINTIFFS,*

*V.*

**NATHAN ISEN, *ET AL.*,**

*DEFENDANTS.*

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS**

Plaintiffs hereby give notice of voluntary dismissal without prejudice of Defendants, Oscar Cordova, Mario Huapaya, and Luis Alberto Pulido under Fed. R. Civ. Proc. 41 (a)(1)(A)(i).

Dated: November 23, 2026

*/s/ Daniel Humphrey*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Luke Nikas (*pro hac vice pending)*
295 5th Avenue, 9th Floor
New York, NY 10016
Tel.: (212) 849-7000
lukenikas@quinnemanuel.com

Erica L. Perdomo (Fla. Bar No. 105466)
Daniel L. Humphrey (Fla. Bar No. 1024695)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Tel.: (305) 402-4880
ericaperdomo@quinnemanuel.com
danielhumphrey@quinnemanuel.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of November, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ *Daniel Humphrey*
Daniel L. Humphrey