UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CV-27124-LEIBOWITZ

**SOFLAC ASSOCIATES, LLC, *ET AL.*,**

*PLAINTIFFS,*

*V.*

**NATHAN ISEN, *ET AL.*,**

*DEFENDANTS.*
_______________________________________/

**JOINT MOTION FOR CONSOLIDATED BRIEFING SCHEDULE**

Plaintiffs SOFLAC Associates; RMP Investments, LLC; McAndrew Phillips & Company 401K Plan; Judy Perlman; and Richard M. Perlman (together, "Plaintiffs"), by and through undersigned counsel, respectfully request the Court enter a consolidated briefing schedule for Defendants' motions to dismiss, Plaintiffs' oppositions thereto, and any replies:

1. This case was removed from Florida state court on October 9, 2026 pursuant to a Notice of Removal filed by Defendant Dane Fine Art, LLC ("Dane") (ECF No. 1).

2. Dane filed its operative Motion to Dismiss (ECF No. 13)[1] on October 16, 2026, and Defendant Nathan Isen joined Dane's Motion to Dismiss (ECF No. 12).

3. This Court entered an Order in Cases with Multiple Defendants (ECF No. 15) stating that Defendants shall file their responses and motions jointly.

---

[1] Dane filed a Corrected Motion to Dismiss to remedy its prior Motion to Dismiss (ECF No. 10), which inadvertently omitted Exhibits 1 and 2. The Court therefore denied Dane's first-filed Motion to Dismiss as moot (ECF No. 14).

4. This Court stated that the time for responsive pleadings begins to run "once all Defendants have *either* (1) been served *or* (2) waived service" and all Defendants are subject to the "*longest* of those response periods." *Id.* (emphasis in original).

5. Defendant Edward Kurstak filed a motion to dismiss the Complaint on November 16, 2026 (ECF No. 33).

6. Pursuant to this Court's Order (ECF No. 15), Plaintiffs notified the Court on November 23, 2026, that all named defendants had been served.

7. Defendants Allan Dampf and WarholAndFriends, LLC have yet to respond to the Complaint.

8. In order to coordinate deadlines in an efficient and orderly manner, the Parties request that the Court enter a briefing schedule regarding the pending motions to dismiss and forthcoming motions as follows:

a. The deadline for Defendants to answer the complaint or move to dismiss is December 14, 2026.

b. The deadline for Plaintiffs to respond to all motions to dismiss, or amend as of right, is January 4, 2027.

c. The deadline for Defendants to reply is January 25, 2027.

9. The Parties agree that Defendants Kurstak and Dane should not have to re-file their respective motions to dismiss. Plaintiffs do not waive and expressly reserve all rights to oppose such motions on the deadlines provided herein.

10. Defendants request that the Court allow the filing of separate replies—rather than an omnibus reply—and Plaintiffs do not oppose this request.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

In accordance with Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel certify that they conferred with Defendants' counsel via Zoom teleconference and via email on November 23, 2026. The Parties agree as stated in this Motion.

DATED: November 23, 2026

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Daniel Humphrey*
Erica L. Perdomo (Fla. Bar No. 105466)
Daniel L. Humphrey (Fla. Bar No. 1024695)
2601 South Bayshore Dr., Suite 1550
Miami, FL 33133
Tel.: (305) 402-4880
ericaperdomo@quinnemanuel.com
danielhumphrey@quinnemanuel.com

Luke Nikas (*pro hac vice pending)*
295 5th Avenue, 9th Floor
New York, NY 10016
Tel.: (212) 849-7000
lukenikas@quinnemanuel.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of November, 2026, a true and correct copy of the foregoing document was electronically transmitted to all counsel of record via the CM/ECF system.

*/s/ Daniel Humphrey*
Daniel L. Humphrey